# EXHIBIT 1

**FILED**
Superior Court of California
County of Los Angeles

MAY 12 2025

David W. Slayton, Executive Officer/Clerk of Court
By: G. Robinson, Deputy

MATTHEW R. WALSH
19197 GOLDEN VALLEY RD #333
SANTA CLARITA, CA 91387
(661) 644-0012

Plaintiff In Pro Per,

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

MATTHEW R. WALSH
~~19197 GOLDEN VALLEY RD #333~~
~~SANTA CLARITA, CA 91387,~~

        Plaintiff In Pro Per,

vs.

ROKOKO ELECTRONICS
(AND DOES 1 THROUGH 50, INCLUSIVE)
~~31416 AGOURA RD STE 118~~
~~WESTLAKE VILLAGE, CA~~
~~91361~~

        Defendant

Case No.: **25STCV13828**

COMPLAINT FOR DAMAGES

(Tortious Interference, Fraud, Intellectual
Property Theft, Breach of Warranty, and
Related Claims)

## VENUE AND JURISDICTION

Plaintiff brings the matter before this Court, as Plaintiff can demonstrate

Defendant has sufficient Nexus in Los Angeles, California to establish venue and jurisdiction

within this Court.

Defendant is a:

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE. FRAUD, INTELLECTUAL PROPERTY
THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 1

1.  Multi-national corporation with an $80M valuation (Exhibit 97, 98) and offices in Denmark, Greece and the U.S. registered as a domestic corporation and doing extensive business in California in the entertainment industry.

2.  California Corporation with an advertised principal office in San Francisco: 166 Geary St, 15th Fl. #63, San Francisco, CA 94108. Service upon any address such as PO box, UPS store, virtual office is permissible under California Code of Civil Procedure § 415.20.

3.  California Corporation ("Reg No. 3890148") with a principal address of 498 ALABAMA STREET, SAN FRANCISCO, CA 94110. Once a foreign entity establishes themselves as a domestic corporation they voluntarily submit to the jurisdiction of that state (in this case, California) and are no longer protected from service under the Hauge convention.

4.  California Corporation with a California bank account at Silicon Valley Bank, 3003 Tasman Drive, Santa Clara, CA 95954, ABA: 12**40***, Account: 3*0*3*3***, SWIFT: SVBKUS6S

5.  California Corporation with a registered agent located at CORPNET INCORPORATED, 31416 AGOURA RD STE 118, WESTLAKE VILLAGE, CA 91361 which is located within Los Angeles County.

6. California Corporation which recognizes and charges sales tax within the Los Angeles County area.

7. California Corporation with significant business ties to Los Angeles:

8. Plaintiff is Los Angeles-based and is a customer of Defendant.

9. Defendant's operational servers (public and private) are all US/California based making California their operational and foundational nexus:

   a. ping.rokoko.com              [ 18.65.3.76 ] amazon San Francisco
   b. cdn-studio.rokoko.com        [ 3.169.252.38 ] amazon San Fran.
   c. fw-api.rokoko.com            [ 13.226.225.121 ] amazon San Francisco
   d. rmp-gql-public.rokoko.com 3.167.192.77 ] amazon San Francisco
   e. id.rokoko.com                [ 13.52.115.166 ] amazon San Francisco
   f. rokoko-id-new.netlify.app 54.215.62.21 ] amazon San Francisco
   g. rmp-team-gql.rokoko.com [ 3.167.212.100 ] amazon San Fran.
   h. cdn-scene.rokoko.com         [ 18.164.174.97 ] amazon L.A.

Additionally:

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 3

1.  Any and all Contracts and Agreements between Plaintiff and Defendant were and are executed and accepted and consideration provided from within Los Angeles California.

2.  Plaintiff's damages/injury occurred in Los Angeles for a product Defendant sold to Plaintiff within Los Angeles.

3.  Defendant was served at his principal address as filed with the Court, as well as his San Francisco mailbox on another matter (25CHSC00490) validating both addresses as fit for service.

## **JOINDER AND CONSOLIDATION**

Plaintiff asserts that all claims, including but not limited to: investor-related claims, consumer claims, intellectual property claims, are all interconnected in conceptual, technological, financial, operational and monetary capacities. Pursuant to California Rules of Court, Rule 3.300(a), Plaintiff's claims are justified in consolidation and proper for this matter. *(Coughlin v. Rogers, 130 F.3d 1348 (9th Cir. 1997), Simmons v. Ware, 213 Cal.App.4th 1035 (2013))*

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 4

# **INTRODUCTION**

Plaintiff Matthew R. Walsh is a California-based video game developer with published titles on major platforms and active partnerships with globally recognized talent. Plaintiff is at end-stage development of an ambitious video game, of which has been halted due to Defendant's actions. This action arises from a six-year relationship with Defendant Rokoko Electronics, a motion capture hardware company whose products are critical to animation and game production.

What began as a standard vendor relationship turned sour after to around 40 denied or ignored requests to remedy a simple SONG-BEVERLY turned into a filed small claims suit for no more than replacement hardware or parts (Case No. 25CHSC00490). Plaintiff consented to ODR where Defendant there too refused to participate. Defendant requested mediation, Plaintiff accepted and attempted at least 5 times to settle the matter. Defendant ignored all of them. Plaintiff requested proof of inventory and operations to settle, Defendant half-agreed and then disappeared letting the 48-hour timer expire on the offer. Settlement talks ended.

Plaintiff followed through with his weeks-long promise to bring a civil case for damages, undeterred, Defendant ignored that as well. Plaintiff began his civil suit and through Defendant's own materials, revealed a broader scheme—an international enterprise allegedly built on deception, fraud, and the unauthorized commercialization of user-created intellectual property. At its core: a "burn-and-pay" venture capital model

that cyclically seeks yearly multi-million dollar influxes by openly misappropriating creative work.

Defendant allegedly operates a single enterprise with two distinct roles:

**(a) The Left Hand:**

- Sells motion capture gear to creators who produce proprietary animation.

- Actively avoids and declines warranty, refunds, replacements or repairs.

- Simultaneously harvests that proprietary animation without consent:

  - Strips metadata to disassociate it from it's owners copyright.

  - Uses data to train AI and build derivative tools for monetization.

  - Pitches it as an asset to secure millions in investor funding.

  - Misappropriates it—including to a Parallel Company under common control and to third parties.

- Maintains a valuation of $80M despite a frustrated customer base and a sinking reputation due to poor equipment quality, lack of support and service.

**(b) The Right Hand:**

- Markets and sells products built on that misappropriated data.

- Lures a separate class of investors into a second, coordinated venture built on the same stolen content.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 6

This Complaint seeks damages for direct harm, protection of Plaintiff's copyrighted work, and judicial recognition of systemic misconduct harming creators, investors, and platforms alike.

Notably, Defendant's board includes the former VP of Unity and the current Head of Roblox Studios—raising serious concerns about the downstream use of improperly acquired data. Defendant's own materials confirm a pipeline between user-generated content and enterprise commercialization. Defendant has accepted and welcomed these members and other members of the board as being involved in this matter forthcoming. *"You have involved our Board of Directors and they are now also briefed on the case and fully behind us, whichever route we choose to take. We are ready to go to trial, if needed."*

Plaintiff reserves the right to amend this Complaint as discovery reveals additional facts, parties, and harms.

## **GENERAL ALLEGATIONS**

(1)    Defendant is an international corporation which designs, manufactures and sells motion capture systems for (but not limited to) video game studio, animation studios, movie studios, etc.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 7

05/12/2025

(2)    Plaintiff is a video game developer with title(s) under licensing by Nintendo® in about 42 different countries and pending deals with Sony® and Nintendo® and Valve®. Plaintiff's video game is contractually bound with numerous celebrities: world famous musicians, world famous actors as well as a plethora of lesser-known actors who rely on this production for income and professional growth in the industry.

(3)    . Plaintiff sued Defendant in this Court hoping for some attempts at settlement or resolution, however, Defendant ignored every attempt and as Plaintiff warned Defendant for months that a civil case for damages would follow if resolution was not reached, it has now been filed.

(4)    Due to Defendant's illogical refusal to resolve the matter over nearly 8 months, even with no cost to them, Plaintiff began researching into why they would spend money on a lawyer one month before Court instead of just replacing Defendant's hardware they destroyed.

(5)    Plaintiff uncovered alleged systemic widespread legal violations including but not limited to fraud and deception of consumers and investors alike with readily-available, public evidence that is textbook express admission against interest.

(6)    Plaintiff uncovered Defendants alleged fraudulent enterprise. Along with a high degree of attractive marketing, it produces and sells shoddy motion capture hardware to creators with nearly no support, fraudulent and unconscionable warranty

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 8

terms and no path to repair, then misappropriates and infringes upon that intellectual property without authorization; strips the metadata from the copyrighted works, and misappropriates it by selling it to third-parties, allegedly Fortune 500 companies and also one of which is a Parallel Company which is just Defendant's company rebranded.

(7)    Defendant's seemingly true business model is misleading investors and consumers to make well beyond $100M, not producing any substantive product as a core business model.

(8)    To attract investors: Defendant openly admits to misappropriating and infringing upon intellectual property from creators, erasing their copyright metadata, and monetizing it for companies looking to train artificial intelligence without any knowledge or authorization or opt-out measures by consumers.

(9)    Defendant's enterprise, including the Parallel Company seems to be a dual-book operation. Defendant receives massive VC investments (2025's round is $25M) to both Defendant and their Parallel Company at the same time.

(10)    Consumers as well as investors of both investment vehicles are lured by materially false statements such as a "global-presence", "100 employees", "teams of employees in [various world cities]" and a market share that does not reflect reality. Defendant knew at all times those statements are provably and unequivocally false. Defendant admits to all of these actions in their own terms of service and investor decks,

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 9

while consumers are left hurting from spending high-dollar amounts on hardware that breaks with no path to repair, replace or refund; or hardware they simply never receive – because Defendant does not have hardware to sell.

(11)     When requested during ODR for Defendant to prove they have hardware inventory by video, they responded *"I would be happy to show you our inventory and a product, but we use a third party logistics provider for warehousing and logistics services,  so we do not have finished goods at our offices."*, which is demonstrably false using UPS shipment labels back and forth between the Parties, all coming from that specific office location and all provided by Defendant.

(12)     Despite purchasing high-dollar amount equipment that Defendant claims "ships in a week", consumers are left for months or years – without their equipment, their money returned or even communication by Defendant; all while Defendant makes $100M+ just in VC investment alone on top of non-performant sales.

(13)     Plaintiff is one of those consumers: lured by false advertising, a false brand image, a false market share and false statements, sold hardware that Defendant destroyed and refused to repair, replace or refund even during support windows. Unfortunately, Plaintiff trusted Defendant's presence and claims and in the end, had his video game production materially halted and delayed due to Defendant's failure to perform. Plaintiff is seeking damages for future losses.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 10

(14)    On or about May 6th, 2025, Plaintiff alleges Defendant spoliated key evidence from this case. Proof and evidence of the spoliation is present in the thirteenth cause of action "FRAUDULENT CONCEALMENT".

(15)    On or about May 7th, 2025, Plaintiff made a express admission against interest that they (a) know Plaintiff cannot work without their equipment and (b) are withholding Plaintiff's right to replacement of that equipment under SONG-BEVERLY unless Plaintiff drop all causes of action against them (see: first cause of action)

## FIRST CAUSE OF ACTION:

## TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

1.  **COMMERCIALIZATION IS IMMINENT, DEFENDANTS ACTIONS HALT COMMERCIAL MOMENTUM.**

    The commercialization and monetization of Plaintiff's video game is not circumstantial, it is factually imminent, as Plaintiff is a video game developer with title(s) already released on major video game platforms (Exhibit 139).

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 11

05/12/2025

2. Nintendo has sent notices of the missed deadlines due to Defendant's delays (Exhibit 28).

3. Plaintiff's video game is of high quality, a very large scale and ambitious production and is trademarked (Exhibit 140) and functionally complete aside from cinematic and gameplay animations and unfinished voice acting which first relies on animation to be completed for audio/movement synchronization.

4. Video games require animations, Plaintiff cannot complete the animations without Defendant's equipment being operational. They have refused to comply with Song-Beverly for about 14 months at the time of filing, leaving Plaintiff's production halted and causing lost momentum, economic harm and loss of strategic positioning in terms of release dates to avoid competitors release date conflicts.

5. **DEFENDANT DEFINITIVELY KNOWN OF ECONOMIC HARM**

Plaintiff alleges that Defendant knew at all times that Plaintiff was producing a video game and asserts Defendant even offered a discount on hardware in exchange for social media posts on various channels of Plaintiff's. Plaintiff complied numerously (Exhibit 131) in a way that was unavoidable to Defendant's knowledge.

6. Plaintiff alleges that Defendant was aware of Plaintiff's video game, it's professional productions (Exhibits 106 - 131), it's economic prospects and that it has valid contracts between notable actors, notable musicians, and that the video game in question has been assigned SKU's by Nintendo® (SKU: **HAC-P-BCV4A**) and by Sony® (SKU: **CUSA34165_00**) for licensing.

7. **WILLFULL CAUSATION OF DIRECT HARM**

Plaintiff alleges that Defendant defrauded him and countless other consumers out of parts, repair, replacement, support and in-warranty repairs. Purposely misdirecting Plaintiff away from a resolution using false diagnostics. Plaintiff asserts Defendant at all times secretly and instantly received exact causes of failures (Exhibit 57) and lied twice (Exhibit 175, 176) to avoid repairs.



"successfully_initialized":false

"device_sensor_firmware":"2.0.0.-r"

"has_error":true

"error_type":"sensors_in_mixed_boot_states"

8. **DEFENDANT KNOWINGLY CONTINUED TO HARM PLAINTIFF POST-LITIGATION**

On or about May 5th, 2025, Plaintiff made about his 41st and final demand for replacement hardware with a time limit for remedy (Exhibit 167) as a response, Defendant made a express admission against interest in which he openly admits knowing Plaintiff cannot continue his economic pursuits, and is using that as a coercive lever, a sword and a shield.

9. On or about May 7th, 2025, Defendant responded (Exhibit 168) and stated :

*"However, sending you motion capture equipment without having closed the entire case is not an acceptable solution for us, if more claims and actions from your side will continue."*

*"We will therefore offer to send you what you have listed below on the condition that this closes the case immediately."*

*"we are willing to go further and help you get quickly back to your projects"*

*"That will allow both you and us to go back to work, which ultimately should be the goal."*

05/12/2025

Plaintiff responded appropriately (Exhibit 169, 170).

10. **<u>UNRECOVERABLE DAMAGES SUSTAINED BY PLAINTIFF</u>**

Plaintiff alleges that his video game production has experienced unrecoverable damages due to Defendant's willful violations of the SONG-BEVERLY Act and reckless indifference to foreseeable harm, and as such, Plaintiff's video game production has materially stopped progressing towards release. *"Even lawful conduct becomes unlawful if the motive is improper — i.e., reckless indifference to foreseeable harm."* (*Pacific Gas & Electric Co. v. Bear Stearns & Co.* (50 Cal.3d 1118))

11. Plaintiff asserts that the video game production being unable to complete cascades into additionally linked economic potential such as:

a) Plaintiff has been in early-stage discussions with a production partner regarding adaptation of his IP into a multi-episode streaming series (Exhibit 124) intended for platforms such as Amazon or Hulu. These deals are largely predicated on a coordinated dual-asset release, which has been delayed and materially disrupted due to the production halt caused by Defendant's actions.

b) Plaintiff has merchandise deals (Exhibit 122, 125), in which customers have already provided payment or orders.

c) Plaintiff scheduled the release of books (Exhibit 125), of which orders have already been received.

12. Plaintiff asserts this game is a financial and professional provider to *many* people; of which some contracted specifically for the central goal of this production succeeding. Well known involvements include Ron Wasserman, Alexis Mincolla, Dino Cazares, Fear Factory, among many others. Participants, cast, crew, actors and artists alike have been dually harmed:



13. **MEASURABLE LOSS OF COMMERCIAL MOMENTUM AND HALTED PRODUCTION STATES**

14. Similar game productions such as Plaintiff's (Indie production, AA quality, game scope and size) can expect $9M - $18M for moderate success, $30M+ in success.

15. Plaintiff's economic prospects are not unfounded and are not unrealistic, especially given the scope, quality (Exhibits 119 – 121), size, story (Exhibit 112), famous and well known cast and crew (Exhibit 115), licensing agreements with Nintendo® and Sony® and pending Microsoft® on multiple platforms.

16. Plaintiff asserts that every day his production sits idle, with the story, graphics, characters, concepts, mechanics, gameplay foundation and other intellectual property visible for the world to see; is another day that Plaintiff may have competing products and competing studios vying to copy his creations and innovations.

17. Plaintiff asserts that every day his production sits idle, after having had a live premiere event (Exhibit 105) and after having media coverage by IGN (Exhibit 106); that the public gains growing distrust over Plaintiff's ability and capacity to release a title such as this.

18. **DEFENDANT HAD DOZENS OF CHANCES TO MITIGATE DAMAGES, PLAINTIFF HAD NONE**

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 17

Plaintiff alleges that if Defendant had made parts available, repaired or replaced the hardware as the law requires, Plaintiff would have minimized the delays to his production, which had already been announced to the public, had held a live premiere event (Exhibit 105) and even received media coverage including but not limited to free promotion by arguably the largest game news network in the world, IGN (Exhibit 106),

19. Plaintiff could not at any one time simply just rent new equipment and continue with production, as if it was an automobile. The equipment Defendant provides is highly specialized, requires extraneous setup and requires a steep learning curve by multiple crew members post production, animators, game developers and more. Plaintiff would essentially be required to re-tool, re-educate and re-learn the core of his business and production functions; which no reasonable person would do especially given the reputation, capacity and quality that Defendant presents in their advertisements and purported operational standing.

20. Plaintiff alleges that if Defendant had simply performed their duties under the SONG-BEVERLY Act, they would have mitigated their damages and Plaintiff's.

21. Plaintiff asserts common causation between Defendant's failures and Plaintiff's losses is undeniably established given basic facts and logic.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 18

**SECOND CAUSE OF ACTION:**

**VIOLATIONS OF SONG-BEVERLY ACT**

22. **PLAINTIFF IS A PROTECTED CONSUMER UNDER SONG-BEVERLY**

Plaintiff is a protected consumer under CIV § 1798.140(i) which states *""Consumer" means a natural person who is a California resident, as defined in Section 17014 of Title 18 of the California Code of Regulations, as that section read on September 1, 2017, however identified, including by any unique identifier.".*

23. **REFUSES PARTS AND REPAIR, REPLACE OR REFUND**

Defendant is a customer of Plaintiffs, having trusted the advertising, global presence and false advertising, however, the experience has been less than savory and has caused material harm to Plaintiff while simultaneously violating the SONG-BEVERLY Act.

 a) On or about September 2020, Plaintiff was enticed by Defendant to move to their platform and offered a discount to do so in exchange for

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 19

social media promotion and spent around $6,000 initially.

b) The first suit was faulty and needed replacement on arrival.

c) Finally in January 2021 Defendant shipped the gloves making the unit(s) functional.

d) The gloves began disintegrating after only a few uses (Exhibit 133)

e) Less than 1 year after Plaintiff purchased his suit, Defendant began selling it's successor unannounced and unbeknownst to Plaintiff who would have waited.

f) Plaintiff experienced near constant problem(s) with the equipment and was contact with Defendant fairly often.

g) Defendant released their new software "Rokoko Studio" plaintiff began using that platform.

h) On or about March 2023, Defendant released a firmware update through the new software which was mandatory. That update destroyed Plaintiff's suits by causing the sensors to be programmed with faulty code. Plaintiff would later come to learn it was likely

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 20

intentional (Exhibit 47) as Defendant knowingly released a firmware update (version 7.2.3.0-94) which the developers specifically noted: *"This breaks compatibility with older hub + glove FWs"*

i)  Technical logs showed clearly that the sensors were throwing individual error codes (Exhibit 94) and the logs showed the hub had been poisoned with firmware that caused communication failures:

[27/3/2023 22:26:10.830095] INFO: Checking hub version...

[27/3/2023 22:26:10.847530] INFO: HUB version 2.0.0 or higher!!

[27/3/2023 22:26:15.546706] WARNING:

rkk_usb_cdc_interface::read_port(): Warning! Length missmatch 784 == 1250

j)  Plaintiff reached out to Defendant for assistance who after multiple delays, finally instructed Plaintiff to purchase "wires" from them to repair the suit. Plaintiff did so, the problem was not solved. Plaintiff would come to learn, Defendant at all times knew the sensors were the problem, as their software secretly transmitted that exact diagnosis to them without Plaintiff knowing (Exhibit 57).

k)  On or about September 27th, 2024, Plaintiff told Defendant they would not support his equipment even though the support period had 3 days

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 21

left on it. (Exhibit 128, 129), a clear violation of SONG-BEVERLY which requires repair, replace or refund.

l)  On or about November 21st, 2024, Plaintiff asked for parts since Defendant refused to repair. Defendant said they do not produce or stock parts (Exhibit 127) which is a clear violation of SONG-BEVERLY which requires parts to be "made available" for 7 years from last manufacture date of a **product or type**.

m)  Defendant removed support for the Smartsuit 1 in Rokoko Studio. Now, Plaintiff's suit is updated to a firmware incompatible with the legacy software, and will no longer work in the new software, rendering Plaintiff's purchase entirely useless.

n)  Plaintiff attempted to purchase parts multiple times., Defendant refused every time and instead multiple times simply offered a discount to purchase all new equipment so they could continue profiting off failed hardware they caused.

o)  Eventually Defendant, after facing potential legal consequences, attempted to offer used parts from a defunct suit, however, those parts never materialized.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 22

p) Plaintiff attempted endless resolution with Defendant, even with their COO who also promised resolution but missed about 6 deadlines, each one with promised legal escalation. Defendant failed every possible attempt at resolution, each one a violation of the SONG-BEVERLY Act which requires parts to be made available, repair, replace or refund. Defendant denied all of those, even under notification of the law (Exhibit 135, 136).

24. **ILLEGAL WARRANTY AND REFUND TERMS**

Defendant sells hardware products to consumers with a 1 year warranty (Exhibit 61) and 30-days money back (Exhibit 63, 3), however, Defendant starts the 30-day warranty on the date of purchase NOT the date of receipt (Exhibit 13). (*"Warranty start dates based on sale rather than delivery violate consumer protection statutes." Murillo v. Fleetwood Enterprises, Inc. (17 Cal.4th 985))*

25. **UNCONSCIONABLE TERMS AGAINST SONG-BEVERLY**

Defendant goes so far in just one paragraph to vastly act against nearly every protection SONG-BEVERLY and immediately and specifically destroy the warranty, unbeknownst to the purchaser, via unconscionable contract terms:

10. DISCLAIMER OF WARRANTIES

10.1 You understand and accept that your use of the services is at your sole risk and that the services and software are, to the maximum extent permitted by applicable law, provided "as is" without warranty of any kind. In particular, we, our subsidiaries, holding companies and affiliates, and their licensors, do not represent or warrant to you that: (a) your use of the services will meet your requirements, (b) your use of the services will be uninterrupted, timely, secure or free from error, (c) any information obtained by you as a result of your use of the services will be accurate or reliable, and (d) that defects in the operation or functionality of any software provided to you as part of the services will be corrected.

26. Further, Defendant even attempts to shield themselves from liability in case their actions or equipment damages itself or other equipment buyers own:

10.2 Your use of the services is at your own discretion and risk and you are solely responsible for any damage to your computer system, or other device, or loss of data that results from such use.

27. Defendant specifically and categorically denies any liability for unmerchantability or fitness of the products they sell which is an absolute violation of CA Civ. Code § 1792 which guarantees merchantability of consumer goods:

10.3 To the maximum extent permitted by applicable law, you further expressly disclaim all warranties, terms, and conditions of any kind, whether express or implied, including, but not limited to any implied warranties, terms, and conditions of merchantability, satisfactory quality, fitness for a particular purpose, and non-infringement, with respect to the services.

## THIRD CAUSE OF ACTION:

## FALSE ADVERTISING

## CA BPC § 17500

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 24

28. Plaintiff reiterates and realleges the claims brought under the causes of action for "Fraudulent Misrepresentation to Investors" and "Violation of Song-Beverly" as they directly contain evidentiary matter of intentional false advertising; and asserts that:

*"Businesses can be held liable for deceptive conduct even if the consumer did not rely on the misrepresentation — only that the misrepresentation was likely to deceive." (People v. Dollar Rent-A-Car Systems, Inc. (211 Cal.App.3d 119))*

29. **ADVERTISING WARRANTY, CONTRACTING IT IMMEDIATELY INVALID**

Plaintiff alleges Defendant sells high-dollar products with an express warranty, yet revokes it via unattached and unconscionable contract terms such as stating that consumers automatically disclaim all warranties, express or implied:



30. Plaintiff alleges that Defendant further revokes all warranties, yet advertises their existence and validity to consumers, and instead in unconscionable contract terms states the products are sold "as-is without warranty of any kind"

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 25

10. DISCLAIMER OF WARRANTIES

10.1  You understand and accept that your use of the services is at your sole risk and that the services and software are, to the maximum extent permitted by applicable law, provided "as is" without warranty of any kind. In particular, we, our subsidiaries, holding companies and affiliates, and their licensors, do not represent or warrant to you that: (a) your use of the services will meet your requirements, (b) your use of the services will be uninterrupted, timely, secure or free from error, (c) any information obtained by you as a result of your use of the services will be accurate or reliable, and (d) that defects in the operation or functionality of any software provided to you as part of the services will be corrected.

31. **CONTRACTING OUT OF LIABILITY FOR RELIANCE ON FALSE ADV.**

Plaintiff alleges that Defendant knowingly engages in false advertising to the extreme point that Defendant admits the existence of it's false advertising and even attempts to shield themselves from liability stating they are not responsible for *"any loss or damage ... incurred ... as the result of (i) any reliance ... on the completeness, accuracy or existence of any advertising"*.

11.2  You expressly understand and agree that we, our subsidiaries, holding companies, representatives, and affiliates, and their licensors shall not be liable to you for any loss or damage which may be incurred by you, including loss or damage as a result of: (i) any reliance placed by you on the completeness, accuracy, or existence of any advertising, or as a result of any relationship or transaction between you and us or any developer, advertiser, or sponsor whose advertising appears in the services; or for any permanent or temporary cessation in the provision of the services; (iii) the deletion of, corruption of, or failure to store, any content and other communications data maintained or transmitted by or through your use of the services; (iv) your failure to provide us with accurate account information.

**FOURTH CAUSE OF ACTION:**

**DECEPTIVE BUSINESS PRACTICES**

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 26

32. Plaintiff reasserts and reiterates his arguments from the other causes of action in this Complaint which in themselves all constitute or have a causal link to deceptive business practices.

33. **MODIFYING TERMS ANYTIME WITHOUT MUTUAL ASSENT**

Plaintiff alleges Defendant offers a two-party contract to consumers who purchase or use their products and then changes the material terms of that contract, at will, at any time, with no mutual assent as required by Cal. Civ. Code § 1580. Consent is not mutual, unless the parties all agree upon the same thing in the same sense.

34. Plaintiff alleges Defendant clearly and openly admits to violating Cal. Civ. Code § 1580



35. **MODIFYING TERMS 67 TIMES WITH ONLY ONE NOTICE**

Plaintiff acknowledges Defendant has notified consumers of changes, however, only once since Plaintiff has been a customer (since 2019) and yet the terms and conditions have changed constantly (67 times) during that time

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 27

with no notice despite only one notification (Exhibit 169) ever being provided

to consumers:

Visualization of changes in the terms and conditions at

www.rokoko.com/terms :



*"Parties to a contract have no obligation to check the terms on a periodic*

*basis to learn whether they have changed. A party can't unilaterally change*

*the terms of a contract; it must obtain the other party's consent before doing*

*so... [Posting changes on a website] in this case does not give rise to*

*constructive notice." - (Douglas v. Talk America, Inc., 495 F.3d 1062 (9th*

*Cir. 2007))*

*"Notice—actual, inquiry, or constructive—is the touchstone for assent to a*

*contract, and the resulting enforceability of changed terms in an agreement."*

*(Stover v. Experian Holdings, Inc.) (Stover v. Experian Holdings, Inc., 978*

*F.3d 1082 (9th Cir. 2020).*

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY
THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 28

*"Safeway's unilateral modification of the Special Terms without notice to the customer was ineffective." – Rodman v. Safeway Inc., No. 11-cv-03003-JST (N.D. Cal. 2015)*

36. **INTENTIONAL OBFUSCATION OF UNCONSCIONABLE TERMS**

Defendant purposely attempted to comply with noticing requirements while simultaneously obfuscating or hiding the nature of the changes by summarizing the changes in very small, almost cursive font (a clear violation of DMCA §1202(a)) violating CA Code Regs. Tit 10 Sec 6452 and meeting the criteria of fraud by concealment.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 29



37. Plaintiff alleges Defendant purposely constructed this notification e-mail unreadable due to it's contents as this is the only time – ever – that Defendant has used this font in any e-mail message. This is clear deceptive marketing and is in clear violation of Cal. Code Regs. Tit. 10, § 6452 – ("Accessibility and Readability")

38. Plaintiff asserts, this e-mail (Exhibit 169) contains a express admission against interest which openly states and proves beyond a reasonable doubt (a)

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 30

Plaintiff's claims against Defendant in regards to the intellectual property, contract and warranty claims are accurate and (b) That Defendant willfully performed these actions and that (c) Defendant intended to deprive Plaintiff and consumers of their rights under the threat of economic coercion or economic distress.

*"Duress by economic pressure may be wrongful, and thus actionable, even if the party exerting the pressure is pursuing a legal right." – (Rich & Whillock, Inc. v. Ashton Development, Inc. (1984) 157 Cal.App.3d 1154, 1159:)*

*"If a party uses its superior bargaining power to impose oppressive terms, courts may find unconscionability or coercion." – (Tarquin v. MyUncleTV, Inc. (2022) 82 Cal.App.5th 209:)*

39. **SECRETLY RECORDING AND TRANSMITTING IP & TELEMETRY**

Plaintiff alleges, that the notification to the terms of service, was 2/20/2025, however, Defendant had been secretly receiving user data, telemetry and intellectual property without any notification or authorization since 2019 even through their "Rokoko Legacy" application (Exhibits 29 – 60).

## FIFTH CAUSE OF ACTION:

## UNFAIR COMPETITION

40. Violating any law (Right to Repair Law (CA BPC 1793.03), CLRA) automatically triggers CA BPC 17200, which prohibits any unlawful or fraudulent business act or practice.

41. As required for CLRA, a 30-day notice was sent in or about June 2025 by certified mail (Exhibit 37).

## SIXTH CAUSE OF ACTION:

## VIOLATION OF CLRA

42. CLRA requires clear, advance disclosure of material terms that affect a purchase—especially warranties, repair rights, and data use. Burying it in an unacknowledged web page is strict noncompliance.

43. All foregoing acts constitute unlawful, unfair, and fraudulent business practices under Cal. Bus. & Prof. Code §17200, including but not limited to false advertising, breach of warranty, and deceptive contractual inducement.

## SEVENTH CAUSE OF ACTION:

## MISAPPROPRIATION OF INTELLECTUAL PROPERTY

44. **ADMISSION AGAINST INTEREST FOR LONG PLANNED IP THEFT**

Plaintiff alleges Defendant manufactured, marketed and sold a product under entirely ulterior motives to consumers, but always made investors aware (Exhibits 79, 82, 82, 83):

a) Defendant has used the name "Rokoko Care" since at least 2016 in conjunction with motion capture. (Exhibit 79)

b) In or about 2015, Defendant used Kickstarter to fund a project called "Salto", a motion capture system.

c) In or about 2022, Defendant raised $3M of capital (Exhibit 86, 87) on an investor pitch deck which specifically admits to taking intellectual property and misappropriating it to other sources such as Robotics and Automotive (Tesla, Volkswagen, Mercedes-Benz, BMW, Ford), their Parallel Company, Facebook/Meta and more. (Exhibits 83, 81)

d) With the facts set forth in the cause of action "fraudulent misrepresentation to investors", it is clear that dual-use intent with

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 33

premeditated parallel plans have occurred as one enterprise.

45. **NO MUTUAL ASSENT, EXPLICIT ADMISSION AGAINST INTEREST OF IP THEFT**

On or about February, 20th 2025; as detailed in paragraph 34: Defendant notified consumers of changes to the public terms of service page. Those changes, specifically outline that Plaintiff and other consumers protected, copyrighted, intellectual property are no longer their own. This is a clear violation of 17 U.S.C. Section 107 and the modification of that data to obscure the copyright is a violation of DMCA §1202(b)(1), DMCA §1202(b)(3)



46. Defendant created a collaborative add-on to their software, called 'Teams', where animation data can be shared between various collaborators. This is a paid subscription service. However, even without 'Teams' enabled and without a valid subscription, Defendant still transmits the intellectual property to their servers (Video exhibit 173 at 12:13) without opt-in, terms and conditions (Exhibits 159-164, (Video exhibit 173 at 16:03)) or notification or consent of any kind.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 34

47. Defendant admits in their terms and in their investor deck (2022) that they collect and use your intellectual property (Exhibits 78 - 87) – property you have created, likely have paid to produce with extreme costs of time and money – without your consent and sell it to a third party (aka their Parallel Company) against DMCA §1202(b)(3). The data is sent to Defendant's systems secretly, without user knowledge or opt-out (Exhibits 161-166, (Video exhibit 173 at 12:13), (Video exhibit 171)), as shown below:





48. **DISREGARD FOR REASONABLE EXPECTATION OF PRIVACY**

Defendant ignores the reasonable expectation of privacy that Plaintiff and other consumers expect when recording themselves, actors or others –

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 35

especially for projects or products which may be of a confidential, commercial nature, or work-for-hire in which the consumer never had rights to reassign.

    a) Defendant claims their products are used by massive productions and companies (Netflix, Call of Duty, The Last of Us, Lil Nas X, etc.); companies which often have strict NDA agreements to prevent their IP from being leaked, used, or resold under any circumstances. Companies which have strict guidelines and NDA's in place for their productions. Defendant admits that they take IP and use it for their own ends, including resale.

49. **DEFENDANT HAS OPT-OUT ABILITIES BUT REMOVED IT FOR USERS**

Defendant at all times knew that an opt-out was a requirement, and even went so far as to build it in their software, but never allow users to actually disable reporting:



```
Offset(h) 2A 2B 2C 2D 2E 2F  Decoded text
00000000  6C 65 6D 00 74 00  {"analytics":{"enabled":true},"connect":{"limit_
00000030  6C 00 65 00 22 00  user_tracking":false,"player_opted_out":false,"e
00000060  65 00 2C 00 64 00  nabled":true,"performance":{"enabled":true},"dy
00000090  72 00 65 00 22 00  namic":{"coreBusinessMetrics":{"enabled":true,"t
000000C0  68 6F 75 6C 64 00  imeToWaitForUserInfoS":60},"analytics":{"shouldC
000000F0  6E 00 6F 00 22 00  ollectAutomation":true,"timeToWaitForUserInfoS":
00000120                      60}}}|
```

**"PLAYER_OPTED_OUT" = FALSE**

**"LIMIT_USER_TRACKING" = FALSE**

**"SHOULDCOLLECTAUTOMATION" = TRUE**

50. **DEFENDANT STRIPS METADATA**

Defendant openly admits to "anonymizing the data" which means stripping identifying metadata from the IP, making a clear example of liability. Proof that metadata existed, then was stripped and then uploaded to Defendant's servers is documented in: (Video exhibit 173 at 11:59)

*"DMCA liability attaches if metadata was removed with the knowledge that it would conceal infringement." – (Stevens v. CoreLogic, Inc. (899 F.3d 666))*

51. **DEFENDANTS CONTRACT RENDERS ITSELF VOID AB INITIO**

Further, even if the Court did find that Defendant's right to change the material terms of the agreement were valid and just; Defendant's own words render the changed terms of the agreement now and forever in the future void ab initio:

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 37

10.a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

a)  In Defendant's own contractual agreement, in which Defendant named "Terms", on a website page Defendant named "terms"; Defendant specifically states:

*"you further disclaim all warranties, **terms and conditions of any kind"***

and even continues

"**including, but not limited to** any implied warranties, **terms,** and conditions of merchantability…"

  i.  Whether the wording was intentional or not, the meaning is clear and the ambiguity can only be interpreted in the way it is written, in favor of the reader, not the drafter per the contract interpretation doctrine, aka, California Civil Code § 1654 which states *"Any uncertainty in a contract is interpreted against the drafter."*

ii.    In Defendant's own words, all consumers, including

Plaintiff, agreed upon purchase and use of the services of

Defendant that they disclaim all terms and conditions.

Plaintiff agrees and accepts not being bound by their

terms and conditions in perpetuity.

52. **PLAINTIFFS IP WAS MISAPPROPRIATED WITHOUT PRIOR**

**AUTHORIZATION**

Plaintiff used Defendant's products from 2019 – 2025, arguably only a

handful of times as the product failed repeatedly, however, Plaintiff produced

during those handful of times around 450 separate animations.

53. Plaintiff never agreed to the changes in the terms and conditions. In fact, there

are none visible to the user at any time (Video exhibit 173 at 15:26) – only for

the IP theft to be secretly happening (Video exhibit 173 at 11:37) by the very

tools he relies on and paid a flat price to purchase with no conditions of use

pertaining to sharing of any information violating DMCA §1202(b)(3).

Full historical terms visible at:

https://web.archive.org/web/20201022141612/https://www.rokoko.com/terms

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY
THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 39

54. As the binding terms of the agreement are void ab initio by Defendant's own actions, inactions and specific directives, that logically means that Defendant has received no consent to use the intellectual property collected from any consumer including Plaintiff. Yet, they continue to do so:



this dialog, post-litigation was changed to "updating team" to obscure the true activity of IP misappropriation:



55. Plaintiff alleges that Defendant is using his intellectual property, without permission, to train  intelligence models under their mutual enterprise (branded as their Parallel Company). In fact, Defendant defined this specific plan in 2022 to investors and raised over $3M from it (Exhibit 86). Further, Defendant includes in their terms peculiar wording to dissuade consumers

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 40

from using their own IP for a competing task against Defendant:

5.4   You may not use any assets obtained or provided under this agreement for the purpose of developing, training, or enhancing machine learning and/or AI models or algorithms, whether for commercial non-commercial purposes, without the express written consent of the Company.

56. IN FACT, their Parallel Company's website admits they use the stolen IP to
train artificial intelligence multiple times:

    a)   *"Using AI-based computer vision technology, we can live-track users'*
         *exercises as they stand in front of their phone"*

    b)   *"Coco Care stems from Rokoko and a long technology journey"*

57. The Parallel Company even states their 3-step path to get to where they are
today, which involves a middle step – Defendant – and Plaintiff's intellectual
property.

*"On that journey, we've gone from using large motion capture studios – like*
*those you see in Hollywood movies – **to sensor-based suits** and today to*
*motion capture that works solely with a smartphone. The result is that it's*
*never been easier to track users' movements and give them live feedback. "*

58. **SELF-GRANTING RIGHTS WITHOUT ANY LEGAL**

**ENTITLEMENT**

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY
THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 41

Defendant further granted themselves retroactive and perpetual royalty-free, sublicensable, worldwide, non-exclusive rights to Plaintiff's intellectual property in their invalid contract:

6.3  You retain all rights to your data. Content, and are responsible for protecting those rights. You hereby grant us a perpetual, worldwide, non-exclusive, royalty-free, sublicensable right to access, use, copy, and modify any intellectual property rights that arise in connection with the User Content, Usage Data and any other Data related to you (if any), strictly for the purposes of providing the Services and to exercise such other rights, which are explicitly set out in these Terms. All User Content is to be fully anonymized and never distributed in its original form from any subcontractor or third-party licensor.

59. Plaintiff alleges, Defendant at all times knew they were violating intellectual property laws, insofar that they:

    a)  Attempted to shield themselves from proxy liability in the event the true owner of a work for hire or IP production brings legal action against the creator of the works:

4.8  You agree to indemnify and hold harmless [...] [...] in the User Content you have uploaded using the Services.

    b)  Were aware at all times that organizations would employ animators who would not hold personal ownership over the intellectual property

5.4  Where the Customer is an organisation and where the end User is not the same as the Customer, the Customer warrants that all necessary intellectual property rights have been obtained from the End User.

60. **SUPPORTING CASE LAW**

*"Indirect or contributory infringement still counts if a party facilitates or*

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 42

turns a blind eye." (A&M Records, Inc. v. Napster, Inc. (239 F.3d 1004))

61. "Even linking to infringing content or enabling it creates exposure." (Perfect 10, Inc. v. Amazon.com, Inc. (508 F.3d 1146))

## EIGHTH CAUSE OF ACTION:

## INTELLECTUAL PROPERTY INFRINGEMENT

62. Plaintiff reiterates and realleges the facts and allegations set forth in the sixth cause of action.

63. **FRAUDULENT INTENT INVALIDATES CONTRACTS**

The fraudulent intent behind Defendant's terms and conditions shall not shield Defendant from liability in this cause of action: "Fraudulent inducement invalidates entire contracts" (Engalla v. Permanente Medical Group (15 Cal.4th 951)) and "Contracts that are procedurally and substantively unconscionable are unenforceable in part or whole." (Armendariz v. Foundation Health Psychcare (24 Cal.4th 83))

64. **ADMISSION AGAINST INTENT FOR IP INFRINGEMENT**

Defendant plainly and clearly admitted to using stolen intellectual property

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 43

and even have attempted to shield themselves from liability in case anyone

discovers it:

> 4.5   No use of the Services or User Content may: (i) infringe, misappropriate, or violate a third party's patent, copyright, trademark, trade secret, moral rights, or any other intellectual property rights, or rights of publicity or privacy; (ii) violate, or encourage any conduct that would violate, any applicable law or regulation or would give rise to liability of any kind: (iii) be fraudulent, false, misleading, or deceptive; (iv) be defamatory, obscene, pornographic, vulgar, or offensive; (v) promote discrimination, bigotry, racism, hatred, harassment, or harm against any individual or group; (vi) promote violence or actions that are threatening to any other person; or (vii) promote illegal or harmful activities or substances.

yet within the same terms they admit they do just that:

> 3.4   You agree that we may collect and use (i) User Content, (ii) metrics regarding your use of the Services, including evaluating how you use the Services, which shall be referred to as "Usage Data", (iii) technical data, and (iv) related information that is gathered periodically, (a) to provide the Services, (b) to improve the Services, including developing new features/Services or improving existing features, technologies or products, to facilitate the provision of updates, for product support purposes, (c) to improve any other services or products provided by the Company and (d) to sub-license this to third parties in an anonymized form never to be redistributed in its original form strictly for the purpose of developing and improving their services or products

and attempts to shield themselves from 3rd party claims:

> 4.6   You agree to inform us promptly about any legal complaint, claim or action related to the User Content you have uploaded using the Services

or lawsuits involving any party over intellectual property claims using their

products:

> 4.8   You agree to inform us promptly about any legal complaint, claim or action related to the User Content you have uploaded using the Services

65. **ACTUAL INFRINGEMENT OCCURRED**

Plaintiff alleges Defendant offers no way to opt out of the use of their

copyrighted intellectual property, even though they built opt-out modes into

the software, without allowing users to disable data sharing. Defendant's

software then secretly transfers all data and information to them without any

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 44

knowledge of the user:



66. Further, Defendant Plaintiff's personal information (name, e-mail, etc.) to a third party (ui-avatars.com) without authorization:



if Plaintiff would have provided an image of his face, this third party would receive that information and host it in an insecure manner, allowing anyone access to biometric data.

67. **SATISFACTION OF IP INFRINGEMENT REQUIREMENTS**

Plaintiff has already shown causal logical links between:

    a)   Defendant and their Parallel Company being one enterprise,

    b)   AND consumer's ("Plaintiff's") intellectual property being harvested by Defendant,

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 45

    c) AND Defendant's own claims that they sell the intellectual property to a third party,

    d) AND that third party being Defendant's own Parallel Company

    e) AND that Parallel Company admitting they used that data for production

    f) AND that Parallel Company sells a product, for a profit, based on Plaintiff's data.

    g) AND that no valid agreement exists between the Parties for sharing IP data.

68. To satisfy a claim for IP infringement, two sets of criteria must evaluate true:

    a) **Registration:**

        i. **Ownership:** Plaintiff has proof of the source of the material he owns. (Exhibit 137)

        ii. **Validity**: Plaintiff's work is novel and non-obvious.

        iii. **Claim Construction**: Used without permission, used with admission.

    b) **Proving Infringement:**

        i. Direct Infringement: Defendant used it without authorization.

        ii. Indemnity: Defendant admits the source (Plaintiff) and the destination (their Parallel Company) multiple times.

iii.    Evidence: Well prepared

69. Plaintiff argues that Defendant's own statements acknowledging their intent to collecting, using, relicensing and/or selling the intellectual property of consumers (namely Plaintiff); and their Parallel Company's own statements acknowledging receipt of that intellectual property and the use of it, constitutes an admission against interest and therefore Plaintiff requires no burden of proof as Defendant has proven it prima facie and therefore Defendant cannot contract their way out of copyright law. *(Specht v. Netscape, 306 F.3d 17 (2d Cir. 2002), Balsam v. Trancos, Inc., 203 Cal.App.4th 1083 (2012), ProCD v. Zeidenberg, 86 F.3d 1447 (7th Cir. 1996))*

**NINTH CAUSE OF ACTION:**

**VIOLATION OF DMCA § 1202**

70. **VIOLATION OF DMCA DUE TO STRIPPING OWNERS METADATA**

Plaintiff asserts that each and every individual animation (his intellectual property) contains metadata information which clearly identifies the author by name ("Matt") the version of software that was used to create it, a globally unique identifier, serial number(s) specific to this hardware:



(Exhibit 141)

Additional metadata located at the end of the file (Exhibit 142) indicating other people who are in the scene performing as well.



71. Plaintiff asserts that Defendant secretly transmits users metadata even outside the intellectual property so that they at all times know the author and owner of the intellectual property:



72. Defendant admits within their own terms and conditions that they modify and/or remove this metadata to make it "fully anonymized", a punishable violation of U.S.C. § 1203(c)(3)(B)

6.3  You retain all rights to your User Content and are responsible for protecting those rights. You hereby grant us a perpetual, worldwide, non-exclusive, royalty-free, sublicensable right to access, use, copy, and modify any intellectual property rights that arise in connection with the User Content, Usage Data and any other Data related to you (if any), strictly for the purposes of providing the Services and to exercise such other rights, which are explicitly set out in these Terms. All User Content is to be fully anonymized and never distributed in its original form from any subcontractor or third-party licensee.

## TENTH CAUSE OF ACTION:

## UNCONSCIONABLE CONTRACT TERMS

## Cal. Civ. Code § 1670.5

73. Plaintiff alleges that Defendant modified material terms of a mutual agreement and inserted terms which are unconscionable such as:

74. **RESERVATION OF FOLLOWED BY IMMEDIATE REVOCATION OF CONSUMER RIGHTS**

Defendant may modify "any intellectual property rights that arise [to your intellectual property]" which is unconscionable as the begins with "your retain all your rights to [intellectual property] <period>"; the clause then becomes contradictory, enabling Defendant to revoke or change those rights. Both statements written in a specific order with an intentional buffer to distract the consumer from the real intent.

6.3  You retain all rights to your User Content and are responsible for protecting those rights. You hereby grant us a perpetual, worldwide, non-exclusive, royalty-free, sublicensable right to access, use, copy, and modify any intellectual property rights that arise in connection with the User Content, Usage Data and any other data related to you or your account for the purpose of providing the Services and to exercise each of the rights, which arise globally and you all have. Terms. All User Content is to be fully anonymized and anonymized solely in its relation from other such administrator or third-party domain.

75. Defendant declares in which ways Plaintiff can use his own intellectual property creations while simultaneously denying Plaintiff the ability to use his own IP in the exact same way that Defendant does; constituting substantiative unconscionability (CA Civ Code § 1670.5).

5.4  You may not use any assets obtained or provided under this agreement for the purpose of developing, training, or enhancing machine learning and/or AI models or algorithms, whether for commercial or non-commercial purposes, without the express written consent of the Company.

a) Plaintiff purchased the equipment, paid in-full, outright from Defendant entirely without restrictions as is the case with likely the vast majority of consumers buying Defendant's equipment (they don't offer lease options or rentals) which therefore constitutes procedural unconscionability under CA Civ Code § 1670.5

76. It is entirely unconscionable for Defendant to redefine "Intellectual Property" as "User Content"; considering both phrases are both comprised of two words, almost equal length, and yet one word is definitive and the other word is ambiguous unless the re-definition was noticed earlier in the document.



a) It is further unconscionable that Defendant knowingly sells a product which:

i.   Record a consumers movements

ii.  AND is sold to video game producers, film makers, animators; all knowledgeably skilled people

        iii.     AND are likely in a professional setting or capacity in which the product is often confidential, work for hire or not definitive under fair use under 17 U.S.C. Section 107.

    b)  A high-level understanding of the technology is that it performs the same overarching function that the video camera in your cell phone does. In fact, your cell phone can perform the same functions and generational output of usable motion capture data that Defendant's product can. Yet – the maker of your phone camera does not own your images, videos, recordings; you do (17 U.S.C. Section 107). Yet, unconscionably, Defendant takes it one step farther and asserts unconscionable worldwide, non-exclusive, royalty-free, sublicensable rights to your intellectual property – in perpetuity:

> 8.3 You retain all rights to your User Content and are responsible for protecting those rights. You hereby grant us a perpetual, worldwide, non-exclusive, royalty-free, sublicensable right to access, use, copy, and modify any intellectual property rights that arise in connection with the User Content, Usage Data and any other Data related to you (if any), strictly for the purposes of providing the Services and to exercise such other rights, which are explicitly set out in these Terms. All User Content is to be fully anonymized and never distributed in its original form from any subcontractor or third party licensor.

77. It is unconscionable to sell a product with a 1 year warranty (Exhibit 61), only offer 30-days money back (Exhibit 63), begin that money-back guarantee the minute you pay not when you receive the item (Exhibit 23), ship the item weeks, months, or years (Exhibit 4) later, leaving the consumer unable to return the item under any circumstances.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 52

*("Warranty start dates based on sale rather than delivery violate consumer protection statutes." Murillo v. Fleetwood Enterprises, Inc. (17 Cal.4th 985))*

78. **ADVERTISE A WARRANTY, SECRETLY CONTRACT ITS IMMEDIATE DEMISE**

It's unconscionable to sell a product with a 1 year warranty (Exhibit 61)

> We are committed to providing top-quality products and ensuring your satisfaction. We are pleased to offer a 1-year warranty on all electronic components of the Smartsuit Pro II, which includes sensors, the hub, and cables. This warranty is effective from the date of delivery.

and then immediately enact contractual terms upon purchase that retract that very same warranty unilaterally:

> 10. DISCLAIMER OF WARRANTIES
>
> 10.2. You acknowledge and agree that your use of the services is at your own risk, and that the services and software are, to the maximum extent permitted by applicable law, provided "as is" and "as available" with all faults and without warranty of any kind, in particular, we, our subsidiaries, holding companies and affiliates, and their licensors, do not represent or warrant to you that (a) your use of the services will meet your requirements, (b) your use of the services will be uninterrupted, timely, secure or free from error, (c) any information obtained by you as a result of your use of the services will be accurate or reliable, and (d) that defects in the operation or functionality of any software provided to you as part of the services will be corrected.
>
> 10.3. To the maximum extent permitted by applicable law, you further expressly disclaim all warranties, terms, and conditions of any kind, whether express or implied, including, but not limited to any implied warranties, terms, and conditions of merchantability, satisfactory quality, fitness for a particular purpose, and non-infringement, with respect to the services.

79. **CONTRACTING YOUR WAY OUT OF FALSE ADVERTISING LAWS**

It's unconscionable to advertise a product falsely, then insert terms into a mutual contract which state that if a consumer believed those advertisements

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 53

and experienced any losses or damages, Defendant is not liable:



## 80. DEMANDING ARBITRATION WITH CONTRACT THAT CHANGES AT WILL

It is unconscionable to reserve the right to change a contract at any time, while simultaneously demanding arbitration. Defendant cannot wield the omni potential for contractual change while also chilling access to the courts and controlling dispute resolution creating a king vs commoner imbalance of power. *"Because Blockbuster reserves the right to change the contract at any time without notice, the contract is illusory and the arbitration provision unenforceable." (Harris v. Blockbuster Inc., 622 F. Supp. 2d 396 (N.D. Tex. 2009))*



COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 54

## CAUSE OF ACTION:

## ILLEGAL DEPLOYMENT OF CODE & PRIVACY VIOLATIONS

## CFAA§ 1030, Cal. Penal § 502,

81. Plaintiff created, enabled and actively uses a secret backdoor within Plaintiff's software which allows them to send remote client-side code of any type, directed not only at Plaintiff but at any specific user, and execute it at will on that users machine without authorization or their knowledge (Exhibit 49). This code can be of malicious intent if so deemed.

This violates constitutes clear violations of:

     a)  The Computer Fraud and Abuse Act (18 U.S. Code § 1030)

     b)  Electronic Communications Privacy Act (18 U.S. Code § 2510 et seq.)

     c)  California Penal Code § 502

     d)  California Invasion of Privacy Act – (Penal Code § 631 et seq.)

     e)  California Consumer Privacy Act (CCPA)

82. **TRANSMISSING IP & TELEMETRY DATA WITHOUT AUTHORIZATION**

It is unconscionable to force users intellectual property (Exhibits 56, 35, 36, 38, 53) and telemetry usage (Exhibits 30, 31, 32, 33) to your cloud services,

without any opt-in or out-out or user notification whatsoever, in fact, it's

illegal under Civil Code § 1798.120 which states *"(a) A consumer shall have*

*the right, at any time, to direct a business that sells or shares personal*

*information about the consumer to third parties not to sell or share the*

*consumer's personal information. This right may be referred to as the right to*

*opt-out of sale or sharing.  (b) A business that sells consumers' personal*

*information to, or shares it with, third parties shall provide notice to*

*consumers... that this information may be sold or shared and that consumers*

*have the "right to opt-out" of the sale or sharing of their personal*

*information."*


## ELEVENTH CAUSE OF ACTION:
## FRAUD IN INDUCEMENT TO CONTRACT AND PURCHASE

83. Plaintiff reiterates and realleges through the causes of action herein, that

consumers were provided an alternate reality from actuality and at all times

Defendant knew it would be relied on so that they could defraud those

individuals of intellectual property and monetary resources alike while

simultaneously forcing them to agree to unconscionable terms and conditions

without any knowledge of those conditions whatsoever.


*"A defendant's intent to defraud is inferred if the misrepresentation was made*

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY
THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 56

*with reckless disregard for its truth." Lazar v. Superior Court (12 Cal.4th 631)*

## TWELFTH CAUSE OF ACTION:

## FRAUDULENT MISREPRESENTATION TO INVESTORS

84. **ALTER EGOS: TWO INVESTMENT VEHICLES, ONE ENTERPRISE**

Plaintiff alleges, the Parallel Company shared a common name with Defendant (Rokoko Care vs. Rokoko), however, likely to shield liability, it was renamed to Coco Care and then Coco. The website address www.rokokocare.com simply forwards to the new website for the rebranded Parallel Company www.cococare.io proving a literal technological link between the companies (Exhibit 134).

85. Plaintiff alleges that Defendant operates two distinct investment vehicles (Exhibit 95, 96) which utilize the same office space (Exhibit 95, 96, 65), the same staff (Exhibit 80,144-157), the same ownership (Exhibit 80,144-157), shared intellectual property (Exhibit 75-87). In fact, Defendant references this in their investor pitch deck (Exhibit 75-87) and for these reasons and others in this cause of action, they are one in the same: a singular enterprise.

*"Among the many factors to be considered in applying the doctrine are the*

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 57

*commingling of funds and other assets of the two entities, the holding out by one entity that it is liable for the debts of the other, the identical equitable ownership in the two entities, the use of the same offices and employees, the use of one as a mere shell or conduit for the affairs of the other, inadequate capitalization, disregard of corporate formalities, lack of segregation of corporate records, and identical directors and officers." (210 Cal.App.2d 825 (1962))*

86. Plaintiff alleges Defendant's separate vehicles each **receive separate venture capital investments** simultaneously yet that money yields different returns and different risks for investors, all while vast sums of money go to the same endpoints, almost entirely in the pockets of the company officers and board (Exhibit 99).

87. On or about May 5th, 2025 Defendant made admissions against interest (Exhibit 143) in stating:

   a)   **""Care" evolved as a research project in Rokoko. "** Defendant admits the so-called 'separate' entity originated directly within Rokoko, sharing research, staff, IP, and infrastructure—making it a continuation, not a break.

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 58

b) *"When the project matured, it was spun off as a separate legal entity along with the tech that the Care team had developed."*

Defendant confirms the core intellectual property used in the 'Parallel Company' was developed within Rokoko, before any formal corporate separation—satisfying multiple elements of corporate veil piercing, including shared assets and non-arm's-length transfers.

c) *"Today, it has no affiliation with Rokoko"*

Defendant concedes there *was* affiliation prior to VC funding.

d) *"we therefore also required that "they" changed the company name to avoid confusion"*

Defendant (Mikkel Overby) openly admits to deliberately rebranding the same tech, developed under the same roof, by the same team, using the same IP—confirming an effort to obscure continuity and mislead public perception of separation and they did it precisely 7 months ago (Exhibit 157)

e) *"All parties involved from including the team, legal counsel and accountants will confirm this."*

Defendant admits all involved parties, across both entities, are the same—lawyers, accountants, and operational staff—satisfying legal

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 59

tests for common control, commingling, and unity of interest under the Alter Ego doctrine.

88. **DEFENDANT MADE FALSE STATEMENTS AGAINST INVOLVEMENT, EVIDENCE PROVES OTHERWISE**

Defendant's COO Mikkel Overby, after being provided the civil complaint, stated: *"we therefore also required that **"they"** changed the company name to avoid confusion.* He attempted to paint the entity as unique, however, his name is continuously mentioned in the same role (Exhibits 144 - 156), and alongside the same owners and board mentioned in the investor pitch deck; and even posts about it himself on LinkedIn (Exhibit 148).

89. In addition to numerous pieces of evidence that tie Rokoko to Rokoko Care (aka Coco), Trifork Investments, a new ~22% shareholder of Defendant's specifically named the owners and the COO Mikkel in a press release (Exhibit 154) and admits that they *"bring deep insights into physiotherapy, along with advanced motion capture technologies",* such as the kind Defendant developed using misappropriated intellectual property before creating a separate investment vehicle for new venture capital money.

90. Additionally, Trifork (~22% shareholder) also stated *"**Rokoko Care evolved from Rokoko**, a tech company with a decade of experience in motion capture and customers in over 100 countries"* (Exhibit 155). This statement from a

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 60

quarter shareholder is a bona fide express admission against interest.

91. Plaintiff alleges a coordinated scheme between multiple entities to solicit funds through misrepresentation, all while operating as a singular enterprise under different names, satisfying the Alter Ego Doctrine.

*"The purpose of the alter ego doctrine is not to protect every unsatisfied creditor, but rather to prevent misuse of the corporate form in circumstances where adherence to the fiction of separate corporate existence would sanction a fraud or promote injustice."* (*39 Cal.3d 290 (1985)*)

92. **MISREPRESENTATION AFFECTS INVESTORS AND CONSUMERS THROUGH CAUSATION**

Plaintiff alleges that by misrepresenting to investors to gain over $100M in VC funding (Exhibit 97, 98), using that funding for vast marketing campaigns and these findings being omnipresent in public while consumers research and shop for high-dollar equipment like that of the Defendant's, consumers, like Plaintiff are equally as harmed due to the causal misrepresentation that would never be possible if not for the ill-gotten gains. *"A misrepresentation made in a business context, even if not directly part of the product transaction, is actionable if it induced the plaintiff's reliance and caused injury."* (Lazar v. Superior Court, 12 Cal.4th 631 (1996)), *"Economic injury from relying on a false representation, even indirectly, satisfies standing under UCL."* (Unfair

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 61

*Competition Law (UCL, CA BPC §17200))*

93. **FRAUDULENT FINANCIAL STATEMENTS**

Defendant's own financial statements show they paid their staff $8m millions of dollars more than their revenue in 2023 (Exhibit 99). In 2022, their revenue was 32M DKK (and staff was paid $4.8M).

94. Defendant's financial statements (Exhibit 100) shows falsities claiming property, manufacturing plant(s) and equipment despite no physical locations of any kind, equity investments in other group entities, inventories of 37M DKK ($5.6M) and 30 DKK ($4.5M) (respectively despite having no warehouse or inventory of any kind and only 1.3M DKK ($197k) banked cash (2023), claiming a total in assets of 106M DKK ($16M)

95. Defendant's financial statements (Exhibit 99) claim 4M DKK ($606k) (2023) and 3M DKK ($455k) (2022) respectively for depreciation on property (they have none), a plant (they do not possess one) and equipment (they have no physical locations with any equipment).

96. **PREDICATE ACTS SATISFY RICO**

Plaintiff alleges Defendant committed predicate acts described elsewhere in this complaint and additionally under 18 U.S.C. § 1961(1) as the acts described herein were committed through electronic means, emails, pitch

decks, website and interstate communications.

97. Further, Plaintiff alleges Defendant engages in money laundering (18 U.S. Code § 1956) by selling stolen intellectual property from their company to their Parallel Company, despite being a unified enterprise under the guise of a fake sale (prohibited under 18 U.S. Code § 1956(a)(1)(B)). Defendant admits this openly in their terms of service.

98. Plaintiff reserves the right to assert a claim for civil RICO under 18 USC 1962 upon the discovery of additional evidence supporting such a claim of racketeering activity.

99. **FALSE FRONTS AND STATEMENTS MISLEAD INVESTORS INTO GLOBAL PRESENCE WITH INFLATED WORKFORCE**

Plaintiff alleges Defendant operates false-fronts to confuse and deceive investors and consumers alike. Defendant as early as 2016 has claimed they are foremost based in San Franscisco and still claim to this day to have offices in Copenhagen (Exhibits 65, 66, 67, 68), Athens (Exhibits 71, 72, 73), Los Angeles (Exhibit 73) as well as San Francisco (Exhibits 69, 70). Defendant, to this day, further claims they have "teams" at these major-city worldwide locations (Exhibit 74). Defendant claims to have 80 employees yet their financial reports state only 45 as of 2023 (Exhibit 101). Statements that were made to investors in a pitch deck that raised $3M in 2021 and cites raising

$7M in 2019, $3M in 2022, $25M in 2023:

100.    Defendant's Copenhagen office is a 900 sq. ft. basement with no visible

loading access, no apparent infrastructure for servers or production

equipment, and is located behind a locked gate. As shown in (Exhibits 65–68),

the exterior has remained closed and inaccessible since at least 2016 —

directly contradicting Defendant's repeated claims to investors and consumers

of a staffed, operational headquarters at that location.





101. **NO OFFICES, NO EQUIPMENT, NO INVENTORY, NO PRODUCT TO SELL**

Plaintiff, in arbitration for case number "25CHSC00490" made a pre-settlement request, for video proof of inventory. Defendant stated it is not possible to show proof of inventory because they do not keep finished goods at their offices; despite their website (Exhibit 64) and shipping labels (Exhibits 90-93) stating the contrary.

> Matthew, I would be happy to show you our inventory and a product, but we use a third party logistics provider for warehousing and logistics services, so we do not have finished goods at our offices.
>
> 05/02/2025 7:03 am

   f) On or about May 1st, Plaintiff demanded a 48-hour window to prove operational infrastructure and inventory exists, Defendant did not comply and ceased communications until May 5th, where he stated that he did not show the office because it was the weekend.

102. Based on the evidence collected, it seems Plaintiff sells their products on false pretenses to consumers who believe the company has equipment readily for sale (Exhibits 2, 4, 5, 6, 22, 23, 24) yet Defendant simply collects funds, misleads consumers about shipping dates, refuses refunds (Exhibits 2, 4, 13,

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 66

15, 22) and waits until financially viable to execute production runs of non-existent products.

103.    **SATISFACTION OF FRAUD**

To prove fraud in California, there is a need to satisfy all 4 prongs of qualification:

    g)  **A single false statement of material fact:**

        i.   "We have 100 employees" – False (Exhibit 101)

        ii.   "We have offices in Los Angeles" – False (Exhibit 73)

        iii.   "We have offices in Athens" – False (Exhibit 71)

        iv.   "We have offices in San Francisco" – False (Exhibit 70)

        v.   "We have **teams of employees** at offices in Los Angeles" – False (Exhibit 73)

        vi.   "We have **teams of employees** at offices in Athens" – False (Exhibit 71)

        vii.   "We have **teams of employees** at offices in San Francisco" – False (Exhibit 70)

    h)  **Made with knowledge of it's falsity:**

        i.   Defendant knows their staff size is less far than 100. (Exhibit 101)

        ii.   Their Parallel Company knows their staff size is far less than 100 (Exhibit 95).

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 67

iii.   Defendant stated their staff size was 80 while pitching investments (Exhibit 85) but that year reported as fourty-six (46) (Exhibit 101)

iv.   They knowingly sought after unmanned or virtual office/mailbox services for their "offices" (Exhibits 73, 71, 70, 65)

v.   They knowingly paid for those mailbox services and used them during their business operations. In fact, they were served at one of them and received those documents.

i)  **With intent to induce reliance**

i.   Defendant claims they have 250,000 creators using their products as of 2025 (Exhibit 77) an the largest fleet of mocap systems in the world (Exhibit 81)

ii.   Defendant promotes with quality, beautiful, trustworthy advertising to lure customers, then openly admits in their terms and conditions, that any reliance on their false advertising is non-actionable. (Exhibit 102)

iii.   Defendant has taken over $80M of venture capital money using their widely and proudly displayed "world presence" as a clear sign of growth, stability and capability and clearly designed to induce reliance not only for investors by building false trust, but also to

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 68

consumers, like Plaintiff, who believed the ads and their "popularity" when it was demonstrably and materially false.

    iv.    Defendant has taken venture capital money simultaneously for their Parallel Company using the "success" of their primary venture (Rokoko) as a way to induce reliance of trust to investors.

   j)  **And causing actual harm or reliance**

    i.    Consumers like Plaintiff have been mislead by believing the advertising, believing the size of the company and it's growth and considering that as a marker of measurable success both in innovation but increasing market share and functional capacity.

    ii.    Investors have spent likely well over $130M hoping for returns from a company who lied about the size and locations of their staff, capabilities, purpose, goals, possible returns, their "world presence", their "teams" of workers around the world and even more simply – that their intent is to actually sell, provide and maintain products to consumers; which has been shown to be a falsity in this cause of action.

104. **PLAINTIFF AS A CONSUMER QUALIFIES TO SUE FOR FRAUD**

California law allows a private party (consumer or investor) to sue for fraud when four prongs are satisfied:

k) **Exposed to misrepresentation**: Plaintiff was induced by Defendant's misrepresentations to make a purchasing decision he would not have made otherwise. Specifically, Defendant's publicly disseminated claims — including representations that Defendant employed 100+ staff globally, operated full offices with "teams" in multiple major cities, and had reliable product infrastructure and support pipelines — were material, repeated, and designed to instill confidence in buyers. These representations were not general puffery; they were concrete factual assertions used in both investor pitch decks and consumer-facing marketing, contradicted only in practice and hidden terms and conditions. Plaintiff viewed, relied on, and reasonably believed these representations to be true at the time of purchase. If Defendant did not represent their products int his capacity, Plaintiff would not have purchased from Defendant. Defendant's statements were a primary factor in causing Plaintiff's injury, satisfying the inducement element of fraud as provided in *(Lazar v. Superior Court (12 Cal.4th 631),* *Engalla v. Permanente Medical Group (15 Cal.4th 951), and* *Roddenberry v. Roddenberry (44 Cal.App.4th 634))*

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT. BREACH OF WARRANTY, AND RELATED CLAIMS) - 70

l)  **Induced by**: Plaintiff spent around $6,000 with no prior experience with the product due to the aforementioned in (a).

m) **Relied on it:** Reiterates (a) and (b)

n)  **Suffered Harm**: This is a claim for multiple damages, including but not limited to tortious interference with prospective economic advantage. Harm is well established.

## THIRTEENTH CAUSE OF ACTION:
## FRAUDULENT CONCEALMENT

105.    Plaintiff asserts he is not seeking damages for fraudulent concealment or spoliation only that the Court recognize it, and it's evidence is a matter of record and while making decisions upon this case.

106.    Plaintiff alleges on or about May 1st, 2025, Defendant requested arbitration in ODR for the original matter which was moved to civil court.

107.    Plaintiff, prior to any negotiations demanded proof of operations, staff and inventory, which Defendant declined to provide.

108.    Plaintiff hereby reiterates the facts within and admits the ODR chat transcripts onto the Courts record.

109.    **PROOF OF FRAUDULENT CONCEALMENT  / SPOLIATION**

Plaintiff alleges that Defendant spoliated key evidence as alleged and shown in the 7th, 8th, 9th and 10th causes of action to make his terms and conditions no longer include self-incriminating admissions against interest as litigation had begun.

110.    Plaintiff has retained proof of this event on multiple types of media including but not limited to photo, (Video exhibit 172), recordings, snapshots, third party verifications, etc.



Zoomed in:



COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 72

111.    Defendant's own email notice reinforces this claim, as it clearly outlines that Defendant (a) stated they planned to misappropriate and (b) infringe on that intellectual property and (c) strip metadata from the intellectual property and (c) retroactively modify existing contracts without assent and (d) force Plaintiff and consumers into the agreement "or else" disallow the use of products already purchased and paid in full without condition.

## O  ROKOKO

30 days from now, on March 22, 2025, we will make a change in our Terms of Use.

The most significant update focuses on the motion data that is created with Rokoko products. The change will allow us to leverage this data to enhance our products and services. This includes the possibility of sublicensing completely anonymized data to third parties, while ensuring that the data can never be redistributed in its original form. It opens the door for new opportunities and enables us to stay current and lead the development of our industry, together with our valued users.

You can review the full updated terms here. By continuing to use Rokoko products after March 22, 2025, you'll be agreeing to the updated terms.

If you have any questions, please don't hesitate to reach out to us on support@rokoko.com or as a reply to this email.

All the best,

The Rokoko Team

112.    This e-mail is a express admission against interest, reinforces Plaintiff's claims of spoliation and fraudulent concealment and resurrects the now deleted unconscionable terms of service through this reiteration and linking of and to the exact evidentiary document in question.

113.    **TAMPERING WITH HISTORICAL ACCESS TO CONTRACTUAL MATERIAL**

This terms and conditions page existed in the condition that Plaintiff has indicated in this document prior to May 1st, 2025 and had history dating back to around 2019. However, due to either DMCA takedown, personal request, or robots.txt or another method of soft-takedown. Defendant has removed all historical traces of the prior terms and conditions and now the 2019-2025 history of this page is entirely vanished:

https://web.archive.org/web/20250000000000*/https://www.rokoko.com/studio-term-of-use



114.    The evidence in question is the terms of use at the center of the Complaint located at https://www.rokoko.com/studio-term-of-use. Defendant modified this information on or about May 1st, 2025 at 7:59:21 as their website code shows a clear "last published" date and time (Exhibit 158). Issued by their web designer software, uploaded to their server, published on their website, from their staff – by them.

115.    Plaintiff asserts, as multiple warnings of litigation had occurred prior, and that Plaintiff had filed a case against Plaintiff that was now active, to which Plaintiff knew or should have known the breadth of, and that Plaintiff willfully suppressed this information with changes to complicate the matter before the Court by fraudulent practices and disrupt the discovery process: the Court should recognize that Plaintiff willfully spoliated critical key evidence.

116.    **RULES, PENALTIES AND INSTRUCTION FOR SPOLIATION**

*In determining what inferences to draw... the trier of fact may consider whether one party has suppressed evidence." -- California Evidence Code §413*

117.    *"The destruction of evidence... permits an inference that the evidence would have been adverse to the party that destroyed it." (Gaines v. Fidelity National Title Ins. Co., 62 Cal.4th 1081 (2016))*

118.    *"The court may impose a monetary sanction, issue an evidence sanction, issue a terminating sanction... against anyone engaging in conduct that is a misuse of the discovery process." (California Code of Civil Procedure §2023.030)*

119.    *"A party's intentional destruction of evidence relevant to the litigation may support an inference that the destroyed evidence would have been unfavorable to that party."* – (*Williams v. Russ*, 167 Cal.App.4th 1215 (2008))

120.    *"Intentional destruction of relevant evidence is **gross negligence or willful misconduct**. The appropriate remedy is dismissal when the loss is irreparable."* (**Pension Comm. v. Banc of America**, 685 F. Supp. 2d 456 (S.D.N.Y. 2010))

121.    *"When a party's bad faith conduct results in spoliation that completely deprives the other side of a meaningful ability to litigate, **dismissal is appropriate**."* (**Micron Technology, Inc. v. Rambus Inc.**, 645 F.3d 1311 (Fed. Cir. 2011))

122.    **CORPORATE VEIL SHOULD BE PIERCED**

Defendant in Exhibit 168, openly stated: *"You have involved our Board of Directors and they are now also briefed on the case and fully behind us, whichever route we choose to take. We are ready to go to trial, if needed."*. This statement is Defendant's own action which *"creates a unity of interest and ownership in which the separate personalities no longer exist."* (*Associated Vendors, Inc. v. Oakland Meat Co. (1962) 210 Cal.App.2d 825, 837)*

123.    Plaintiff asserts for the allegations herein including but not limited to the unification of separate personalities into this matter, the claims of fraud, misappropriation, willful ongoing tortious interference conduct and the spoliation of evidence: Defendant's corporate veil should be pierced and not be used allowed shield them, nor their shell corporations, investors, subsidiaries or any natural persons from liability in any manner contained herein.

"*Plaintiffs alleged a complex web of LLCs and corporations operated as a single enterprise with a common business purpose, common ownership, and intermingled assets...*" *(Greenspan v. LADT, LLC, 191 Cal.App.4th 486 (2010))*

"*When the corporate veil is used to promote injustice, courts will disregard it to reach the responsible parties.*" *(United States v. Bestfoods, 524 U.S. 51 (1998))*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant, and award the following:

1.      General Damages in an amount no less than $1,250,000, for lost production, commercial disruption, development delays, and associated opportunity costs resulting from Defendant's breach of warranty, failure to repair, and refusal to honor lawful obligations under California Civil Code §1793.2 and §1794.

2.      Restitution and reliance damages in an amount to be proven at trial, but not less than $250,000, for equipment loss, time investment, labor reallocation, and project interruption caused directly by Defendant's willful conduct and misrepresentations.

3.   Statutory damages for each act of infringement, pursuant to 17 U.S.C. § 504(c)(1), in an amount no less than $750 and no more than $30,000 per work, subject to proof at trial.

*($22,500 per work x 30 pieces upheld $675,000 - Sony BMG Music Ent. v. Tenenbaum, 660 F.3d 487 (1st Cir. 2011))*

4.      Damages for willful infringement in an amount deemed by the Court to be just and proper of no more than $150,000  as provided by 17 U.S.C. § 504(c)(2).

5.      Statutory damages for removing or hiding metadata/attribution of IP works as the Court deems just and proper of a sum not less than $2,500 or not

more than $25,000 as provided by 17 U.S.C. § 1203(c)(3)(B)

6.      Statutory damages and civil penalties pursuant to California Civil Code
§1794(c), up to two times actual damages, based on Defendant's willful and
knowing violation of warranty obligations, lack of repair infrastructure, and
systemic refusal to comply with California consumer law.

7.      Punitive damages in an amount no less than $4,000,000, based on
Defendant's fraudulent inducement, willful concealment of repair limitations,
deceptive business practices, and reckless disregard for the rights of consumers,
artists, and developers who rely on functional equipment to meet commercial
deadlines. Plaintiff has satisfied clear and convincing evidence of pression, fraud
or malice to satisfy this condition pursuant to CA Civ. Code § 3294

8.      Costs of suit, including all filing, service, and litigation expenses borne by
Plaintiff.

9.      Pre- and post-judgment interest, as permitted by law.

10.     Any and all further relief the Court deems just and proper.

Dated this 9th of May, 2025:

_____

Matthew R. Walsh
Plaintiff In Pro Per

COMPLAINT FOR DAMAGES(TORTIOUS INTERFERENCE, FRAUD, INTELLECTUAL PROPERTY THEFT, BREACH OF WARRANTY, AND RELATED CLAIMS) - 80

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko claiming in 2022 they had sold 1,000 SmartSuit II's already.

ひ 3 ♡    ⤶ Reply    🏅 Award    ⤳ Share    ⋯

**Dave_Rokoko** · 3y ago

Hi all! I'm David, the technical community manager at Rokoko.
Thanks for asking about this and for those that responded, we're following the thread closely and appreciate the discussion.

After the launch of the Smartsuit Pro II, we've shipped more than 1000 suits to customers and the vast, vast majority are reporting very positive feedback to us. However, there have been some specific features that are not quite released yet, such as elevation tracking, but we're working night-and-day to get that to you as soon as possible. The sensors are significantly better, and are still prone to some magnetic interference (like all IMU sensors on the market). We've never hidden that fact.

My recommendation is to try it out for yourself. We have a 30 day money-back guarantee so if you find that the quality isn't up to scratch, you can return it for a full refund. I'd be happy to help you out personally — feel free to DM me.

⤒ 3 ⤓    ⭘ Reply    ⛉ Award    ⤳ Share    ⋯

**RANDVR** · 3y ago

I would look at perception neuron 3 instead. Rokoko is terrible quality.

⊖    ⤒ 4 ⤓    ⭘ Reply    ⛉ Award    ⤳ Share    ⋯

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko user complaining Rokoko took their money, shipped nothing, refused refund.



3

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Rokoko creative director on the defense in reddit. Reiterates the 30-day money back policy.

**TheJabberwockLives** · 8mo ago

I'm biased (creative dir. for Rokoko :) ) - but imo we're great haha. Can never understand the hate for our product - sure there will be clean up depending on what you wanna do, but there is cleanup with literally ALL mocap because the chars proportions almost never match your body's proportions. if you want to see how the suit performs I have hours and hours of raw livestreams on the Rokoko YouTube channel using the suit. Also 30 day money back return policy. Also we have a deal for 45% off currently for indies. For what it's worth haha obviously I'm biased again :)

⇧ 1 ⇩    💬 Reply    🏅 Award    ↗ Share    ···

05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko user review stating they had not received their suit even after 1 year. Refusal to ship, refusal to refund.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko user calling out Rokoko and threatening a $200M class action against the company for taking money, not shipping and also accusing them of violating the public trust.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko users stating Rokoko will not cancel order or ship units and that their equipment is not quality.



hellorokoko
Original audio

...

terryallan_905 Rokoko is 🗑️

1w   Reply

jacken85 How to use your free animations in unreal? They give
me errors when I try to import it.

12w   Reply

── Hide replies

winteryeargames @jacken85 feel free to respond
here, i'll help you (not affiliated with Rokoko)

13h   Reply

timfox_ Ugh would be cool to finally have one of these

18w   1 like   Reply

creamycilantro Your customer service is terrible I ordered wires
for my suit weeks ago and never got an email they been
shipped. It took an additional four weeks just to get my quote
to order them this is not a reliable product most the time
sensors don't even work... and all their solutions are bandaid
solutions.

33w   2 likes   Reply

mega_roma nice that now you have something for indie.. and I
qualified. but sadly don't have any money.. so I'll hand-animate
for now..

34w   3 likes   Reply

film_guy2099 I have been trying to cancel my pre-order for the
headcam rig for 2 weeks now and no one will help me, your
company has terrible customer service

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Search results on Rokoko's official reddit page showing other users had bricked suits, firmware, sensor issues
around the same time that Plaintiff did.



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Rokoko user stating the sensors failed and Rokoko support is not available.

 r/Rokoko · 3 mo. ago
DarkStoneDigital

## Could not load device info / can't get sensor data

I'm having a pretty bad issue here that I'm hoping someone else has experienced. Suit was working fine a few days ago. Then I put it on today and suddenly it will not connect over wifi. If it does it can't find data. Sometimes it will connect and the leg sensors will be wrong and the head sensor will be tilted 90 degrees.

When I connect via USB to my computer, it claims things are fine. Other times it told me it couldn't find data but I took it to my computer upstairs and it seems to connect fine via USB. I try to connect via wifi or hotspot on the suit and it simply wont connect or it will give the sensor issue above.

Other times, I have seen no data but shows the sensors are all there and lit green. Once time all sensors showed off but would randomly flash quickly as yellow or green. I've reset the suit about a million times now and have done a reinstall of the firmware.

I'm at a loss and I'm in the middle of crunch for a project milestone. I've contacted support but they wont be available until tomorrow some time or late tonight (I'm in the US)

So I'm here hoping someone has come across a similar issue and found a fix. I was thinking of going and getting a dedicated router to see if that helps in anyway but my gut tells me its not that. All the sensors look good at first glance. I've been very careful with the suit.

 3  1  Share

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Rokoko user claiming the same failures as Plaintiff's equipment.

 r/Rokoko • 3 mo. ago
Klutzy-Technology279

## [HELP] Smartsuit Pro II – Leg sensors blinking green, stuck in bootloader mode

Hey everyone,

I'm having an issue with my **Smartsuit Pro II** where **the leg sensors are blinking green and seem to be stuck in bootloader mode**. Rokoko Studio **detects the suit**, but **does not recognize the leg sensors** at all.

## What I've tried so far:

- ✅ **Swapped cables and sensors** from a working suit – issue persists with the same leg sensors.
- ✅ **Tried multiple reboots and reconnecting sensors** – no change.
- ✅ **Followed the steps on the Rokoko website to reset sensors** multiple times – nothing helped.
- ✅ **Firmware shows as up-to-date** in Rokoko Studio, so I can't force an update.

Has anyone else had this issue? If so, how did you fix it? Is there any way to **force reinstall the firmware** on specific sensors that are stuck like this?

Any help would be greatly appreciated – I need to get this working ASAP!

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko user claiming the same failures as Plaintiff's equipment, support staff unavailable.



←    ◉   r/Rokoko · 7 mo. ago
       lagsywagsy                          ...

## Stuck in Bootloader mode?

Is there anything I can do to help bypass bootloader mode? I sent in a support ticket but coming from California, their CS hours don't match up and a client project we have is coming down to the wire.

⇧ 2 ⇩    ◯ 1    ⚬    ⤳ Share

05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko user claiming the same failures as Plaintiff's equipment, support staff unavailable.

  r/Rokoko · 2 yr. ago
jeffman12345

## Bootloader problem?

I keep having the rokoko mo-cap suit v2 connect for about 15-20mins then all sensors go gray like the bootloader problem on your suppport website while using beta. I have had the cable hooked up during all firmware updates but during one beta installation it crashed after installing the firmware update. Maybe someone can help me out with this? The gloves still work after 20mins but the suit does not. If i restart the beta program the suit works again. When I run inside of studio instead of studio beta without linking to an actor I get the bootloader problem but I will try again.

 4   0     Share

Rokoko user experiencing sensor issues, support staff refusing to address it, reiterating the same non-working "fix" they recommended last time.



← **r/Rokoko** · 2 yr. ago
sixthdrop
...

## Issue with Studio software

Hello there!

Our studio acquired the Rokoko Smartsuit Pro 2 in the fall of 2022. However, since then, we have been experiencing issues with the Rokoko Studio application. We are unable to use the Smartsuit gloves together with the Smartsuit Pro, as our arms start randomly rotating. We haven't encountered this type of issue with the legacy software. I have reached out to the Rokoko support team multiple times regarding this problem, but they have only suggested waiting for the next update. The last time they advised waiting for the May update, but it didn't resolve the issue.

Is anyone here facing a similar problem? Could it be possible that we have received a faulty Smartsuit Pro 2?

⇧ 1 ⇩    💬 4    ⚡    ↪ Share

Sort by:  Best ∨      🔍 Search Comments

**Unhappy-Blacksmith77** · 2y ago

That's some horrible feedback it seems like this suit isn't all that great the foot works great it seems like the issue with the gloves start to cause trouble when it's in front of your body ftmp I would suggest moving anything with magnets

⇧ 2 ⇩    💬 Reply    ⚡ Award    ↪ Share    ...

**Unhappy-Blacksmith77** · 2y ago

I think it has to do with your connection or router something is lagging I saw some of the hand movements matched after the lag

⇧ 2 ⇩    💬 Reply    ⚡ Award    ↪ Share    ...

**sixthdrop** OP · 2y ago

Here is footage how my smartsuit pro 2 performs with and without gloves: https://www.youtube.com/watch?v=Sue9yNv-hqI

⇧ 1 ⇩    💬 Reply    ⚡ Award    ↪ Share    ...

**sixthdrop** OP · 2y ago

I reached out to support again, and they asked me to provide a log file from the gloves. It appears that there was a hardware issue with them, and they requested that I ship them for warranty.
Issue solved!

⇧ 1 ⇩    💬 Reply    ⚡ Award    ↪ Share    ...

13

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko customer sharing complaints, claims Rokoko refused to refund. After months of repeatedly requesting
a refund, Rokoko finally refunded.

←  r/Rokoko • 2 yr. ago
Worth_Ability_3808                                                                    🔖  •••

## I Hate My Rokoko Suit

Edit: Finally got refunded August 7th. Tried 3 different methods, team seemed to be out of office pretty frequently. A
ton of emails exchanged. Overall I'm just glad I didn't send in the suit to never get a refund, but it took so long that I
really believed that was going to be the case for a while. Lost a couple hundred to PayPal fees.

Edit: Been waiting on a refund since May 24th when they received the suit and communicating with their team since
May 9th. 😑 it's currently June 14th. I'll update when it goes through, but it's been a process. They tried to refund me
a lot less than I paid so I sent them the invoice which was for around 5k. They tried saying it was for half now and half
once they received the suit, but I never got half of the refund. I'm bummed it's taking so long tbh, but I'm hopeful.

Original post: This thing is a trouble shooting nightmare and it's probably the worst money I've spent in my life. I've
tested it 3 times and had issues troubleshooting every time, but figured it was something I could fix on my end. Until
today when 75% of my censors just stopped working. I found it was a hardware issue. I literally haven't gotten
anything usable out of this suit.

This thing has only brought me stress and I may as well have animated from scratch or used something like move ai. It
works worse than your free ai mocap tool. I'm just devastated and I wish I could get my money back but according to
the refund policy I can't since it's been over 30 days (Really, not even 90?).

Your customer service you have to pay extra money just to talk to a person on the phone 'for a limited time'. I can see
why because I'm sure you have a ton of people disappointed in this product. Also doesn't track well with magnets or
too much metal in the room? Come on, 😑

I couldn't even imagine selling this thing to someone with a good conscience. To be fair I actually like the gloves
(except they stop working for me if I put anything metal in my hand like an iPhone) but that's sadly the only good
thing I can say about it. Don't waste your money on this thing. I wish I did more research on it. If I knew I was paying
5k for a panic attack I would've just not.

You need a dedicated router, a recommended power supply, and if you're using a third party software any plugins you
need may cost extra money. For example character creator live link costs $600 on top of the thousands you may spend
on the suit. Then to do livestream data you need to pay for a monthly subscription on top of it all. My sleep paralysis
demon wears a rokoko suit.

🔒  Locked post. New comments cannot be posted.

⬆ 26 ⬇        💬 30        😀        ↪ Share

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko user claiming they have performed every possible fix, most of the sensors went bad. (around the same time Plaintiff's suit was bricked by Defendant's firmware update)

 **Nebula480** · 2y ago

As somebody who has purchased the first suit and hated it, the second suit was literally day to night difference with very minimal cleanup. I don't work for this company and they're not paying me but it definitely sounds like you've got a bad suit because I guarantee once you're able to put on the second suit and have it synced up with your software, you'll wonder how you ever did anything without it. I to have had the sensor issue and had to reboot everything.

⊖  ⇧ 3 ⇩   ☺ Award   ⌲ Share   ···

 **Worth_Ability_3808** OP · 2y ago

Yeah I tried rebooting everything, reinstalling the firmware as suggested, I even tried it on 3 different computers, two different battery packs, and two different routers. I could have definitely gotten a bad suit it's weird that most of the sensors just went bad.

⇧ 2 ⇩   ☺ Award   ⌲ Share   ···

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customers claiming returns and refunds take a long time along with billing complaints, customer service complaints and claims of "ghosting" and stealing money.



**ThatGuyinGray** · 2y ago

Man, horror story. Whats the update?

⊖  ⬆ 2 ⬇    Q Award    ⟲ Share    ⋯



**Worth_Ability_3808** OP · 2y ago

Updated original post! Got refunded but it took a really long time and was honestly a pretty frustrating experience overall. I'm just glad after 3 months I got most of the money back.

Currently using move.ai which is giving me better results. I can't really comment on it comparatively to the rokoko suit since I think I received a bad one to begin with. I didn't get a single usable session and troubleshooted for months. Got a usable session with move.ai first try. Cost wise it makes more sense if you have friends with iPhones too. Haven't had to contact their customer service so I can't comment on that. I'm just glad to finally be making progress on a mocap project after being dragged through the mud. 😔

⬆ 2 ⬇    Q Award    ⟲ Share    ⋯



**BrokenStrandbeest** · 1y ago

Very expensive, flakey piece of crap. I just get angry when I see it hanging, unused.

⊖  ⬆ 2 ⬇    Q Award    ⟲ Share    ⋯



**Worth_Ability_3808** OP · 1y ago

I'm sorry you're dealing with similar issues. 😔 you could try to return it but the process did take a really long time for me.

⬆ 1 ⬇    Q Award    ⟲ Share    ⋯



**Hide_9999** · 1y ago

same, didnt have the best experience and neither with their customer service. Also, charging to use the suit after u paid for it...i would never have bought it if i knew i wouldnt be even able to use it without having to consistently fill their pockets

⬆ 2 ⬇    Q Award    ⟲ Share    ⋯



**soliddiesel** · 1y ago

I never believed all the bad stories about ROKOKO but let me tell you: ROKOKO SUCKS SOOOOOOOOOOOOOOOOO BAD!!!! OMG!!!! Their product is trash! Extremely innacurate! You have to do sooo much cleanup after each recording! And they are complete scams and liars!!! After returning their product(within the 30days) they ghosted all my emails for months. They basically stole my money and then

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continuation from #15

 **soliddiesel** · 1y ago

I never believed all the bad stories about ROKOKO but let me tell you: ROKOKO SUCKS SOOOOOOOOOOOOOOOO BAD!!!! OMG!!!! Their product is trash! Extremely innacurate! You have to do sooo much cleanup after each recording! And they are complete scams and liars!!! After returning their product(within the 30days) they ghosted all my emails for months. They basically stole my money and then had the nerve to attempt to charge my credit card again after all this. Luckily i had already reported them to my credit card and so the transaction got blocked. This was the worst company I ever dealt with in my life! SAVE YOUR MONEY. unless you got thousands of dollars to waste! Or go to another company! Never again!!!!!!●

⬆ 2 ⬇   ⚡ Award   ⤳ Share   ⋯

**LifeCartographer5535** · 1y ago

I don't like the Smartsuit Pro II. But the OP sounds like a serial complainer.. Just a bit of an over-reaction to get a refund it sounds like lmao.

⊖  ⬆ 0 ⬇   ⚡ Award   ⤳ Share   ⋯

**Worth_Ability_3808** OP · 1y ago

I mean I think if you get a broken product you should either get it replaced or get a refund is that not good business practice? lol 😄 hell yeah I complained that was the worst purchase I've ever made. I can't even remember the last time I asked for a refund on something tbh.

⊖  ⬆ 1 ⬇   ⚡ Award   ⤳ Share   ⋯

**LifeCartographer5535** · 1y ago

Like, i kinda agree with you. I was in the same situation, the drift and interference on the suit is a joke. I'm in two minds, because there's lots of people who've used the suit and make insanely good stuff with some cleanup.. Which made me think, is it the suit, or is it me that is the problem. What I hate the most is that they've added an add-on product to solve some of the issues with the suit. but it's like an extra £1000 to get it. I feel that product should be shipped to every customer free of charge, because of the poor quality of the SmartSuit pro II. I wish i had the motivation to be persistent and get my money back too - but, it was my workplace that paid for it, so i could care less lol.

⊖  ⬆ 2 ⬇   ⚡ Award   ⤳ Share   ⋯

**Worth_Ability_3808** OP · 1y ago

Ah fair yeah I run a small business so it's more important i don't waste the money lol. I had

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customer complaining the firmware update bricked the sensors. Other customers stating they had the same issues and had to return.

**Typical_Calendar_966** OP · 3y ago

I just updated firmware and suddenly sensors froze . Im using Mac so the windows patch rokoko links in support doesn't work obviously.... Any one knows how to fix this ?

⇧ 1 ⇩    💬 Reply    🏅 Award    ⤳ Share    ⋯

**fantabuly** · 3y ago

My fix was unfortunately returning the suit and never looking back.

⊖  ⇧ 1 ⇩    💬 Reply    🏅 Award    ⤳ Share    ⋯

**Typical_Calendar_966** OP · 3y ago

Damn ... give me some hope bro

⊖  ⇧ 1 ⇩    💬 Reply    🏅 Award    ⤳ Share    ⋯

**fantabuly** · 3y ago

contact support, let them run you through the troubleshoots and they may even suggest getting on a Zoom to do some steps live. They may suggest sending it back to be looked at anyways. so be prepared for that process. Could be the sensors, could be electromagnetic interference in your place and you'll end up hundreds deep trying to swap out Ethernet cables and modem/routers, could be software.

But if we're being honest, I would also consider looking at some of the posts that are common here with people reselling their suits, and the reasons why. It's something to consider... I do wish you the best of luck. I know how excited I was when I finally got mine two months ago, but the problems were just too much.

⊖  ⇧ 2 ⇩    💬 Reply    🏅 Award    ⤳ Share    ⋯

**Typical_Calendar_966** OP · 3y ago

Thanks I'll try my best , Good news is the sensors worked right before firmware update 🔺

⇧ 1 ⇩    💬 Reply    🏅 Award    ⤳ Share    ⋯

**Dave_Rokoko** · 3y ago

The solution is plug & play but not a magic button to instantly get high quality, which unfortunately causes some users to dismiss the suit as not being viable, even though they only perform one step of the intended workflow. Thankfully it does not take much more than a butterworth filter in Maya or keyframe decimation in Blender - and if necessary - followed by a bit of repositioning with an animation layer to get it to look really good. There's of course



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customer claiming sensors are not working, cables do not fix the issue and customer service will not offer

parts, repair or replacement per SONG-BEVERLY



r/Rokoko • 1 mo. ago
Fluffy_Ad8313

## Smartsuit pro I missing sensor

Hi hoping someone can help with this as support have told me they can't help me as they no longer service this suit.

Just bought it off ebay and it came with 2 of the sensors not being recognised. After following the instructions to power cycle, one came back online. The other at the top of the left leg is not coming back on. I have gone through the steps to replace the sensor which didn't work. So I assumed it was the cable and I simply swapped the cable above with the other leg cable but nothing changed which is a bit confusing.

The lights on the sensors are all normal so I'm a bit worried there's an issue with the hub.

Has anyone got any ideas?

⬆ 1 ⬇      💬 0      Ω      ↗ Share

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant reaching out to a customer on Reddit advising them they have a sensor failure and to contact support. This shows Defendant monitors customer complaints and product issues but ignores the majority of them.



⬆ 3 ⬇      💬 1      🏆      ↪ Share



RedditforBusiness · Official · Promoted                                                 ...

Business owners looking for communities of like-minded decision-makers turn to Reddit. Reddit offers the research they need to explore solutions and make considerations—which lead to choosing brands like yours.

**B2B Marketers:**
Reddit Ads **are just better**

✓2nd Largest audience of B2B decision-makers on the web

✓3/4 Decision makers plan to use

Sign Up                                                    accounts.reddit.com

Join the conversation

Sort by: Best ˅        🔍 Search Comments

RokokoTeam · 1y ago

This sounds like a faulty sensor - please reach out to support@rokoko.com for investigation and potential repair

⬆ 1 ⬇      💬 Reply      🏆 Award      ↪ Share      ...

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko users complaining hardware doesn't work, support delays and deflects and can take weeks to reply.
One user complains about sensor errors.



hellorokoko We've just published a deep-dive workflow video showcasing the unique benefits of the Coil Pro – from multi-actor scenes to precise prop interactions. 🎬 See now live on our YouTube channel (link in bio).

P.S. ⏰ Today's your final chance to grab the Coil Pro with a 15% discount. Don't miss the wave! 🌊

#mocap #3d #motioncapture
6dw

vonoactor Anyone in Uk with the equipment to colab or rent it out?
1w  Reply

mk.proj.studio No f*ing way. We bought two suits with their smart gloves and coil, and nothing works. Every response from Rokoko is that they're 'working on fixing the issues'... but from the moment you send an email with a problem to the moment they reply, it can take WEEKS.😩
2d  Reply

timfox_ So cool
18w  1 like  Reply

niltolas091 Firme! A @magfilmesbr tem essa tecnologia.
4w  1 like  Reply  See translation

mh.zarei2811380 Please add monthly services, so that small teams without sponsors can also use the services.🙏🙏
49w  3 likes  Reply

        View replies (1)

gustnightride ☑ Smartsuit 1+smartgloves work with the coil pro? Received the mail about Smartsuit 1 not recieving more updates, used it so little times bc of sensor errors and back and forth with support, hope we have a way to upgrade it to smartsuit 2 or something...
17w  2 likes  Reply

        View replies (1)

sunchild_x Hello , where I can write for support ?
52w  1 like  Reply

        View replies (1)

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customer complaining about sensor errors, Defendant follows them on social media back.

 **gustnightride** ☑ Smartsuit 1+smartgloves work with the coil pro? Received the mail about Smartsuit 1 not recieving more updates, used it so little times bc of sensor errors and back and forth with support, hope we have a way to upgrade it to smartsuit 2 or something...

52w   2 likes   Reply

View replies (1)





gustnightride ☑   [Follow]   [Message]   +⊘   •••

**131** posts      **3,637** followers      **973** following

**Augusto Solis**

ⓑ gustnightride

Artist
CHIQUI ᴀʀ 💻
Animator @nightridevisuals Founder of @reaxis_studio @cntentmrkt

Followed by **hellorokoko**

A customer complaining about paying for equipment only to have Defendant make excuses about shipping dates, refusing to refund, refusing the even reverse the payment, advertising 30 day refund, project halted. No customer support interaction.

 **r/Rokoko** · 10 min. ago
Creepy_Ad_4526                                                                    ...

# I'm frustrated

I ordered an indie bundle + coil pro 8 days ago. I think it was easter time. And I chose separate payments. They got my first installment. And sent me an email that they can't ship to the US because of the tariffs, and I should wait until June. I told them I can't wait, because I have to take a trip with my kids for the summer. And will be back in September. I asked them to make a refund. No reply. They said it's impossible to reverse the deal, and they are looking for ways to do it. I'm not sure what that means, how do you even do business if you can't reverse a payment, and why would you even advertise that you do 30 days full refund? My project is halted, and my money is gone. I'm so frustrated now that I won't even use their product for free.

No numbers, no online support. Nothing. You email them, and they get back to you in days. Medieval.

 ⬆ 1 ⬇     💬 0     ⚐     ⤷ Share

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customer stating Defendant states weekly they will ship the suit but it took months to arrive. When some of
the hardware arrives, it's broken, additional multiple weeks for replacement, Defendant threatened to charge
for replacement under warranty.

 **ThatLocomotive** · 2mo ago

My experience with Rokoko and their customer service was not great.

When I first ordered my suit and gloves they told me it would take 2 weeks to ship. That was fine because I
ordered the suit several months earlier than I needed it thinking I was giving myself plenty of time to
experiment with it and offset any potential delays in shipping. They missed the 2 week deadline and for the
next 2+ months they sent me a weekly email saying the suit is expected to ship "next week." It obviously never
came next week.

It was extremely frustrating and I felt like I was getting placated over and over again. I told them several times
to please just send me an email when they actually know they can ship it instead of these false updates. I
obviously missed the shooting day I had planned with a client and we had to shift a lot of our plans because
the suit simply did not come.

After several months of this, the suit and gloves finally arrive and guess what? I had a similar issue that you
had. The thumb on the glove was not working because they made the wire too short to reach the end of the
thumb, meaning it could not register thumb movement properly. They did end up sending a replacement
glove but I did have to send them a video showing the problem and I had to wait several more weeks for the
replacement to come. The cherry on top? I asked them several times where to send the broken glove I had and
they didn't respond. Then, like a month later they threatened to charge me for the glove because I hadn't sent
it back yet and they only backed down when I showed them the email exchange of me asking for the shipping
info that they failed to supply.

All I can say is good luck, be persistent, and it's not just you.

⊖  ⇧ 2 ⇩    ◯ Reply    ⚌ Award    ⌘ Share    ⋯

**iantense** OP · 2mo ago

I appreciate this. It's extremely frustrating that they are putting this burden on me. They've already
dangled my warranty in front of my face, and I'm starting to get the ick from these guys.

⊖  ⇧ 2 ⇩    ◯ Reply    ⚌ Award    ⌘ Share    ⋯

 **ThatLocomotive** · 2mo ago

Yeah that sucks. Sorry to hear it. I would maybe do what I did and send them a video showing it not

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customers complaining support takes months, shipped broken hardware, refusing to take accountability, blaming cables despite having instant, live diagnostic information to the contrary.



← ⊙ r/Rokoko · 2 mo. ago
iantense                                                              ···

## How many others received their products broken?

I have been dealing with Rokoko Customer Service for a few months now. They shipped me a broken glove, with an unresponsive index finger, and have been pretty unhelpful about it, sending me repair instructions for a product that was shipped to me broken.

Is this rare? Anyone else dealt with this??

⬆ 4 ⬇      💬 9      🎁      ↪ Share

Join the conversation

Sort by: Best ∨     🔍 Search Comments

⊙ Nebula480 · 2mo ago

The first suit was crap and really had to clean up a lot and the second one was night and day difference with more accuracy, but eventually the arm did stop working and was surprised that they also sent me instructions and that if I wanted to have a replacement cable sent out to me it would cost me money. luckily I still had the box with the additional cables they originally sent and was able to fix it pretty fast by their instructions.

⊙  ⬆ 2 ⬇   💬 Reply   🎁 Award   ↪ Share   ···

iantense OP · 2mo ago

Wow, so must be a pretty common issue.

⬆ 1 ⬇   💬 Reply   🎁 Award   ↪ Share   ···

TheNewWave743 · 2mo ago

I've had mine for maybe 3 years now and haven't had a problem but I'm not the heaviest of user.

⬆ 2 ⬇   💬 Reply   🎁 Award   ↪ Share   ···

AdVisual8487 · 1mo ago

I had them repair a broken glove, they did the job but it cost $500 and took 4 months to get the glove back. 3 months to clear customs in Denmark and 1 month for them to actually do the job. They could have just sent me the part and I could have done it myself because at least in the US we know how the mail works but that was to complicated and scary for them. A few months ago I had issue with the glove again. I spent 1k on ebay

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customers complaining they have lost time and money on set due to equipment failures with live actors present. Defendant replies trying to assist. Defendant also admits the presence of external metadata. Customer complains about numerous issues, unable to use for 7 months.



Dave_Rokoko · 3y ago

Sorry to hear that you've been having these issues! Studio Beta is still in development so there's bound to be hiccups now and again, though loosing data like that is certainly not something we're taking lightly. It is steadily improving though and it's the first time I hear someone experiencing this, thankfully.

I've not run into the issue with Legacy refusing to export animations before either. I'm assuming you're already in contact with support about this, but have you tried taking the .srec-files from one installation of Studio Legacy and moving them to another, to see if the export problem persists across installations? You can access the folder they are located in by right-clicking on the take in Studio and selecting "Open Folder". Just remember to copy over the .meta-files as well, as they contain additional information on the clips used by Studio.

⊖   ⬆ 1 ⬇    ⬭ Reply    ⬡ Award    ⬈ Share    ⋯



MARUI-Plugin · 3y ago

It isn't just "hiccups". It's:
- losing hours of work with a professional dancer just because "servers went down for some period of time".
- export to Maya HumanIK uses the wrong skeleton.
- limbs are tracked to badly that they intersect / pass through each other a lot.
- fingers are bent backwards.
I reported all these and more to support over a month ago and nothing was done. Not even a notification on how long it will take to fix any of them.
It's been 7 months now since we ordered the suit, and we still haven't been able yet to create a single usable motion capture recording.
It's a completely unusable product at this stage.

⊖   ⬆ 3 ⬇    ⬭ Reply    ⬡ Award    ⬈ Share    ⋯



spoonesteban · 2y ago

same here man. I've been having the exact same issues.

It's heart breaking because they market towards smaller artists and independent artists. the ones that spend a months salary... then you subscribe to pay even more... and eventually you've spent thousands of dollars and all you have is lost hours, stress levels are up, and so on

⬆ 3 ⬇    ⬭ Reply    ⬡ Award    ⬈ Share    ⋯



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Customer claiming they received an e-mail saying SmartSuit 2 just uses SmartSuit 1 electronics. Indicating availability of parts even for Plaintiff's suit and that Defendant simply rebranded an old product as new/improved.



r/Rokoko · 3 yr. ago
koraybirand

# SmartSuite II

I received an email from rokoko stating that all the suits purchased within 2021 actually has smartsuite pro II electronics. I was amazed. So the suit which was just hanging in my closet suddenly gave me a hope. So i did the necessary firmware updates and decided to give rokoko a second chance. Check the below link :

https://drive.google.com/file/d/1fRq6liH_1z26MEyg8_8z5LcFkcJfyWo9/view?usp=drivesdk

Who would go trough the hassle to clean up this animation. I could make it from scratch much more quicker. Sorry guys I am really angry with rokoko

⇧ 3 ⇩        ○ 14        ⋒        ⇗ Share

up  upwork · Promoted

When hiring is frozen, but not your goals—you can tap freelance experts on Upwork to help you stay on track.

Sign Up                              upwork.com

Budgets shrink.
Expectations don't.
upwork can help.

Join the conversation

Sort by  Best ∨        Q Search Comments

Nurolight · 3y ago

Angry about what?

⊖   ⇧ 2 ⇩    ○ Reply    ⋒ Award    ⇗ Share    ⋯

koraybirand OP · 3y ago

Angry about ——> lack of quality

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's suit showing sensor failures. Defendant claimed it was a cable issue.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant showing missed deadline for video game submission to Nintendo and validation of SKU



[NDP] The Expected Lotcheck Submission Date for THE NEXT WORLD (LOGIC NINE, LLC) has passed

noreply@noa.nintendo.com                                    Mon 3/24/2025 11:16 AM

## Nintendo Developer Portal

2025-03-24 18:16:20

The expected Lotcheck submission date has passed. Please update the date along with the expected release date as needed.

**Game Code:** HAC-P-BCV4A
**Product Name (English):** THE NEXT WORLD
**Product Name (Japanese):** 次の世界
**Product Name (Kana):** ザー・ネクスト・ワールド
**Publisher:** LOGIC NINE, LLC
**Product Type:** Full Product (製品版)
**Platform:** Nintendo Switch

**Display Version:** 1.0.0
**Release Version:** 00
**Submission Version:** 00
**Release Type:** Initial Release (初回リリース)
**Submission Type:** Lotcheck (ロットチェック)
**Expected Lotcheck Submission Date:** 10/14/2023
**Expected Release Date:** 02/18/2024
**Delivery:** Digital (ダウンロード版)
**Sales Region (Card):** N/A (N/A)
**Sales Region (DL):** Americas, Europe + Australia, Japan, Asia (Hong Kong, Taiwan, Korea) (米州, 欧州＋豪州, 日本, Asia（香港・台湾・韓国）)
**Card Size:** 32GB (32GB)
**Uses ROMs That Differ Between Regions:** N/A (N/A)

**NDP Licensing Contact:** Nintendo of America
**NDP Lotcheck Contact:** N/A

Click here to view the product

This is an automatically generated email. Please do not reply.

Best Wishes,
Nintendo

This e-mail was sent by Nintendo Co., Ltd., 11-1 Kamitoba-Hokotate-Cho Minami-ku Kyoto, 601-8501 Japan. Representative Directors: Shuntaro Furukawa, Shigeru Miyamoto. Registration number: 1300-01-011420.

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko software remotely signaled to disable Plaintiff's account.

Flow Details

2025-05-04 23:31:13 POST https://3.168.147.41/graphql
— 200 OK application/json 161b 378ms

| Request | Response | Detail |
|---|---|---|
| Content-Type: | application/json;charset=UTF-8 | |
| Content-Length: | 161 | |
| Connection: | keep-alive | |
| X-Amz-Cf-Pop: | LAX54-P1 | |
| Date: | Sun, 04 May 2025 06:31:14 GMT | |
| x-amzn-apqsync-TokensConsumed: | 1 | |
| x-amzn-RequestId: | 11b0e744-0be6-4c63-9607-cc15acbf0204 | |
| Via: | 1.1 20e38fc9b3806ab4036380186de24000.cloudfront.net (CloudFront), 1.1 17056b39a149c01f790d0fdbe2001624.cloudfront.net (CloudFront) | |
| X-Cache: | Miss from cloudfront | |
| X-Amz-Cf-Pop: | LAX54-P3 | |
| X-Amz-Cf-Id: | V4F_TkZaTg5Y4gsbiIZsDyWSrPV_CA1r6-gktID2v91ZMISG0GpawQ== | |

JSON                                                                                    [::auto]

{
    "data": {
        "revokeDeviceAccess": {
            "user_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
            "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
            "device_limit": 1,
            "devices": []
        }
    }
}

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant tracking even when a user looks at the settings window

Command Prompt - mitmproxy --mode regular --listen-port 8080

Flow Details
2025-05-04 00:58:56 POST https://3.167.192.118/graphql
                    ← 200 OK application/json 29b 361ms

          Request                        Response              Detail

User-Agent:     TeamAppsync/8.2.0.0
x-api-key:      da2-pa7tlmpnvbcpdhe7l46q3eodvu
Content-Type:   application/json; charset=utf-8
Content-Length: 1994
Host:           rmp-gql-public.rokoko.com

GraphQL                                                                           [ :auto]
{
  "query": "...",
  "variables": {
    "input": {
      "events": [
        {
          "event_name": "studio_settings_opened",
          "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10  (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"device_s
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345052538\",\"online\":true,\"team_id\":\"8ff2cb1e-8024-4b94-ba7d-2d043388a4b5\",\"team_ro
le\":\"owner\",\"team_plan\":\"starter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"
connected_device_count_usb\":1,\"connected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected
_device_types\":[]}",
          "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
          "client_id": "STUDIO",
          "created_at": 0,
          "is_lpm": false
        },
        {
          "event_name": "shortcut_action_fired",
          "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10  (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"device_s
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345054464\",\"online\":true,\"team_id\":\"8ff2cb1e-8024-4b94-ba7d-2d043388a4b5\",\"team_ro
le\":\"owner\",\"team_plan\":\"starter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"
connected_device_count_usb\":1,\"connected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected
_device_types\":[],\"shortcut_action_name\":\"close-popup\"}",
          "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
          "client_id": "STUDIO",
          "created_at": 0,
          "is_lpm": false
        }
      ]
    }
  }
}
---
mutation($input: EventInput!){?
                trackEvents(input: $input)}

[1494/1624][ :~u rokoko]                                                              [*:8080]
Flow:    e Edit        D Duplicate     r Replay      x Export      d Delete      b Save body

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant tracking when Plaintiff uses the software, how long he's used it for and telemetry regarding his machine.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    □   ×
Flow Details
2025-05-04 00:50:50 POST https://3.167.192.118/graphql
                   ← 200 OK application/json 29b 379ms
                    Request                        Response                  Detail
User-Agent:       TeamAppsync/0.2.0.0
x-api-key:        da2-pa7tlmpnvbcpdhe7146q3eodvu
Content-Type:     application/json; charset=utf-8
Content-Length:   4718
Host:             rmp-gql-public.rokoko.com
GraphQL                                                                                      [ :auto]
{
  "query": "...",
  "variables": {
    "input": {
      "events": [
        {
          "event_name": "session_start",
          "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10 (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"device_s
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345045628\",\"online\":true,\"team_id\":null,\"team_role\":\"viewer\",\"team_plan\":\"star
ter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"connected_device_count_usb\":1,\"co
nnected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected_device_types\":[]}",
          "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
          "client_id": "STUDIO",
          "created_at": 0,
          "is_lpm": false
        },
        {
          "event_name": "studio_started",
          "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10 (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"device_s
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345045779\",\"online\":true,\"team_id\":null,\"team_role\":\"viewer\",\"team_plan\":\"star
ter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"connected_device_count_usb\":1,\"co
nnected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected_device_types\":[]}",
          "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
          "client_id": "STUDIO",
          "created_at": 0,
          "is_lpm": false
        },
        {
          "event_name": "user_plan_entitlements_loaded",
          "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10 (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"device_s
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345048548\",\"online\":true,\"team_id\":\"8ff2cb1e-8024-4b94-ba7d-2d043388a4b5\",\"team_ro
le\":\"owner\",\"team_plan\":\"starter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"
connected_device_count_usb\":1,\"connected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected
[1517/1625][ :~u rokoko]                                                                      [*:8080]
Flow:    Edit      D Duplicate   Replay    Export    d Delete    b Save body
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continuation of 31

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    □    ×

Flow Details
2025-05-04 00:50:58 POST https://3.167.192.118/graphql
                    ← 200 OK application/json 29b 379ms
            Request                          Response                         Detail
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345048548\",\"online\":true,\"team_id\":\"8ff2cb1e-8024-4b94-ba7d-2d043388a4b5\",\"team_ro
le\":\"owner\",\"team_plan\":\"starter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"
connected_device_count_usb\":1,\"connected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected
_device_types\":[],\"subscription_plan\":\"starter\",\"offline_duration_days\":1.0,\"skip_sync\":false,\
"face_capture_access\":false,\"trial_rejected\":false}",
            "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
            "client_id": "STUDIO",
            "created_at": 0,
            "is_lpm": false
        },
        {
            "event_name": "sync_time_taken",
            "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10  (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"device_s
ervice_version\":\"1.0.190\",\"device_service_sha\":\"7369b33a0a24fef74627066c50d388a35408f4ea\",\"creat
ed_at\":\"1746345049588\",\"online\":true,\"team_id\":\"8ff2cb1e-8024-4b94-ba7d-2d043388a4b5\",\"team_ro
le\":\"owner\",\"team_plan\":\"starter\",\"active_scene_id\":null,\"ui_context\":\"dashboardcontext\",\"
connected_device_count_usb\":1,\"connected_device_count_wifi\":0,\"connected_device_ids\":{},\"connected
_device_types\":[],\"sync_duration_in_milliseconds\":440,\"sync_operation\":\"DASHBOARD\",\"sync_result\
":\"SUCCESS\"}",
            "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
            "client_id": "STUDIO",
            "created_at": 0,
            "is_lpm": false
        },
        {
            "event_name": "applicationopen_operation",
            "event_properties":
"{\"$app_build_number\":\"0\",\"$app_version\":\"2.4.8\",\"$os\":\"Windows\",\"$os_version\":\"Windows
10  (10.0.19045) 64bit\",\"mp_country_code\":\"US\",\"$screen_height\":2160,\"$screen_width\":3840,\"$sc
reen_dpi\":144.0,\"mp_lib\":\"unity\",\"os_language\":\"en\",\"mac_address\":\"B42E999FD72B\",\"created_
at\":\"1746345040151\",\"online\":null,\"team_id\":null,\"team_role\":null,\"team_plan\":null,\"active_s
cene_id\":null,\"ui_context\":null,\"status\":\"success\",\"time_ms\":9812.3867000000009,\"auto_logged_i
n\":true,\"no_teams\":1,\"no_team_members\":1,\"no_projects\":4,\"no_open_scenes\":0,\"event_version\":2
}",
            "distinct_id": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
            "client_id": "STUDIO",
            "created_at": 0,
            "is_lpm": true
        }
    ]
  }
}
}
---
mutation($input: EventInput!){?
                trackEvents(input: $input)}

[1518/1626][ :~u rokoko]                                                              [*:8080]
Flow:     e Edit        D Duplicate    r Replay      x Export    d Delete    b Save body
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software showing the programmatic existence of an opt-out, however, Defendant gives the user no ability over this feature.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software asking their servers to enumerate what intellectual property they have stored on their servers.



35

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continuation of 34, Defendant's servers returning a complete list of Plaintiff's intellectual property in which
they now posses unauthorized.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                                    —    □    ×

Flow Details
2025-05-04 00:50:49 POST https://3.167.212.118/graphql
                    ← 200 OK application/json 9.0k 345ms
              Request                            Response                                    Detail
Content-Type:                          application/json;charset-UTF-8
Content-Length:                        9166
Connection:                            keep-alive
X-Amz-Cf-Pop:                          LAX54-P6
Date:                                  Sun, 04 May 2025 07:50:49 GMT
x-amzn-appsync-TokensConsumed:         1
x-amzn-RequestId:                      53f28fdf-6f04-4c97-ab88-abf2eabBa778
Via:                                   1.1 60b571ecac1934ebb297a6ecf58869c4.cloudfront.net (CloudFront), 1.1
                                       caabaa9cf820f7430cfe8a16921ef12a.cloudfront.net (CloudFront)
X-Cache:                               Miss from cloudfront
X-Amz-Cf-Pop:                          LAX54-P5
X-Amz-Cf-Id:                           FVevMRPO-ekZAvjZIDaZ3VAIOs6Is0JYY7iuxD_4zd1gTXcPA7kITA==
JSON                                                                                                          [ :auto]
{
    "data": {
        "listProjects": [
            {
                "project_id": "0469d6cf-457f-4daa-b12f-08196b749aee",
                "team_id": "8ff2cb1e-8024-4b94-ba7d-2d04338Ba4b5",
                "name": "FUCKSTICK",
                "last_modified": 1746324586370,
                "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                "created_at": 1709424855772,
                "operation": null,
                "thumbnail_last_modified": null,
                "is_deleted": false,
                "scenes": [
                    {
                        "team_id": "8ff2cb1e-8024-4b94-ba7d-2d04338Ba4b5",
                        "project_id": "0469d6cf-457f-4daa-b12f-08196b749aee",
                        "scene_id": "d212ef6f-b2c8-43a7-889f-c8e87eb38de4",
                        "source_team_id": null,
                        "source_project_id": null,
                        "source_scene_id": null,
                        "name": "FUCKSTICK",
                        "last_modified": 1709424860786,
                        "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                        "created_at": 1709424860786,
                        "operation": null,
                        "thumbnail_last_modified": 1709425008198,
                        "is_deleted": null
                    },
                    {
                        "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                        "project_id": "0469d6cf-457f-4daa-b12f-08196b749aee",
                        "scene_id": "db2b5812-d668-4912-805d-9fca187cd225",
                        "source_team_id": null,
                        "source_project_id": null,
                        "source_scene_id": null,
                        "name": "wdduwdwdw",
                        "last_modified": 1746324586370,
[1531/1630][ :~u rokoko]                                                                                      [*:8080]
: flow.comment @focus "" 3~
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continuation of 35, Defendant's server showing they have Plaintiff's intellectual property from his video game
"The Next World"

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                               —  □  ×
Flow Details
2025-05-04 00:50:49 POST https://3.167.212.118/graphql
                    ← 200 OK application/json 9.0k 345ms
         Request                          Response                          Detail
        },
        {
            "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
            "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
            "name": "THE NEXT WORLD",
            "last_modified": 1746330238059,
            "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
            "created_at": 1668063576470,
            "operation": null,
            "thumbnail_last_modified": null,
            "is_deleted": false,
            "scenes": [
                {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
                    "scene_id": "1172be56-2b1a-4635-87fc-baaabe1e1312",
                    "source_team_id": null,
                    "source_project_id": null,
                    "source_scene_id": null,
                    "name": "NEXT WORLD TRAILER",
                    "last_modified": 1679283967753,
                    "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                    "created_at": 1679283967753,
                    "operation": null,
                    "thumbnail_last_modified": 1679534046673,
                    "is_deleted": null
                },
                {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
                    "scene_id": "223eb823-46eb-4145-8861-39b2e6a5b66e",
                    "source_team_id": null,
                    "source_project_id": null,
                    "source_scene_id": null,
                    "name": "Next World Trailer 4",
                    "last_modified": 1679288902147,
                    "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                    "created_at": 1679288902147,
                    "operation": null,
                    "thumbnail_last_modified": 1679440375760,
                    "is_deleted": null
                },
                {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
                    "scene_id": "256fd93b-00e5-47c1-9r36-86b5834e3c6b",
                    "source_team_id": null,
                    "source_project_id": null,
                    "source_scene_id": null,
                    "name": "defdwd",
                    "last_modified": 1680086428108,
  [1532/1631][ :~u rokoko]                                                                [*:8080]
: flow.comment @focus "" 3~
```

37

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continuation of 36, Defendant showing they possess Plaintiff's intellectual property for various scenes in 'The Next World'

Command Prompt - mitmproxy --mode regular --listen-port 8080

Flow Details
2025-05-04 08:50:40 POST https://3.167.212.118/graphql
                     ← 200 OK application/json 9.0k 345ms
                Request                    Response                    Detail

        "operation": null,
        "thumbnail_last_modified": 1680086773567,
        "is_deleted": null
    },
    {
        "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
        "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
        "scene_id": "505fb69b-02fb-434f-a964-cc804ea4827c",
        "source_team_id": null,
        "source_project_id": null,
        "source_scene_id": null,
        "name": "THE NEXT WORLD",
        "last_modified": 1668117563799,
        "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
        "created_at": 1668117563799,
        "operation": null,
        "thumbnail_last_modified": 1668117970231,
        "is_deleted": null
    },
    {
        "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
        "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
        "scene_id": "6e16f118-89e1-497f-aa3a-a72171cf71ba",
        "source_team_id": null,
        "source_project_id": null,
        "source_scene_id": null,
        "name": "NEXT WORLD Scene 6",
        "last_modified": 1679952661452,
        "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
        "created_at": 1679952661452,
        "operation": null,
        "thumbnail_last_modified": 1679956001000,
        "is_deleted": null
    },
    {
        "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
        "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
        "scene_id": "9399e166-aea8-4e66-91b3-632ab61d8eb1",
        "source_team_id": null,
        "source_project_id": null,
        "source_scene_id": null,
        "name": "Next world scene 5",
        "last_modified": 1746330238059,
        "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
        "created_at": 1679290090566,
        "operation": null,
        "thumbnail_last_modified": 1746330650482,
        "is_deleted": false
    },

        "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",

[1533/1632][ :~u rokoko]                                              [*:8080]
: flow.comment @focus "" 3~

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continuation of 37, Plaintiff showing if he copies a scene and renames it to something like "WILLROKOKOTAKETHIS", Defendant in fact, will take it.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                              —    □    ×
Flow Details
2025-05-04 00:50:49 POST https://3.167.212.118/graphql
                    ← 200 OK application/json 9.0k 345ms
         Request                              Response                              Detail
              "scene_id": "958ba3ff-bc55-4549-910a-5ec60ac0855a",
              "source_team_id": null,
              "source_project_id": null,
              "source_scene_id": null,
              "name": "Yaaas",
              "last_modified": 1746324529721,
              "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
              "created_at": 1696738629200,
              "operation": null,
              "thumbnail_last_modified": 1746324567349,
              "is_deleted": false
         },
         {
              "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
              "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
              "scene_id": "966d9d1d-b1db-4671-b630-6263ca3c1622",
              "source_team_id": null,
              "source_project_id": null,
              "source_scene_id": null,
              "name": "Next World Trailer 3",
              "last_modified": 1679287833789,
              "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
              "created_at": 1679287833789,
              "operation": null,
              "thumbnail_last_modified": 1679712519787,
              "is_deleted": null
         },
         {
              "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
              "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
              "scene_id": "bcb40fc3-65e7-4986-9c3d-c11207f0eeB2",
              "source_team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
              "source_project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
              "source_scene_id": "9399e186-aea8-4e66-91b3-632ab61d8eb1",
              "name": "WILLROKOKOTAKETHIS",
              "last_modified": 1746330335069,
              "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
              "created_at": 1746330335069,
              "operation": null,
              "thumbnail_last_modified": null,
              "is_deleted": null
         },
         {
              "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
              "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
              "scene_id": "e30715d4-ff65-4dca-a6e7-5e04d0c4fbc2",
              "source_team_id": null,
              "source_project_id": null,
              "source_scene_id": null,
              "name": "Vertical Slice",
              "last_modified": 1893344650244,
 [1535/1634][ :~u rokoko]                                                          [*:8080]
: flow.comment @focus "" 3~
```

39

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 38, Defendant's server showing they possess his intellectual property used in the playable vertical slice of his game.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    —    □    ×

Flow Details
24/5 06/04 00:50:49 POST https://3.167.212.118/graphql
                    ← 200 OK application/json 9.0k 345ms
              Request                          Response                          Detail
                    "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                    "created_at": 1746330335069,
                    "operation": null,
                    "thumbnail_last_modified": null,
                    "is_deleted": null
              },
              {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
                    "scene_id": "e38715d4-ff65-4dca-a6e7-5e04d0c4fbc2",
                    "source_team_id": null,
                    "source_project_id": null,
                    "source_scene_id": null,
                    "name": "Vertical Slice",
                    "last_modified": 1693344658244,
                    "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                    "created_at": 1693263741257,
                    "operation": null,
                    "thumbnail_last_modified": 1693347613315,
                    "is_deleted": false
              },
              {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
                    "scene_id": "efd824d4-5528-4d4d-9329-b182649ff43c",
                    "source_team_id": null,
                    "source_project_id": null,
                    "source_scene_id": null,
                    "name": "next world trailer 2",
                    "last_modified": 1679287072943,
                    "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                    "created_at": 1679287072943,
                    "operation": null,
                    "thumbnail_last_modified": 1679687449418,
                    "is_deleted": null
              },
              {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
                    "scene_id": "f792123e-eb54-444e-8ff3-b7a42c73def0",
                    "source_team_id": null,
                    "source_project_id": null,
                    "source_scene_id": null,
                    "name": "ill",
                    "last_modified": 1709424611427,
                    "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                    "created_at": 1709424611427,
                    "operation": null,
                    "thumbnail_last_modified": 1709425543673,
                    "is_deleted": null
              }

[1536/1635][ :~u rokoko]                                                            [*:8080]
: flow.comment @focus "" 3~
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software sends personally identifiable, private information to untrusted third parties without consent.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    □  ×

Flow Details
2025-05-04 00:50:47 POST https://3.167.212.118/graphql
                        ← 200 OK application/json 189b 329ms
                Request                          Response                              Detail
Content-Type:                          application/json;charset=UTF-8
Content-Length:                        189
Connection:                            keep-alive
X-Amz-Cf-Pop:                          LAX54-P6
Date:                                  Sun, 04 May 2025 07:50:48 GMT
x-amzn-appsync-TokensConsumed:         1
x-amzn-RequestId:                      bd90a13c-7cb4-4bc2-99ff-62cfbc93a89e
Via:                                   1.1 44d53cda9eb1c41f29618022da3595c8.cloudfront.net (CloudFront), 1.1
                                       87246e5c5dc0063a5b9630f3bcd75838.cloudfront.net (CloudFront)
X-Cache:                               Miss from cloudfront
X-Amz-Cf-Pop:                          LAX54-P5
X-Amz-Cf-Id:                           1yXrJ9_Iv_cD6WtROaGF6UJm0RETT33G1IenpoaGQtKi14IYrB9PiA==
JSON                                                                                      [ :auto]
{
    "data": {
        "getTeamAvatars": [
            {
                "user_id": "e8d6d957-0de4-42aa-b42c-e765e7d76f96",
                "image_url":
"https://eu.ui-avatars.com/api/?name=matthew@winteryear.com&length=1&size=256&background=0F2BCD"
            }
        ]
    }
}


 [1542/1637][ :~u rokoko]                                                                  [*:8080]
: flow.comment @focus "" 3~
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Defendant's software showing a "skip_asset_sync" flag, a clear indication that opt-out of data sharing is clearly
an existing feature, however, Defendant does not allow any opt-out of intellectual property/telemetry sharing.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    —   □   ×

Flow Details
20.5 03 04 00:58:45 POST https://3.168.147.31/graphql
                    ← 200 OK application/json 1.0k 452ms
              Request                    Response                              Detail
X-Amz-Cf-Pop:              LAX54-P3
X-Amz-Cf-Id:               QOUkPtVhyr5IuYSPnKIlAh_TYRugv9Y8AY2f7L2ls-wI4boUAuFzlQ==
JSON                                                                                   [ :auto]
{
    "data": {
        "listMyTeamsWithLicenses": [
            {
                "type": "TEAM",
                "name": "Matthew Team",
                "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                "rmp_billing_admins": null,
                "rmp_owners": [
                    "a8d6d957-0de4-42aa-b42c-e765e7d76f96"
                ],
                "rmp_members": null,
                "rmp_creators": null,
                "rmp_viewers": null,
                "deleted": null,
                "description": null,
                "created_at": "2020-09-21T00:00:00.715Z",
                "created_by": "a8d6d957-0de4-42aa-b42c-e765e7d76f96",
                "license": {
                    "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
                    "role": "OWNER",
                    "plan": "STARTER",
                    "trial_sub_id": null,
                    "expires_at": null,
                    "entitlements": {
                        "plan": "STARTER",
                        "access_command_api_advanced_commands": false,
                        "access_export_file_formats": [
                            "FBX"
                        ],
                        "access_export_advanced_options": false,
                        "access_export_skeleton_preset_overrides": false,
                        "export_options_presets_limit": 0,
                        "face_filters_presets_limit": 0,
                        "access_face_capture": false,
                        "access_import_character": false,
                        "access_livestreaming": false,
                        "access_recording_trigger_messages": false,
                        "access_retargeting": true,
                        "actor_presets_limit": 3,
                        "creator_seats_limit": 3,
                        "offline_days": 1,
                        "skip_asset_sync": false
                    }
                }
            }
        ]
    }
}
[1777/1868][ :~u rokoko]                                                              [*:8080]
: flow.comment @focus "" 3↓
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software showing built-in customer service/support tracking features.



```
Command Prompt - mitmproxy --mode regular --listen-port 8080                    —    □    ×

Flow Details
2025-05-04 09:58:43 POST https://3.167.192.118/graphql
                      ← 200 OK application/json 29b 327ms
                Request                          Response              Detail
User-Agent:     TeamAppsync/0.2.0.0
x-api-key:      da2-pa7tlmpnvbcpdhe7l46q3eodvu
Content-Type:   application/json; charset=utf-8
Content-Length: 298
Connection:     keep-alive
Host:           rmp-gql-public.rokoko.com
GraphQL                                                                        [*:auto]
{
  "query": "..."
}
---
query ListIncidents {?
                listIncidents {?
        created_at?
        id?
        last_modified?
        message?
        severity?
        state?
        time_end?
        time_start?
        title?
    }}


[1780/1868][ :~u rokoko]                                                       [*:8080]
: flow.comment @focus "" 3~
```

WALSH v ROKOKO ELECTRONICS - EXHIBITS

43

Continued from 42, Defendant's servers stating that Defendant's never logged any support issues in regards to Plaintiff

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Defendant's software showing various firmware updates, file locations and developer notes.

```
[
    {
        "firmwareId": "7-2.0.0-1277-release",
        "firmwareVersion": "2.0.0-1277-release",
        "deviceId": 7,
        "deviceName": "smartsuit_pro_sensor",
        "deviceVersions": [
            "v1.0",
            "v2.0"
        ],
        "minimumDeviceServiceVersion": "0.0.1",
        "releaseNotes": "- Merge pull request #137 from Rokoko/development. [Nick Rushton]\r\n- Increase threshold for trust_local_settings\r\n- Increase threshold for trust_local_settings. [Nick Rushton]",
        "releaseType": 1,
        "createdAt": "2021-08-24T22:00:00+00:00",
        "updatedAt": null,
        "binarySize": 72452,
        "binaryChecksum": "50c31a33bb0db69cea4004d8c833b9bd",
        "binaryUrl": "https://cdn.rokoko.com/firmware/7-2.0.0-1277-release"
    },
    {
        "firmwareId": "5-2.7.4-254-release",
        "firmwareVersion": "2.7.4-254-release",
        "deviceId": 5,
        "deviceName": "smartsuit_pro_hub",
        "deviceVersions": [
            "0x50200001",
            "0x50200002",
            "0x50200004"
        ],
        "minimumDeviceServiceVersion": "0.0.1",
        "releaseNotes": "## What's Changed\r\nChange to new glove data packet size.",
        "releaseType": 1,
        "createdAt": "2024-01-09T23:00:00+00:00",
        "updatedAt": null,
        "binarySize": 200612,
        "binaryChecksum": "618bc7c08d0f37edb0d9a0cae4af7b5d",
        "binaryUrl": "https://cdn.rokoko.com/firmware/5-2.7.4-254-release"
    },
```

45

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 44

Proof Defendant does not make their own software, it is produced and maintained in Somalia.

Command Prompt - mitmproxy --mode regular --listen-port 8080                                    —    □    ×

Flow Details
2025-05-04 06:58:42 GET https://13.226.225.121/api/?minDeviceServiceVersion=1.0.190
                          ← 200 OK application/json 5.1k 324ms
              Request                          Response                        Detail
          "0x50200001",
          "0x50200002",
          "0x50200004"
      ],
      "minimumDeviceServiceVersion": "0.0.1",
      "releaseNotes": "## What's Changed\r\nChange to new glove data packet size.",
      "releaseType": 1,
      "createdAt": "2024-01-09T23:00:00+00:00",
      "updatedAt": null,
      "binarySize": 290612,
      "binaryChecksum": "618bc7c08d0f87edb0d9a0cae4af7b5d",
      "binaryUrl": "https://cdn.rokoko.com/firmware/5-2.7.4-254-release"
    },
    {
      "firmwareId": "5-2.9.2-116-release",
      "firmwareVersion": "2.9.2-116-release",
      "deviceId": 5,
      "deviceName": "smartsuit_pro_hub",
      "deviceVersions": [
          "0x50300001"
      ],
      "minimumDeviceServiceVersion": "0.0.1",
      "releaseNotes": "# 5030_v1.9.2 Smartsuit Pro II Firmware\r\n## What's changed\r\n* Available in
Studio 2.4.5\r\n* Fix issue where custom hub names were reset when power cycling the device.\r\n\r\n###
Technical changelog\r\n* Updated core lib (hub name address).\r\n* Version bump.",
      "releaseType": 1,
      "createdAt": "2024-06-25T22:00:00+00:00",
      "updatedAt": null,
      "binarySize": 180228,
      "binaryChecksum": "2f2394502b11d5e57544b4d131bca754",
      "binaryUrl": "https://cdn.rokoko.com/firmware/5-2.9.2-116-release"
    },
    {
      "firmwareId": "5-2.5.4-950-release",
      "firmwareVersion": "2.5.4-950-release",
      "deviceId": 5,
      "deviceName": "smartsuit_pro_hub",
      "deviceVersions": [
          "50100020"
      ],
      "minimumDeviceServiceVersion": "0.0.1",
      "releaseNotes": "## Changelog\r\n\r\nLocal build on branch `local-etk-builds`.\r\n\r\n- Update
hub LED behaviour to match GPV
suits.\r\n\r\n\nhttps://www.notion.so/rokoko/v2-5-4-950-release-0e16d4df758c4ccd89bdce7d6929094e",
      "releaseType": 1,
      "createdAt": "2022-01-25T23:00:00+00:00",
      "updatedAt": "2025-01-10T14:38:57+00:00",
      "binarySize": 336948,
      "binaryChecksum": "de54091ef8e742865505850eb4f18b22",
      "binaryUrl": "https://cdn.rokoko.com/firmware/5-2.5.4-950-release"
    },
[1781/1868][ :~c rokoko]                                                            [*:8080]
:'flow.comment @focus "" 3~

46

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 45, showing Defendant knew their products had WiFi/connectivity issues.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    —    □    ×

Flow Details
2025-01-04 00:58:42 GET https://13.226.225.121/api/?minDeviceServiceVersion=1.0.190
                    ← 200 OK application/json 5.1k 324ms
                Request                        Response                        Detail
    },
    {
        "firmwareId": "6-2.3.1-613-release",
        "firmwareVersion": "2.3.1-613-release",
        "deviceId": 6,
        "deviceName": "smartgloves",
        "deviceVersions": [
            "0x60200001",
            "0x60200002"
        ],
        "minimumDeviceServiceVersion": "0.0.1",
        "releaseNotes": "# v2.3.1 Firmware for Smartgloves\r\n\r\n## What's changed\r\n\r\n- Several
Smartglove performance improvements with Coil Pro\r\n  - Greatly reduced performance inconsistency
(5-10x) between Smartglove power cycles\r\n  - Reduced jitter by 24%\r\n\r\n### Known issues\r\n\r\n-
The throughput of 2.4 GHz WiFi is inconsistent on some channels.\r\n- The factory self-test is not
supported in this release.\r\n\r\n### Technical changelog\r\n\r\n- Implemented ADC built-in linearity
calibration feature\r\n- Fixed a bug where half of the ADC buffer for arm-sensor coil detection was a
duplicate\r\n- Updated cmake presets",
        "releaseType": 1,
        "createdAt": "2024-08-15T22:00:00+00:00",
        "updatedAt": null,
        "binarySize": 532404,
        "binaryChecksum": "753430aa13f2d560814991424241b93f",
        "binaryUrl": "https://cdn.rokoko.com/firmware/6-2.3.1-613-release"
    },
    {
        "firmwareId": "7-2.2.0-95-release",
        "firmwareVersion": "2.2.0-95-release",
        "deviceId": 7,
        "deviceName": "smartsuit_pro_sensor",
        "deviceVersions": [
            "v2.0"
        ],
        "minimumDeviceServiceVersion": "0.0.1",
        "releaseNotes": "## What's Changed\r\n* Change to new glove data packet size. by @rokostrup in
https://github.com/Rokoko/smartsuit-sensor-firmware/pull/150\r\n",
        "releaseType": 1,
        "createdAt": "2024-01-09T23:00:00+00:00",
        "updatedAt": "2025-01-10T14:56:14+00:00",
        "binarySize": 98372,
        "binaryChecksum": "4fbf61fe47844759b9e8860f6a2c0be2",
        "binaryUrl": "https://cdn.rokoko.com/firmware/7-2.2.0-95-release"
    },
    {
        "firmwareId": "8-1.4.2-64-release",
        "firmwareVersion": "1.4.2-64-release",
        "deviceId": 8,
        "deviceName": "coil_pro",
        "deviceVersions": [
            "0x80100001"
        ],
[1792/1879][ :u rokoko]                                                              [*:8080]
: flow.comment @focus "" 3~
```

05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 46, Showing Defendant knowingly released firmware that breaks the compatibility of older hardware, this is proof of planned obsolescence.

```
Command Prompt - mitmproxy --mode regular --listen-port 8080                                    □  ×
Flow Details
2025-05-04 08:50:42 GET https://13.226.225.121/api/?minDeviceServiceVersion=1.0.190
                      ← 200 OK application/json 5.1k 324ms
         Request                          Response                          Detail
    "deviceVersions": [
        "v2.0"
    ],
    "minimumDeviceServiceVersion": "0.0.1",
    "releaseNotes": "## What's Changed\r\n* Change to new glove data packet size. by @rokostrup in
https://github.com/Rokoko/smartsuit-sensor-firmware/pull/150\r\n",
    "releaseType": 1,
    "createdAt": "2024-01-09T23:00:00+00:00",
    "updatedAt": "2025-01-10T14:56:14+00:00",
    "binarySize": 90372,
    "binaryChecksum": "4fbf81fe47844759b9a8860f6a2c0be2",
    "binaryUrl": "https://cdn.rokoko.com/firmware/7-2.2.0-95-release"
  },
  {
    "firmwareId": "8-1.4.2-64-release",
    "firmwareVersion": "1.4.2-64-release",
    "deviceId": 8,
    "deviceName": "coil_pro",
    "deviceVersions": [
        "0x60100001"
    ],
    "minimumDeviceServiceVersion": "0.0.1",
    "releaseNotes": "# v1.4.2 Firmware for Coil Pro\r\n## What's changed\r\n* Coil Pro now gathers
diagnostics that can be read out by technical support\r\n### Technical changelog\r\n* Added amplifier
diagnostics read out for production.",
    "releaseType": 1,
    "createdAt": "2024-05-23T22:00:00+00:00",
    "updatedAt": null,
    "binarySize": 454340,
    "binaryChecksum": "c6669b76ca3d0124383ca3cdafa53ee6",
    "binaryUrl": "https://cdn.rokoko.com/firmware/8-1.4.2-64-release"
  },
  {
    "firmwareId": "7-2.3.0-94-release",
    "firmwareVersion": "2.3.0-94-release",
    "deviceId": 7,
    "deviceName": "smartsuit_pro_sensor",
    "deviceVersions": [
        "v3.0"
    ],
    "minimumDeviceServiceVersion": "0.0.1",
    "releaseNotes": "New fixed size for glove data + glove replies.\r\nImportant: This breaks
compatibility with older hub + glove FWs.",
    "releaseType": 1,
    "createdAt": "2024-01-09T23:00:00+00:00",
    "updatedAt": null,
    "binarySize": 319780,
    "binaryChecksum": "6fa5f4a127daa23149dba63c7aebec96",
    "binaryUrl": "https://cdn.rokoko.com/firmware/7-2.3.0-94-release"
  }
]
[1792/1879][ :~u rokoko]                                                                    [*:8080]
: flow.comment @focus "" 3~
```

48

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Showing various releases and locations of the Rokoko Studio software.

49

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Showing Defendant can send javascript code to any users computer and execute it secretly without the users
authorization or knowledge.

Command Prompt - mitmproxy --mode regular --listen-port 8080 — □ ×

Flow Details

2025-05-04 08:50:21 GET https://3.168.132.119/rokoko-animation.js HTTP/2.0
← 200 application/javascript 728b 29ms

| Request | Response | Detail |
|---|---|---|
| content-type: | application/javascript | |
| content-length: | 728 | |
| last-modified: | Tue, 04 Oct 2022 08:48:50 GMT | |
| x-amz-server-side-encryption: | AES256 | |
| accept-ranges: | bytes | |
| server: | AmazonS3 | |
| date: | Sun, 04 May 2025 02:12:06 GMT | |
| etag: | "2e2955d16c95824efe172de630bc7aa0" | |
| vary: | accept-encoding | |
| x-cache: | Hit from cloudfront | |
| via: | 1.1 757859dde738c4c5e4578c9e4d55006c.cloudfront.net (CloudFront) | |
| x-amz-cf-pop: | LAX54-P2 | |
| x-amz-cf-id: | KKSJUEPR0PYFT0kdmSLr214KcEkhmS0Q4UBZE0mA1zTtmn8fLPFORg== | |
| age: | 20296 | |

JavaScript                                                                    [ :auto]

```
document.addEventListener('DOMContentLoaded', () => {
  function mouse(evt) {
    document.querySelectorAll('.rkk').forEach(character => {
      let = center_x = (character.offsetLeft) + (character.offsetWidth / 2);
      let = center_y = (character.offsetTop) + (character.offsetHeight / 2);
      let = mouse_x = evt.pageX;
      let = mouse_y = evt.pageY;
      let = radians = Math.atan2(mouse_x - center_x, mouse_y - center_y);
      let = degree = (radians * (180 / Math.PI) * -1) + 180;
      character.style.MozTransform = 'rotate(' + degree + 'deg)'
                  character.style.transform = 'rotate(' + degree + 'deg)'
    }
    )
  }
  $(document).mousemove(mouse);
}
)
```

[1819/1879][ :~u rokoko]                                                        [*:8080]
: flow.comment @focus "" 3~

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Showing Defendant uses web-sockets for high-speed additional underlying communication (such as data event subscriptions and file upload to Defendants servers)



50

51

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software showing the Parallel Company's AI module is integrated.

Command Prompt - mitmproxy --mode regular --listen-port 8080

Flow Details

2025-05-03 23:31:15 GET   https://23.43.51.145/AS/API/WindowsCortanaPane/V2/Suggestions?qry=rokoko&set
                          lang=en-US&cc=US&qfm=1&cp=6&cvid=4d3ab704d26e40309239fa7077cd64c5&ig=9747aa8
                          569cb4596b2b7fddedbaa6bcf HTTP/2.0
                       ← 200 application/json 885b 102ms

        Request                              Response                              Detail
            "hcs": "0"
        },
        "Text": "\ue000rokoko\ue001 studio download",
        "HighConfidenceMetaSuggestionScore": 0,
        "PrefetchConfidenceScore": 0
    },
    {
        "Attributes": {
            "url": "/search?q=rokoko+blender+addon",
            "query": "rokoko blender addon",
            "stype": "AS",
            "lm":
"1000:\"0\";2200:\"13\";30001:\"20228\";2152:\"21228\";2000:\"656\";2011:\"6\";11034:\"1643367922\";",
            "hcs": "0"
        },
        "Text": "\ue000rokoko\ue001 blender addon",
        "HighConfidenceMetaSuggestionScore": 0,
        "PrefetchConfidenceScore": 0
    },
    {
        "Attributes": {
            "url": "/search?q=rokoko+ai",
            "query": "rokoko ai",
            "stype": "CT",
            "lm":
"1000:\"0\";2200:\"7\";30001:\"21936\";2152:\"22386\";2000:\"118\";2011:\"7\";11034:\"1643367922\";",
            "hcs": "0"
        },
        "Text": "\ue000rokoko\ue001 ai",
        "HighConfidenceMetaSuggestionScore": 0,
        "PrefetchConfidenceScore": 0
    },
    {
        "Attributes": {
            "url": "/search?q=rokoko+mocap",
            "query": "rokoko mocap",
            "stype": "MT",
            "lm":
"1000:\"0\";2200:\"15\";30001:\"21497\";2152:\"22465\";2000:\"184\";2011:\"8\";11034:\"1643367922\";",
            "hcs": "0"
        },
        "Text": "\ue000rokoko\ue001 mocap",
        "HighConfidenceMetaSuggestionScore": 0,
        "PrefetchConfidenceScore": 0
    },
    {
        "Attributes": {
            "url": "/search?q=rokoko+blender",
            "query": "rokoko blender",

[1934/1937][ :~u rokoko]                                                              [*:8080]
: +low comment @focus "" 3~

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Large binary data being sent from Plaintiff's computer to Defendant without authorization or knowledge.



53

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Showing Defendant taking Plaintiff's intellectual property from his computer where it resides and transferring it to them without provocation or authorization to do so.



54

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software making some sort of request for data including verified services, personally identifiable information and imdb.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant receiving Plaintiff's physical body measurements.



05/12/2025

56

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software sending Plaintiff's intellectual property for his video game to them.

C:\Program Files\mitmproxy\bin\mitmproxy.exe

**Flow Details**

2025-05-03 19:08:50 POST https://3.167.212.14/graphql
                     ← 200 OK application/json 333b **379ms**
                                            **Request**

User-Agent:       TeamAppsync/0.2.0.0
Authorization:    eyJraWQiOiJaN2JGNkp5KzVtZFBrTUpGaVd0b0xCUk1GSzEzT0dKdk1EaSsycE9
                  5NTA2OGJkMC1hYzYyLTRmMmItYmVjNS0wNTMwNTlkZjQ2OGEiLCJ1dmVudF9pZC
                  FhMjkiLCJ1c2VybmFtZSI6ImE4ZDZkOTU3LTBkZTQtNDJhYS1iNDJjLWU3NjV1N
                  K6-6wES94MoN0w6GXst5vKpMTpFMat64-1ekF3TNFc0VwuQ4L1qXCcZPOsPz5rp
Content-Type:     application/json; charset=utf-8
Content-Length:   648
Host:             rmp-team-gql.rokoko.com

**GraphQL**
```
{
  "query": "...",
  "variables": {
    "input": {
      "team_id": "8ff2cb1e-8024-4b94-ba7d-2d043388a4b5",
      "project_id": "6713f8be-b6db-447b-8257-0181de5f5ec6",
      "name": "THE NEXT WORLD",
      "is_deleted": false,
      "last_modified": 1746324529721
    }
  }
}
---
mutation($input: ProjectInput!){?
                updateProject(input: $input) {?
                    project_id?
                    team_id?
                    name?
                    last_modified?
                    created_by?
                    created_at?
                    operation?
                    thumbnail_last_modified?
                    is_deleted}}
```

05/12/2025

57

Proof that Defendant receives instant, detailed, accurate information about hardware failures and causes. This image shows Defendant at all times knew Plaintiff's sensors were malfunctioning but instead blamed it on cables.



Defendant's software sends them all hardware details of your machine including whether or not you own other products like "Oculus"

59

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Defendant is told when you even plug hardware into your USB ports.



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Defendant tracks when your wifi settings change.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant stating they have a 1-year warranty on products

support.rokoko.com /hc/en-us/articles/20350513060113-Rokoko-Smartsuit-Pro-II-FAQs

Rokoko Studio?

˅ Is is possible to use the Smartsuit Pro II without a WiFi connection?

˅ What do the various colours on the Smartsuit Hub and sensors mean?

˅ Some of the sensors on the Smartsuit Pro II don't appear to be working?

˅ Can I wash my Smartsuit Pro II?

˄ What kind of warranty does my Smartsuit Pro II have?

All Rokoko products come with a default one year warranty. You can read more details about this here.

˅ What should I do if my Smartsuit Pro II isn't appearing in Rokoko Studio?

**Was this article helpful?**

( Yes )    ( No )

Have more questions? Submit a request

61

05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant claiming they offer repair services, including parts (cables and sensors)

support.rokoko.com/hc/en-us/articles/14272621966353-What-warranty-does-the-Smartsuit-Pro-II-come-with

products, please don't hesitate to reach out to our Customer Support team at
support@rokoko.com.

## Out-of-Warranty Repairs

At Rokoko, we understand that sometimes electronic components may
require repair, even after the warranty period has expired. To provide you with
the best service possible, we offer out-of-warranty repair options for your
Smartsuit Pro II.

## Fixed Repair Costs

For products that are no longer covered by the warranty, a fixed cost will apply
for in-house repairs based on the extent of the repair needed:

- **Minor Repair**: This category includes repairs involving issues such as
  diagnosis and repair time, cables, and only one sensor, or calibration
  adjustments. The cost for minor repairs is $150.

- **Major Repair**: Major repairs encompass more extensive issues, including
  diagnosis and repair time, cables, hub repair, more than one sensor, or
  calibration adjustments. The cost for major repairs is $250.

Please note that in some cases, repairs may require special attention or incur
additional costs based on the specific nature of the repair needed. Special
repair charges can vary, and our Customer Support team will assess and
communicate any such charges before proceeding with the repair.

Additionally, customers have the option to contact our Customer Support
team to prepare a Repair Kit, which may include cables and sensors at an
additional cost. Customers taking this approach are responsible for self-
repairing their product using the provided Repair Kit with instructions from our
Customer Support team.

We want to ensure that you have the flexibility to choose the most suitable
repair option for your needs. If you have any questions or require further
assistance regarding repairs, special charges, or Repair Kits, please do not
hesitate to contact our Customer Support team.

## Shipping and Responsibility

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant offering a generous 30-day return for refund policy

63

support.rokoko.com/hc/en-us/articles/14675193130769-Can-I-return-the-Smartsuit-Pro-II-or-Smartgloves-and-get-a-refund

# Can I return the Smartsuit Pro II or Smartgloves and get a refund?

**Who is this article relevant for?**
This article is for anyone who's looking to learn more about our return policy.

**Which products is this article relevant for?**
Smartsuit   Smartsuit Pro II   Smartgloves

## Return policy

We offer a generous 30-day return policy for all hardware products, starting from the date of delivery. This policy applies to our range of hardware items, not limited to Smartsuit and Smartgloves. This gives you ample time to try out your purchase and decide whether it meets your needs. If you find that the product does not meet your expectations, you can return it within 30 days from the date of delivery for a refund, excluding shipping costs.

## Return Eligibility

To be eligible for a full refund, please adhere to the following conditions:

1. Electronics: The electronics component of the Smartsuit, Smartgloves, or any hardware product must not be damaged or altered in any way

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's website explicitly stating inventory and products and shipping come from the Copenhagen office, not a "third party logistics service" as Defendant argued



Rokoko → FAQ → Orders and Shipping

# Do you ship globally? What are the associated costs?

In this article:
This article is for anyone who's looking to order or is currently waiting for their Rokoko tools.

## Global Shipping

We provide global shipping from our Copenhagen office via major shipping companies such as DHL, UPS, and FedEx. The shipping fee is calculated based on your address alongside the weight and number of items being shipped.

You will receive an email with a tracking number once your order has been shipped (i.e. when your order has left our Copenhagen office).

Please be aware that for deliveries outside the EU, customs fees may apply. We recommend checking with your local authorities to ensure a smooth delivery process when your order arrives in your country. Kindly note that these potential customs fees are not included in the price displayed on our shop webpage, and Rokoko does not cover these duties and fees. If you would like to verify the fee amount, the tariff code/HS code for the Smartsuit &

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's Copenhagen headquarters. A 900sqft locked basement unit with no loading/shipping areas. Shared mailboxes in the walkway. Small sticker on door to establish commercial intent. Sep. 2024





WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 65 – July 2022



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 66, Jan 2021



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 67 – October 2018



Defendant openly admitting on their website that there is no San Francisco office, it's simply a mailbox.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's "San Francisco Office" where "teams" are present:



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Showing that Defendant's "Athens Office" where "teams" are present, is actually Stone Soup, a virtual office/mailbox service



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 71



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's "Los Angeles office" where "teams" work.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant stating they have "teams" located in Copenhagen, San Francisco, Los Angeles and Athens



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Showing Defendant's parallel company selling an AI product which was trained using motion capture data
stolen from Plaintiff and other Rokoko users.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's pitch deck to investors tying the Parallel Company directly to Defendant's own company; making them one enterprise.



WALSH v ROKOKO ELECTRONICS - EXHIBITS



# ROKOKO

Hi Matthew,

I thought you might be interested to hear that we just hit an exciting new milestone – 250,000 creators animating in Rokoko Studio

As a thank-you to our dedicated storytellers who make Rokoko part of their workflow (yes, that includes you!), we're offering up to **20% off** until the end of March.

If there's something you've had your eye on, now's the perfect time! And if you'd like to chat about the best setup for your needs, feel free call with me here – I'd be happy to help.

We're thrilled to see so much creativity come to life with Rokoko, and we can't wait for the next 250K!

You can claim the up to 20% discount by responding to this email. Is there anything you've been waiting to add to your setup?

Best regards,



**Io Koukoula**
Customer Success Manager at Rokoko



NOTE: Modified by Plaintiff to unredact text. Demand original in discovery.

79

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 78, Defendant pitches to investors that Rokoko and Rokoko Care is the same enterprise and product line, using the same IP with the same management.



05/12/2025

80

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 79, showing shared management including head of Roblox Studio, Stefano Corazza and former CPO of Unity, Brett Bibby



81

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 80, Defendant claiming to investors they sold consumers hardware to become "the largest fleet of mocap systems in the market" and admitting "we collect motion data that exponentially improves our ability to distill digital movement through machine learning". They admit in 2024 alone they stole 90M pieces of intellectual property from users and claim they have sold around 135,000 motion capture systems in between 2021 and 2024 alone.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 81, showing Defendant at all times had planned to steal intellectual property from creators like Plaintiff, resell that data to third parties and train artificial intelligence while massively growing revenue year after year.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 82, showing Defendant in their own words state they steal intellectual property "From empowering creators..." and distribute it "... to the backbone of all digital movement" (namely, for-profit monetization by Defendant).



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 83, Defendant states the companies which benefit from the stollen intellectual property, including Roblox, which is headed by Rokoko board member Stefano Corazza



05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 84, Defendant claims they have "offices" in multiple major cities, although none of those locations are real. They state they have 50,000 users in 100+ countries, yet Exhibit 81 states about 135,000 systems sold in just three years. Defendant also states 80 employees, 60% of which are engineers. Numbers that counteract all other accounts.



86

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 85, Defendant admitting they collect VC money nearly every year and how much those
amounts are. Despite having no office presences, no visible staff, no manufacturing or engineering workspaces
or equipment, software made in Somalia and generally no physical infrastructure anywhere to be found.



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Showing Defendant raised $3M on this pitch deck in the 2022 round.



### About the Rokoko Pitch Deck

Raised: $3M
Year: 2022
Stage: Series C
Investors: VC — Naser Z, VF Venture, North-East Venture, Thomas Vish (Universal Robots, Milk), Brett Bhoy

### About Rokoko

Rokoko develops customer motion capture and animation technology.

Industry: Software
Tags: Motion Capture, VFX, Video, Film, Hardware, Animation, Software, SaaS
Business Model: SaaS
Customer Model: B2B
Website: www.rokoko.com
Legal Name: Rokoko

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Rokoko's rocket-reach profile claims they have 118 employees and claims they have offices across the world.



  
WALSH v ROKOKO ELECTRONICS - EXHIBITS

Continued from 87, all of Defendant's employees seem to have top-tier titles, everyone is a "CEO" or "VP" or "Director" or "Chairman" or "Lead" or "Owner" or "Manager"



WALSH v ROKOKO ELECTRONICS - EXHIBITS

A shipping box from Defendant, sent from Copenhagen, return addressed to the Copenhagen office address with the COO Mikkel Overby's name



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 90



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 91



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Continued from 92

**93**



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Technical logs from 2025 showing sensor failures, ignored by Defendant and instead recommended replacement wires for the second time.

```
usb_hub_2025_03_29_12_43_01.log - Notepad                                                         □   ×
File Edit Format View Help
WARNING: Redpine API create a timer - timer-id 0 - type 1 - duration 1 [ms]!!
              Try configure unsupported index 6  as output in rsi_hal_config_gpio()
              Try to clear unsupported index 6 in rsi_hal_clear_gpio()
WiFi: device connected!
SBRANCH: Auto-_paddr error 1
SBRANCH: Auto-_paddr error 2
SBRANCH: Auto-_paddr error 3
SBRANCH: Auto-_paddr error 4
SBRANCH: Auto-_paddr error 5
SBRANCH: Auto-_paddr error 6
SBRANCH: Auto-_paddr error 1
SBRANCH: Auto-_paddr error 2
SBRANCH: Auto-_paddr error 3
SBRANCH: Auto-_paddr error 4
SBRANCH: Auto-_paddr error 5
SBRANCH: Auto-_paddr error 6
SBRANCH: Auto-_paddr error 1
SBRANCH: Auto-_paddr error 2
SBRANCH: Auto-_paddr error 3
SBRANCH: Auto-_paddr error 4
SBRANCH: Auto-_paddr error 5
SBRANCH: Auto-_paddr error 6
Sensors and Errors detected:
Branch1 : Sensors detected 0 (errors 6)
Branch3 : Sensors detected 0 (errors 6)
Branch0 : Sensors detected 0 (errors 0)
Branch2 : Sensors detected 0 (errors 0)
Branch4 : Sensors detected 0 (errors 6)
Branch addresses mapping:
Branch 1: tx[0x20414704] rx[0x20413F48]
Branch 3: tx[0x20414704] rx[0x20413F48]
Branch 0: tx[0x20414704] rx[0x20413F48]
Branch 2: tx[0x20414704] rx[0x20413F48]
Branch 4: tx[0x20414704] rx[0x20413F48]
Branch addresses mapping:
Branch 1: tx[0x20415680] rx[0x20414EC4]
Branch 3: tx[0x20415680] rx[0x20414EC4]
Branch 0: tx[0x20415680] rx[0x20414EC4]
Branch 2: tx[0x20415680] rx[0x20414EC4]
Branch 4: tx[0x20415680] rx[0x20414EC4]
Body-model (body) initialized
Main module initialised
USB-interface: object created!!
USB-CDC-interface (cdc) initialized
USB-interface: Started!
USB-interface: Device started!
WARNING: Redpine API create a timer - timer-id 0 - type 1 - duration 1 [ms]!!
              Try configure unsupported index 6  as output in rsi_hal_config_gpio()
              Try to clear unsupported index 6 in rsi_hal_clear_gpio()
WiFi : Redpine successfully re-initialised
WARNING: Redpine API create a timer - timer-id 0 - type 1 - duration 1 [ms]!!
              Try configure unsupported index 6  as output in rsi_hal_config_gpio()
              Try to clear unsupported index 6 in rsi_hal_clear_gpio()
WiFi : Connection in progress!!
Using stored settings!!
Wifi Settings:
    Connected to SSID - Untrusted Network
                                                   Ln 117, Col 43      100%  Windows (CRLF)   UTF-8
```

Defendant's Parallel Company registered to the same HQ address as Defendant's primary business, lists 6 employees, and 2 VC financing rounds since 2024



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's Pitchbook page which shows the same office location as the Parallel Company



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant is valued at   as of 2022



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Defendants company profile: $80M valuation



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's financial statements showing false manipulations and exorbitant payments to staff.

ROKOKO ELECTRONICS APS
Annual report 2023
CVR no. 35 68 06 67

## Financial statements 1 January – 31 December

### Income statement

| DKK | Note | 2023 | 2022 |
|---|---|---|---|
| **Gross profit** | | 20.325.727 | 32.523.660 |
| Staff costs | 2 | -28.768.707 | -26.005.520 |
| Depreciation of property, plant and equipment and amortisation of intangible assets | | -4.399.091 | -3.200.876 |
| **Profit/loss before financial income and expenses** | | -12.842.071 | 3.317.464 |
| Other financial income | | 99.856 | 1.832.449 |
| Other financial expenses | | -3.064.425 | -829.390 |
| **Profit/loss before tax** | | -15.806.640 | 4.320.523 |
| Tax on profit/loss for the year | 3 | 910.579 | 116.972 |
| **Profit/loss for the year** | | -14.896.061 | 4.437.495 |

### Proposed profit appropriation/distribution of loss

| | | | |
|---|---|---|---|
| Reserve for development costs | | 6.468.773 | 10.524.584 |
| Retained earnings | | -21.364.834 | -6.087.089 |
| | | -14.896.061 | 4.437.495 |

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's financial statements claiming property, plants and equipment despite no physical locations of any kind, equity investments in other group entities, inventories of $37m and $30m respectively despite having no warehouse or inventory of any kind and only $1.3m banked cash (2023), claiming a total in assets of $106m

## Financial statements 1 January – 31 December

### Balance sheet

| DKK | Note | 31/12 2023 | 31/12 2022 |
|---|---|---|---|
| **ASSETS** | | | |
| **Fixed assets** | | | |
| **Intangible assets** | 4 | | |
| Completed development projects | | 24,763,723 | 15,489,929 |
| Acquired intangible assets | | 1,908 | 3,340 |
| Development projects in progress | | 20,954,638 | 21,935,132 |
| | | 45,720,269 | 37,428,401 |
| **Property, plant and equipment** | 5 | | |
| Fixtures, fittings, tools and equipment | | 1,156,924 | 421,257 |
| Leasehold improvements | | 29,923 | 46,156 |
| | | 1,186,847 | 467,413 |
| **Investments** | | | |
| Equity investments in group entities | | 13,558,028 | 10,058,633 |
| Other receivables | | 647,978 | 646,122 |
| | | 14,206,006 | 10,704,755 |
| **Total fixed assets** | | 61,113,122 | 48,600,569 |
| **Current assets** | | | |
| **Inventories** | | | |
| Raw materials and consumables | | 37,945,647 | 30,289,899 |
| **Receivables** | | | |
| Trade receivables | | 386,963 | 30,455 |
| Receivables from group entities | | 0 | 2,315,988 |
| Corporation tax | | 1,474,180 | 0 |
| Other receivables | | 1,662,862 | 209,728 |
| Prepayments | | 2,219,542 | 442,180 |
| | | 5,743,547 | 2,998,351 |
| **Cash at bank and in hand** | | 1,322,671 | 2,689,936 |
| **Total current assets** | | 45,011,865 | 35,978,186 |
| **TOTAL ASSETS** | | 106,124,987 | 84,578,755 |



WALSH v ROKOKO ELECTRONICS - EXHIBITS

## Notes

**1    Accounting policies**

### Liabilities other than provisions

Financial liabilities are recognised at the date of borrowing at cost, corresponding to the proceeds received less transaction costs paid. In subsequent periods, the financial liabilities are measured at amortised cost, corresponding to the capitalised value using the effective interest rate. Accordingly, the difference between cost and the nominal value is recognised in the income statement over the term of the loan together with interest expenses.

Other liabilities are measured at amortised cost.

### Deferred income

Deferred income comprises payments received regarding income in subsequent years

**2    Staff costs**

| DKK | 2023 | 2022 |
|---|---|---|
| Wages and salaries | 27,662,363 | 24,393,440 |
| Pensions | 695,478 | 1,202,612 |
| Other social security costs | 410,866 | 409,468 |
| | 28,768,707 | 26,005,520 |
| Average number of full-time employees | 45 | 46 |

**3    Tax on profit/loss for the year**

| DKK | 2023 | 2022 |
|---|---|---|
| Current tax for the year | -1,474,180 | 0 |
| Deferred tax adjustment for the year | 741,314 | 0 |
| Adjustment of tax concerning previous years | -177,713 | -116,972 |
| | -910,579 | -116,972 |

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's terms of use that they are not liable for false advertising



WALSH v ROKOKO ELECTRONICS - EXHIBITS

An email search showing Defendant only issued one single notification of change of terms ever.



104

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant's software showing they resell animations for $3 each



105

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Tickets to Plaintiff's live game event



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's video game trailer up on IGN





### IGN •

@IGN · 18.4M subscribers · 164K videos

IGN brings you daily videos about the latest gaming and entertainment news and cu...  ...more

ign.com and 5 more links

🔔 Subscribed ⌄

Home    **Videos**    Shorts    Live    Podcasts    Playlists    Community    Store    ⚙

**Latest**    Popular    Oldest



The Next World - Official Reveal Trailer
1.9K views · 59 minutes ago



Black Myth: Wukong - How to Complete the Fox Sidequest in Chapter 3
25K views · 19 hours ago



Winter Burrow - 20 Minutes of Gameplay | gamescom 2024
16K views · 20 hours ago



Ara: History Untold - 53 Minutes of Gameplay | gamescom 2024
82K views · 20 hours ago



Atomfall - 14 Minutes of PC Gameplay | gamescom 2024
40K views · 21 hours ago



Metaphor: ReFantazio - 16 Minutes of Gameplay | gamescom 2024
53K views · 22 hours ago



Towerborne - 7 Minutes of Gameplay | gamescom 2024
21K views · 22 hours ago



Concord - 11 Minutes of PC Gameplay (4K 60FPS)
42K views · 1 day ago



The Secret History of Secret Level



Biggest Game Releases



World of Warcraft: The War Within



Rogue Waters - Official Trailer

107

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff along with Ron Wasserman and actors in the sound studio.



108

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's on-site set production



05/12/2025

109

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's set production



05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's on-set production with cast and crew





WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's storyboarding

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's 370 page script



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's production set checklists for crew



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's on-set actor position and movement diagrams



WALSH v ROKOKO ELECTRONICS - EXHIBITS

Plaintiff along with Alexis Mincolla (3teeth) along with Ron Wasserman in the studio doing table reads prior to recording



05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Plaintiff in the studio with the lead actor in the video game, Cody Derr during emotionally charged lines



05/12/2025

117

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff along with Ron Wasserman in the studio for vocals



05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's set production and crew instructions



119

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's video game visual examples



120

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's video game visual examples



121

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's video game visual quality examples



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's merchandising: character t-shirts



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff directing solo-sessions in the sound studio



05/12/2025

124

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's TV / streaming series pitch deck



WALSH v ROKOKO ELECTRONICS - EXHIBITS
A portion of the pages from Plaintiff's book.



125

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Intentionally left blank

05/12/2025

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant states they do not produce or stock parts and they cannot be purchased.

Re: [Rokoko] Re: This is a follow-up to your previous request #40651 "FW: Repair" Answers to the below here: 1. ...



MR — Matthew R. Walsh <matthew@winteryear.com>
To  Rokoko

↩ Reply    ↩ Reply All    → Forward    ...
Mon 11/25/2024 12:55 AI

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

**Dan Nikolaison** (Rokoko)

Hi Matthew,

I'm afraid we no longer produce or stock the sensors or hub for the Smartsuit Pro I.

Best regards,

Dan Nikolaison
Customer Success Manager

rokoko.com

Follow us on:
Instagram,
Twitter,
LinkedIn,
Facebook, and
TikTok.
Join our community of 3D artists, VFX experts, and game devs on Discord.

**Matthew R Walsh**

I cannot buy parts either?


WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant stating on 9/30 "officially speaking, the suit is no longer supported", days before the support
deadline expired.

Re: Your Smartsuit Pro I



DN    Dan Nikolaison <daniel.nikolaison@rokoko.com>                          Reply | Reply All | Forward | ...
      To matthew@winteryear.com                                                        Mon 9/30/2024 2:16 AM

(i) Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hi Matthew,

It will depend on what is wrong with the suit. If it's something we can easily fix, we will of course offer that service. But officially speaking, the
suit is no longer supported.

If you have any other questions at all, just let us know.

Best regards,

Right-click
or tap and
hold here to
download
pictures. To
help protect
your privac

**Dan Nikolaison**
Customer Success Manager

rokoko.com
Follow us on Instagram, Twitter, LinkedIn, Facebook, TikTok and Discord

On Fri, Sep 27, 2024 at 8:54 PM <matthew@winteryear.com> wrote:

I was sending my suit in for repair, does that mean after October you wont fix them anymore?

130

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Intentionally left blank

05/12/2025

131

WALSH v ROKOKO ELECTRONICS - EXHIBITS

One of the many social media promotions/tagging that Plaintiff performed to benefit Defendant



132

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Intentionally left blank

05/12/2025

WALSH v ROKOKO ELECTRONICS – EXHIBITS

Re: Smart glove defect

 Rokoko Customer Success <customersuccess@rokoko.com>
To  matthew@winteryear.com

↩ Reply    ↩ Reply All    → Forward    ...

Wed 9/22/2021 4:16 AM

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hi Matthew,

I'm sorry to hear about your situation!

Please share with me a picture of the faulty Smartglove, and your order number, and I will make sure your case is being looked into!

Kind regards,

[x] Right-click
or tap and
hold here to
download
pictures. To
help protect
your privac...

**Madalina Constantinescu**
Customer Success Specialist
Rokoko.com

Check us out on Facebook  Instagram and Twitter

On Wed, 22 Sept 2021 at 13:12, Rokoko <hi@rokoko.com> wrote:

---------- Forwarded message ---------
From: WINTERYEAR Studios | Los Angeles <matthew@winteryear.com>
Date: Sunday, 19 September 2021, 23:48:59 +0200
Subject: Smart glove defect
To: hi@rokoko.com

I went to put my smartglove on today and the material has pulled out from around the sensor. It's only the second time I've worn them.

What can I do?

Thanks,
Matthew R. Walsh

# 134

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Showing literal link between Rokoko Care and Coco



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff asserting SONG-BEVERLY

RE: [Rokoko] Re: This is a follow-up to your previous request #40651 "FW: Repair" Answers to the below here: 1. ...



matthew@winteryear.com
To: 'Rokoko'

↩ Reply    ↩ Reply All    → Forward    ...
Thu 11/21/2024 11:39 PM

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

I just seen the price on the website, unfortunately that is outside our budget. This second suit has only been used a handful of times so it's very unfortunate it has failed.

Respectfully, in California we have consumer protection laws under the Right to Repair Act which requires manufacturers of electronic products made available in California after July 1, 2021, to provide access to parts, tools, and documentation for repairs for a period of seven years from the last date of manufacture if the product's price exceeds $100. Based on my understanding, the Smartsuit Pro was manufactured until 2022, making SmartSuit 1 sold in California beyond the effective date of this legislation. We have a government branch that handles enforcement of these laws for our citizens from both domestic and foreign companies, but I would very much prefer, if possible to simply deal with you directly. I invested a lot of money in your products and have been an avid outspoken supporter of your company.

Therefore, I kindly request the necessary repair support to maintain functionality of my suit as required by law. I value Rokoko's innovative contributions and trust that the company will honor its obligations under California regulations.

Please let me know how we can proceed with securing the parts or documentation I need. I am happy to provide further details about my purchase or discuss this matter further if needed.

Thank you for your time and understanding. I look forward to your response.

WALSH v ROKOKO ELECTRONICS - EXHIBITS

FW: [Rokoko] Re: This is a follow-up to your previous request #40651 "FW: Repair" Answers to the below here: 1. ...

 matthew@winteryear.com
To  Rokoko

↩ Reply    ↩ Reply All    → Forward    ⋯

Mon 12/23/2024 12:41 PM

I know it's the holidays but I'm still trying to get this resolved.

"This legislation applies to products manufactured and sold in California after July 1, 2021."

Correct, Smartsuit 2 didn't come out until 2022. https://www.rokoko.com/insights/rokoko-launches-smartsuit-pro-ii-an-even-better-indie-mocap-suit

During that time, Smartsuit 1 was still sold https://web.archive.org/web/20210729120730/https://www.rokoko.com/,
https://web.archive.org/web/20210811213004/https://www.rokoko.com/, https://web.archive.org/web/20210815045048/https://www.rokoko.com//

This makes that product fully eligible for protections under the right to repair laws. I have to assume someone who bought a Smartsuit 1 in 2021 would not have been turned away in 2022 or 2023 for parts/service just because you guys are selling a newer model. That's where my difficulty lies here. I invested time and money into your products, of which my gloves fell apart almost immediately (the stitching around the modules unraveled but it still worked) and I had consistent suit issues also since day 1, which is all recorded on BTS video. I could always work around the issues, but to get to a point where I find myself not only having gone through a lot of frustration and effort, but then to find out once it stops working my investment of time and money is just null, doesn't feel right, which is why these laws exist.

California Civil Code § 1793.03:

Section (b): "**Every manufacturer** making an express warranty with respect to an electronic or appliance product described in subdivision (h), (i), (j), or (k) of Section 9801 of the Business and Professions Code, with a wholesale price to the retailer of one hundred dollars ($100) or more, **shall make available to service and repair facilities** sufficient service literature **and functional parts** to effect the repair of a product **for at least seven years after the date a product model or type was manufactured**, regardless of whether the seven-year period exceeds the warranty period for the product."

CA Civil Code § 1793.2

§ 1793.2(d): If a manufacturer or its representatives cannot repair the product after a reasonable number of attempts, the manufacturer must either
  A)  Replace the product, or B) Refund the purchase price (minus usage costs).

In the end, all I want is a product that I can rely on and when it breaks the manufacturer doesn't just say "oh well, too bad for you, no repairs ever, throw it in the garbage, it's worm food, we don't care."

To take a step back and work this out, you said you'd work together pricing that would be comparable to a repair. Lets take that conversational avenue and discuss that. My address is still 28435 Ascent Way, Santa Clarita, CA 91350.

Thank you and Merry Christmas.

**From:** Dan Nikolaison (Rokoko) <support@rokoko.com>

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Proof of Defendant using the product(s) to generate intellectual property



138



139

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Plaintiff shows here, he already has a video game out for sale for multiple and major platforms. Releasing a game someday isn't a dream, it's a pattern of action.



Strategy. Action. Space. NEW TERRA® is the challenge you've been waiting for. Are you ready to be captain?

Handheld Gaming Community plays New Terra (0:52:00)

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Plaintiff's video game trademark



# United States of America

## United States Patent and Trademark Office

# THE NEXT WORLD

**Reg. No. 6,352,842**
**Registered May 18, 2021**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Walsh, Matthew R (UNITED STATES INDIVIDUAL)
28435 Ascent Way
19197 Golden Valley Rd #333
Santa Clarita, CALIFORNIA 91387

CLASS 9: Recorded computer game programs; Downloadable computer game programs; Downloadable image files containing artwork, text, audio, video, games and Internet Web links relating to sporting and cultural activities; Headsets for virtual reality games; High performance computer hardware with specialized features for enhanced game playing ability; Music recordings sold as a kit with a mask; Musical recordings; Musical video recordings; Audio and video recordings featuring music and artistic performances; Cinematographic films featuring science fiction, drama, action, cyberpunk; Downloadable films and television programs featuring science fiction, drama, action, cyberpunk provided via a video-on-demand service; Downloadable electronic sheet music; Downloadable ring tones, graphics and music via a global computer network and wireless devices; Motion picture films and films for television featuring children's entertainment; Visual recordings and audiovisual recordings featuring music and animation

FIRST USE 7-14-2016; IN COMMERCE 7-14-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-162,046, FILED 09-06-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



141

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Metadata stored inside the Rokoko animation file that Defendant takes, strips out and resells. This data includes unique identifiers, authors name, equipment used, etc.



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Additional metadata at the end of the file



WALSH v ROKOKO ELECTRONICS - EXHIBITS
Defendant admits in writing that the two vehicles are one.

 matthew@winteryear.com
To  Mikkel Lucas Overby



ⓘ This message was sent with High importance
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hi Matthew

Thank you for sharing the complaint. We have read it in full and want to share our initial response - we can come back with more details later. Generally, we see that it relies on a number of misunderstandings and misinterpretations of observations, which we are able to easily clarify and explain. We believe both parties will benefit from us doing this, as it will save us all a lot of time and effort.

A few non-exhaustive, short but important comments:

- **We have never misappropriated yours, of any other users, intellectual property.** We have always been transparent in how we use and treat user motion data through our Terms of Use. We continued this path earlier this year, when we made and communicated an update to these. Still, to date, no commercial licensing of any user motion data has been done. Also, no user data has to date been used for any of our products. This is easily verifiable.
- **Formation of "Coco Care" is not to shield liability in any way.** "Care" evolved as a research project in Rokoko. It was run by a dedicated team and had nothing to do with the motion data generated by the creators using our tools. When the project matured, it was spun off as a separate legal entity along with the tech that the Care team had developed. Today, it has no affiliation with Rokoko and we therefore also required that they changed the company name to avoid confusion. All parties involved from including the team, legal counsel and accountants will confirm this.
- **We do not make fraudulent representations.** We do have inventory with a third party logistics provider (however, we are handling the more complex repair cases from our main office, which is why the repair case shipping refers to this location), we do have offices (and the Copenhagen office is not in a basement, but over the 4 floors in the building behind the basement), we do not have fraudulent financial statements (our reports are audited annually by KPMG, who can support that). What we can admit to, which 95% of early stage tech companies can as well, is to historically have been overly optimistic about our growth projections for the future, which we see that you have also found in an old pitch deck.

Regarding the financial numbers you mention, please also keep in mind that our reporting numbers are in DKK, not in USD. That is a major difference! We are a small company that has been operating with a deficit since we started, while constantly working to convince our investors that it is worth investing in helping and growing the small and medium sized content creators. This, we believe, has been to the benefit of creators that have been able to get affordable motion capture tools, which most have been very satisfied with and a small percentage have returned and received full refunds for. No dividends, bonuses og high salaries have ever been paid out to management or the board. Again, easily verifiable.

Overall, you clearly seem have the wrong picture of who we are and what company we have worked hard to build. We would never engage in those types of behaviours you describe. We do, however, understand your frustration around your repair case, and that our products have not worked as you wanted them to. That we are sorry for and want to resolve as it has always been and remains our focus to help creators realize their projects and visions. We therefore offer you the following:

- A full repair of all your malfunctioning products purchases with us, or
- A full product return and financial refund for all you purchases, or
- A full replacement of all your purchases with newer versions of the products.

Our objective is to resolve this case and let both you and us focus on what we do best: create good content and create good tools for content creation.







**Rokoko Care**
0 followers

Follow

Rokoko Care kombinerer innovativ digital teknologi, forskning, best practice og mange års erfaringer fra sundhedssektoren i én samlet løsning. Vi vil med afsæt i den nyeste teknologi og forskning på området, skabe en digital platform, der kan være med til at løse nogle af de enorme udfordringer, so... **Read more**

| Industries | Headquarters | Employees | Links |
|---|---|---|---|
| Health Care, Health Data +2 | Copenhagen, Denmark | 1-10 | |

This is an unverified company page

**Org chart**

Matias Søndergaard
CEO

Matias Søndergaard                                                                  Collapse

Jakob Fisker
Head Of Product & Co-founder

Mikkel Lucas Overby
Chairman Of The Board & Investor

**Teams**

This company has no teams yet

**Offices**

WALSH v ROKOKO ELECTRONICS - EXHIBITS

  Q Search         
Home   My Network   Jobs   Messaging   Notifications

 Coco Care

Home     About     Posts     Jobs     **People**

Show more ⌄

## People you may know



**LinkedIn Member**
Implementation Consultant at
Coco Care, Msc. Health Science...



**LinkedIn Member**
Designer, engineer, co-founder &
CEO at Line Systems



**LinkedIn Member**
CEO & co-founder at Coco Care



**LinkedIn Member**
COO & CFO I Entrepreneur I
Investor I PhD



**LinkedIn Member**
Senior Backend Developer @
Rokoko Care | Azure Developer...



**LinkedIn Member**
Head Of Product & Co-founder
@ Coco Care | Health tech |...



**LinkedIn Member**
Projektleder



**LinkedIn Member**
CCO & Vice President Digital
Health Trifork



**LinkedIn Member**
PhD | Principal @ Devoteam |
Digital Health, Strategy, IT and ...

05/12/2025

  Q Search     
Home    My Network    Jobs    Messaging    Notification



rokoko.com

ROKOKO
Making motion into magic

# Mikkel Lucas Overby ✓ He/Him

COO & CFO I Entrepreneur I Investor I PhD

Copenhagen, Capital Region of Denmark, Denmark · Contact info

500+ connections

 Connect     Message    More

 Rokoko

INSEAD

## About

I am an entrepreneur and angel investor.

My focus is on strategy, finance and operations in early stage companies. I have co-founded and headed games-, simulations- and robotics companies including Rokoko, Shape Robotics, Sentio Simulations and Serious Games ...see more

 **Top skills**

Start-ups · Strategy · Angel Investing · Managerial Finance · Revenue & Profit Growth     →

## Activity

2,062 followers

 Posts    Comments

Mikkel Lucas Overby reposted this · 2mo

It's always exciting to see technologies opening up for new ways of learning and I've been really impressed with what a bit of time with Superfluent did to my high-school-French language skills. This is one of the reasons I'm now an ...show more

 Yet another language learning app?
 superfluent.app

 25    4 comments

Mikkel Lucas Overby reposted this · 6mo

Motion capture for sports - anywhere 🏃

 28    2 comments

Mikkel Lucas Overby posted this · 8mo



in    Q Search

Home    My Network    Jobs    Messaging    Notifications    Me ▾

Winteryear Studios...

Santa Clarita, California

+ Experience

Learn new skills with Premium
Try Premium for $0

Connections
Grow your network

Mikkel Lucas Overby · 3rd+
COO & CFO | Entrepreneur | Investor | PhD
1yr · Edited · 🌐                                          + Follow    ···

#rokokocare is using "motion capture magic" to address one of the major
healthcare challenges we face on a macro level

Coco Care                                                + Follow
1,000 followers
1yr · Edited · 🌐

Danish industry bringer denne artikel, som et godt eksempel på offentligt-privat
samarbejde og vores arbejde i og med Hørsholm Kommune.
Niklas Grundt Hansen, udviklingsterapeut i Hørsholm kommune deler nogle
gode pointer om værdien ved at anvende Coco Care i klinikken.

Hvis du gerne vil høre mere om mulighederne med Coco Care i din kommune,
så ræk ud til os her på LinkedIn.

https://lnkd.in/gNYiFE3f

#fysioterapi #rokokocare

Show translation

Digital fysioterapeut gør genoptræning i eget hjem
nemt for borgerne - DI
danskindustri.dk

40

Reactions

+32

👍 Like        💬 Comment        🔁 Repost        ➤ Send

Add a comment

WALSH v ROKOKO ELECTRONICS - EXHIBITS





**NY ADRESSE**

c/o Erhvervsstyrelsen, Dahlerups Pakhus
Langelinie Allé 17
2100 København Ø

13. desember 2023



### Endring i eierkretsen

Coco Care ApS

Matias Søndergaard registrert som reell eier av Coco Care ApS.

| FRA | TIL |
|-----|-----|
| –   | **69%** |

7. desember 2023



### Stiftelse

Coco Care ApS

Coco Care ApS stiftes i bransjen computerprogrammering.



**ADRESSE**

Sankt Gertruds Stræde 10
1129 København K

**PERSONER**

Matias Søndergaard
Direktør, styremedlem

Jakob Balslev
Styremedlem

Mikkel Lucas Overby
Styremedlem

150

WALSH v ROKOKO ELECTRONICS - EXHIBITS



**Q pagle**

Søk i Paqle                                                    Q          Bli bruker | Logg inn   ☰

MIN SIDE        POLITIKK

**MO**

Mikkel Lucas Overby
LOWCASH VENTURES ApS

3
Roller

FØLG

**KORT FORTALT**

Mikkel Lucas Overby har været i
direktionen for LOWCASH VENTURES
ApS siden 2011 og er desuden direktør
i ROKOKO ELECTRONICS APS.

**ARBEIDSERFARING**

- 2011-nå · Direktør
  LOWCASH VENTURES ApS

- 2023-nå · Direktør
  ROKOKO ELECTRONICS APS

- 2016-2017 · Direktør
  Inference Labs IVS ⚠

- 2011-2015 · Direktør
  SERIOUS GAMES INTERACTIVE ApS

- 2015-2015 · Adm.direktør
  SENTIO Simulations ApS

- 2011-2015 · Direktør
  UPSIDEDOWNGAMES ApS ⚠

**TILLITSVERV**

- 2023-nå · Bestyrelsesformand
  Coco Care ApS

- 2019-2022 · Bestyrelsesmedlem
  ROKOKO ELECTRONICS ApS

**Q**

Paqle data

11 december 2022

✂ **Ny bransje: Virksomhedsrådgivning og andre
rådgivningsaktiviteter**
LOWCASH VENTURES ApS

Tidligere bransje: Virksomhedsrådgivning og anden rådgivning om driftsledelse.
Mikkel Lucas Overby er medlem af ledelsen.

SE MERE >

11 december 2022

📉 **Underskudd på DKK 115.660**
LOWCASH VENTURES ApS

LOWCASH VENTURES ApS offentliggjør regnskap for perioden 1.juli 2023 til 30.juni.
Mikkel Lucas Overby er medlem af ledelsen.

SE MERE >

7 november 2020

🔵 **Endring i eierkretsen**
SENTIO Simulations ApS

Mikkel Lucas Overby er ikke lenger registrert som reell eier av SENTIO Simulations
ApS.

SE MERE >

◌ **Stefano Koenig Corazza forlater styret**
ROKOKO ELECTRONICS ApS

Stefano Koenig Corazza forlater styret for ROKOKO ELECTRONICS APS etter en
periode på 2 år. Mikkel Lucas Overby er medlem af ledelsen.

SE MERE >

1 januar 2020

📉 **Underskudd på DKK 14 mio.**
ROKOKO ELECTRONICS APS

**ROLLER**                                    Balance

ROKOKO ELECTRONICS APS
Direktør                              DKK 100 mio

Coco Care ApS
Bestyrelsesformann                    DKK 5,2 mio

LOWCASH VENTURES ApS
Direktør                              DKK 4,1 mio

**RELASJONER**

**SE**  Simon Egenfeldt-Nielsen
        Direktør, SEN INVEST ApS

        2008 · 2024 ∨

**AR**  Alex Vendelbo Ringgaard
        3 felles virksomheter

        2008 · 2024 ∨

**MS**  Matias Søndergaard
        Adm.direktør, M
        SØNDERGAARD HOLDING ApS

        2015 · nå ∨

**JB**  Jakob Balslev
        J BALSLEV HOLDING ApS

        2019 · nå ∨

WALSH v ROKOKO ELECTRONICS - EXHIBITS





WALSH v ROKOKO ELECTRONICS - EXHIBITS

**153**



WALSH v ROKOKO ELECTRONICS - EXHIBITS

154

JUNE 12, 2024    PARTNERSHIPS

# Trifork invests in Rokoko Care to advance AI-based physiotherapy

Trifork invests in Rokoko Care to advance AI-based physiotherapy

Copenhagen, 12 June 2024 — Trifork and Rokoko Care enter into a strategic partnership to offer digital physiotherapy treatment in patients' own home. With this strategic partnership and an investment that gives Trifork 22% ownership of Rokoko Care, both companies will work towards a shared vision of improving healthcare and quality of life through advanced technology.

This partnership furthers Trifork's and Rokoko Care's mission to address critical societal challenges with innovative solutions on both national and international levels. Trifork's over 20 years of experience in health IT, combined with Rokoko Care's pioneering computer vision technology—which tracks users' movements in real time via their phone cameras—ensures that Rokoko Care's digital physiotherapy platform can be accessible to everyone in need.

Karen Skjerbæk Jørgensen, CCO for Trifork Digital Health, states:
*"With an aging population and increasing demands on a strained healthcare system, there is an urgent need for digital home treatment solutions. Rokoko Care's platform complements Trifork's portfolio of health solutions, which support home-based treatment and the entire patient journey. A significant technical advantage is that Rokoko Care's computer vision technology operates on citizens' own devices."*

For over two decades, Trifork has developed and implemented innovative digital health solutions in Denmark, including the Shared Medication Record, the My Doctor app, and the Telma solution. This extensive experience will enable Rokoko Care to elevate their physiotherapy solution to the highest level. Rokoko Care brings deep insights into physiotherapy, along with advanced motion capture technologies, combined with computer vision and AI, which can introduce new opportunities to Trifork Digital Health.

Jesper Grankær Carøe, CEO Trifork Digital Health, adds:
*"Developing and implementing digital solutions that meet the demands of both the public and citizens is always challenging. Our extensive experience with numerous solutions for municipalities, regions, and agencies will help Rokoko Care maximize the value of their innovative platform."*

Jakob Fisker, CPO and co-founder of Rokoko Care, states:
*"Rokoko Care introduces a valuable tool for clinical practice that facilitates physiotherapeutic rehabilitation for patients in their own homes without compromising healthcare quality. This solution provides objective data, enabling physiotherapists to personalize treatments for each patient, thereby enhancing the quality, flexibility, and effectiveness of care. Consequently, treatments can be conducted more frequently wherever the patient is—at home, at work, or even at a vacation home. This level of flexibility is highly desired by patients."*

Matias Søndergaard, CEO and co-founder of Rokoko Care, adds:

With an aging population and increasing demands on a strained healthcare system, there is an urgent need for digital home treatment solutions. Rokoko Care's platform complements Trifork's portfolio of health solutions, which support home-based treatment and the entire patient journey. A significant technical advantage is that Rokoko Care's computer vision technology operates on citizens' own devices."

For over two decades, Trifork has developed and implemented innovative digital health solutions in Denmark, including the Shared Medication Record, the My Doctor app, and the Telma solution. This extensive experience will enable Rokoko Care to elevate their physiotherapy solution to the highest level. Rokoko Care brings deep insights into physiotherapy, along with advanced motion capture technologies, combined with computer vision and AI, which can introduce new opportunities to Trifork Digital Health.

Jesper Grankær Carøe, CEO Trifork Digital Health, adds:
"Developing and implementing digital solutions that meet the demands of both the public and citizens is always challenging. Our extensive experience with numerous solutions for municipalities, regions, and agencies will help Rokoko Care maximize the value of their innovative platform."

Jakob Fisker, CPO and co-founder of Rokoko Care, states:
"Rokoko Care introduces a valuable tool for clinical practice that facilitates physiotherapeutic rehabilitation for patients in their own homes without compromising healthcare quality. This solution provides objective data, enabling physiotherapists to personalize treatments for each patient, thereby enhancing the quality, flexibility, and effectiveness of care. Consequently, treatments can be conducted more frequently wherever the patient is—at home, at work, or even at a vacation home. This level of flexibility is highly desired by patients."

Matias Søndergaard, CEO and co-founder of Rokoko Care, adds:
"Although we are a relatively new company, the timing of our solution is perfect. We believe that the future of healthcare lies in a combination of physical and digital services, delivered as close to the patient as possible, with the patient at the center. Partnering with Trifork and receiving their investment will allow us to expand our solution to reach many more people, fostering innovative and effective healthcare solutions. We are excited about this partnership and the potential it holds."

**About Rokoko Care (rokokocare.com)**
Rokoko Care is a health tech startup offering a digital physiotherapy solution of the same name. This solution operates through a web portal for physiotherapists and an app for citizens. Physiotherapists can assign rehabilitation programs that citizens can easily access and follow at home. Rokoko Care's computer vision technology allows citizens to train in front of their phone, with the app live-tracking their movements. This technology enhances training completion rates, enabling physiotherapists to monitor progress remotely and support their expertise with data. Based in Copenhagen, Rokoko Care evolved from Rokoko, a tech company with a decade of experience in motion capture and customers in over 100 countries.

Questions should be directed to: CEO, Matias Søndergaard, +45 60 60 50 14,
matias@rokokocare.com

**About Trifork (trifork.com)**
Trifork is a global pioneering technology partner to its enterprise and public sector customers. The group has 1,275 employees across 72 business units in 15 countries. Trifork works in six business areas: Digital Health, FinTech, Smart Building, Smart Enterprise, Cloud Operations, and Cyber Protection. Trifork's research and development takes place in Trifork Labs, where Trifork continuously invests in and develops technology companies. Trifork owns and operates the software conference brands GOTO and YOW! and the global GOTO tech community with more than 66 million video views online. Trifork Group AG is a publicly listed company on Nasdaq Copenhagen.

Questions should be directed to:



**Mikkel Lucas Overby** · 3rd ·
COO & CFO | Entrepreneur | Investor | PhD
1yr · Edited · 🌐

+ Follow    ···

5 star freela



Hire smarte

📢 #rokokocare is using "motion capture magic" to address one of the major healthcare challenges we face on a macro level



**Coco Care**
1,396 followers
1yr · Edited · 🌐

+ Follow

Danish Industry bringer denne artikel, som et godt eksempel på offentligt-privat samarbejde og vores arbejde i og med Hørsholm Kommune.
Niklas Grundt Hansen, udviklingsterapeut i Hørsholm kommune deler nogle gode pointer om værdien ved at anvende Coco Care i klinikken.

Hvis du gerne vil høre mere om mulighederne med Coco Care i din kommune, så ræk ud til os her på LinkedIn.

https://lnkd.in/gNYiFE3f

#fysioterapi #rokokocare

Show translation

About

Privacy

Advertis

Get t

Linked in

**Digital fysioterapeut gør genoptræning i eget hjem nemt for borgerne - DI**
danskindustri.dk

👏❤️💡 40

Reactions

     +32

👍 Like        💬 Comment        🔁 Repost        ➤ Send

  Add a comment...                     

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant changed the name from Rokoko Care to Coco 7 months ago.



in  Q Search

Coco Care

Home    About    **Posts**    Jobs    People

For Coco Care we have been working intensively over the past month to finalize an implementation strategy for our digital health solution!

We have combined experience from our partner municipalities, our own clinical experiences, both as physiotherapists but also in the work with Coco Care and the skilled external implementation consultant Amanda Lærke Laubjerg. The strategy is now finally ready to be used as a regular part of our onboarding process, to ensure a more successful commissioning of Coco Care.

We have prepared the implementation strategy because it is extremely difficult to implement new solutions, as it requires changed workflows and cultural changes. This can often be a challenge for both management and therapists.

Often, limited structure and control of the challenging processes can limit successful implementation. This can lead to the new workflows not being implemented in operation over a longer period of time, and primarily being kept afloat via the municipality's enthusiasts.

We want our implementation strategy to be able to function as a concrete work tool that can guide and guide organizations through the new changes through a phased and concrete action plan that can be measured via milestones and impact goals. By establishing a clear division of roles and assisting in the implementation with more external management, it is our intention that the municipalities are guided especially in the early stages of the implementation of Rokoko Care.

If you want to know more about Coco Care or want a review of the Implementation Strategy, please reach out to Mikkel B. Overgaard or Jakob Fisker

#rokokocare #implementeringsstrategi #digitalsundhed

Show original    Translation settings

❤️💙👍 39                                                    3 reposts

👍 Like        💬 Comment        🔁 Repost        ✈ Send

Coco Care                                              + Follow    ···
1,296 followers

We are super proud to present Mikkel B. Overgaard as the newest member of the Rokoko Care team! 🎉

158

WALSH v ROKOKO ELECTRONICS - EXHIBITS
Evidence of Defendant's spoliation



WALSH v ROKOKO ELECTRONICS - EXHIBITS



WALSH v ROKOKO ELECTRONICS - EXHIBITS



WALSH v ROKOKO ELECTRONICS - EXHIBITS





WALSH v ROKOKO ELECTRONICS - EXHIBITS



WALSH v ROKOKO ELECTRONICS - EXHIBITS

163



WALSH v ROKOKO ELECTRONICS - EXHIBITS



WALSH v ROKOKO ELECTRONICS - EXHIBITS

RE: Case dismissed, new case filed.

 matthew@winteryear.com
To 'Mikkel Lucas Overby'

 ↩ Reply    ↩ Reply All    → Forward    ⋯

Mon 5/5/2025 9:58 AM

ⓘ This message was sent with High Importance.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Provide me with the following:

- 2x Smartsuit 2's
- 2x Smartgloves
- 1x Coil Pro
- 2x Face Capture
- 2x Headcam
- 2x Headrig
- 2x spare sets of sensors so I never have to contact you for them again.
- 5 years full Rokoko software licenses
- Additional +2 year warranty on all components.
- Opt me out of data sharing with your company.

With this, I can finally get back to work after an incredible amount of time that my production has been delayed.

**I expect this hardware no later than May 12th, 2025. Box it up. Overnight it. No talk, no excuses, no delays.**

28435 Ascent Way
Santa Clarita, CA 91350

This demand is made without prejudice to any and all of my claims, causes of action, or rights in the pending civil action against Rokoko, all of which I expressly reserve.
If it's not received by then, I will amend my complaint for additional damages.

**From:** Matthew R. Walsh <matthew@winteryear.com>
**Sent:** Monday, May 5, 2025 8:22 AM
**To:** Mikkel Lucas Overby <mikkel@rokoko.com>
**Subject:** Re: Case dismissed, new case filed.

Connected    🖵 Display Settings    ▯▯    ▤▥    — ——●— +    100%

WALSH v ROKOKO ELECTRONICS - EXHIBITS



## Re: Case dismissed, new case filed.

**Mikkel Lucas Overby** <mikkel@rokoko.com>
To: matthew@winteryear.com

Reply | Reply All | Forward | ...
Wed 5/7/2025 3:29 AM

You replied to this message on 5/7/2025 10:32 AM.
This message was sent with High importance.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Matthew,

We have just retained a US law firm to represent us in this case. Based on their assessment and careful reading of all communication and actions (including several proactive emails from our team following up as they did not hear back from you), we believe that we have a strong case in the initial claim about the repair case. On the larger claims you make around our inventory, warehouse, use of motion data etc., they are simply incorrect and easily disproven. You have involved our Board of Directors and they are now also briefed on the case and fully behind us, whichever route we choose to take. We are ready to go to trial, if needed.

That said, we continue to believe that clearing out the misunderstandings and resolving this between us in the simplest and quickest way possible is the best solution. That will allow both you and us to go back to work, which ultimately should be the goal.

We acknowledge your frustrations with not getting the support you had hoped for in resolving the issues that arose with the products you bought from us. Therefore, we are also open to compensating you for those frustrations by sending you new and updated tools. However, sending you motion capture equipment without having closed the entire case is not an acceptable solution for us, if more claims and actions from your side will continue. We need to settle, close the case and know that we can move on.

I offered to send you replacements for the equipment you and your company have purchased (2 Smartgloves and 2 Smartsuit Pro), which we think was a fair offer. If we can avoid spending more money on lawyers, we are willing to go further and help you get quickly back to your projects with tools you have not had access to before. At this stage, before the case costs us more, we will therefore offer to send you what you have listed below on the condition that this closes the case immediately. This will be our final offer, and if we need to start spending more money on lawyers, this offer will no longer be valid and we will continue the case through the legal system. Our assessment is that you will lose the case, but that it will still cost both you and us money - a lose-lose scenario.

As I've written before, I believe you have the wrong picture of us and how we operate. As a way to help build mutual trust, I and our founder and CEO, Jakob, are open to having a call with you, where we can talk things through and share our visions and the passion for content creation that drives us all. Hopefully, that can be the foundation to resolve the case in a way that's acceptable for both parties and allow us all to get back to what we do best.

We will put our legal team on hold for 24 hours, so we will need your response to this offer latest Thursday May 8 2025 at 1.00 pm CET.

Despite this case, we still hope to some day again have a positive relationship with you and support your work.

Mikkel

WALSH v ROKOKO ELECTRONICS - EXHIBITS



## RE: Case dismissed, new case filed.

**M** matthew@winteryear.com
To: 'Mikkel Lucas Overby'

← Reply   ← Reply All   → Forward   ...

Wed 5/7/2025 10:33 AM

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

At this point you should stop speaking.

You just made a bad-faith offer.

"An offer made in bad faith is no offer at all. There must be an intent to resolve a dispute, not to coerce surrender." -- White v. Western Title Ins. Co., 40 Cal.App.3d 870 (1974)

**FACT** You are now very likely committing coercion, a criminal offense.

I am not signing away any of my rights under threat from you. That's an illegal demand, sir.

"A contract or release is not valid if consent was obtained by undue pressure or if performance of a legal duty was withheld to extract a benefit not owed by the other party." — Rich & Whillock, Inc. v. Ashton Dev., Inc., 157 Cal.App.3d 1154 (1984)

**FACT** Your duties under the Song-Beverly Act are simple: make parts available (you didn't), replace (you wont), refund (you refused), or repair (you refused)

There are no conditions to that. You have no leverage.

Dangling a song-beverly violation over my head like it's a carrot is the most confusing thing I've ever seen. That's not a carrot in your hand, bud. It's a viper and it's biting and poisoning you quickly.

What you are doing strengthens my legal position 10 fold.

**FACT** You are now, fully admitting to, and continuing to damage me for one of the very things you are being sued over – Tortious Interference with Economic Harm

You didn't make an offer, you made a threat.

Hardware. In my hands. May 12th. Period. This stops the clock on forward Tortious interference damages.

WALSH v ROKOKO ELECTRONICS - EXHIBITS



RE: Case dismissed, new case filed.

matthew@winteryear.com
To 'Mikkel Lucas Overby'

Reply    Reply All    Forward    ...

Wed 5/7/2025 10:33 AM

(i) Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

**FACT** Your duties under the Song-Beverly Act are simple: make parts available (you didn't), replace (you wont), refund (you refused), or repair (you refused)

There are no conditions to that. You have no leverage.

Dangling a song-beverly violation over my head like it's a carrot is the most confusing thing I've ever seen. That's not a carrot in your hand, bud. It's a viper and it's biting and poisoning you quickly.

What you are doing strengthens my legal position 10 fold.

**FACT** You are now, fully admitting to, and continuing to damage me for one of the very things you are being sued over – Tortious Interference with Economic Harm

You didn't make an offer, you made a threat.

Hardware. In my hands. May 12th. Period. This stops the clock on forward Tortious interference damages.

Everything else moves forward, but at least you can limit your liability a little.

You've had your chance.

**I only wish to speak to your lawyer from now on, do not contact me again personally.**

I look forward to receiving my hardware may 12th or amending my complaint to tell the Court you failed to perform (again).

Matt

**169**

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant admitting to taking intellectual property, removing metadata, selling it to third parties and monetizing it as well as engaging in economic coercion to comply.



**Updates to Our Terms of Use**

Rokoko <hi@rokoko.com>
To Matthew Walsh

⊙ Reply    ⊙ Reply All    → Forward    ···
Thu 2/20/2025 7:00 AM

If there are problems with how this message is displayed, click here to view it in a web browser.

**O  ROKOKO**

*30 days from now, on March 22, 2025, we will make a change in our Terms of Use.*

*The most significant update focuses on the motion data that is created with Rokoko products. The change will allow us to leverage this data to enhance our products and services. This includes the possibility of sublicensing completely anonymized data to third parties, while ensuring that the data can never be redistributed in its original form. It opens the door for new opportunities and enables us to stay current and lead the development of our industry, together with our valued users.*

*You can review the full updated terms here. By continuing to use Rokoko products after March 22, 2025, you'll be agreeing to the updated terms.*

*If you have any questions, please don't hesitate to reach out to us on support@rokoko.com or as a reply to this email.*

*All the best,*

*The Rokoko Team*

170

WALSH v ROKOKO ELECTRONICS - EXHIBITS

RE: Case dismissed, new case filed.

 matthew@winteryear.com
To: 'Mikkel Lucas Overby'

Reply   Reply All   → Forward   ...
Wed 5/7/2025 10:33 AM

Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

At this point you should stop speaking.

You just made a bad faith offer.

"An offer made in bad faith is no offer at all. There must be an intent to resolve a dispute, not to coerce surrender." -- White v. Western Title Ins. Co., 40 Cal.App.3d 870 (1974)

**FACT** You are now very likely committing coercion, a criminal offense.

I am not signing away any of my rights under threat from you. That's an illegal demand, sir.

"A contract or release is not valid if consent was obtained by undue pressure or if performance of a legal duty was withheld to extract a benefit not owed by the other party." — Rich & Whillock, Inc. v. Ashton Dev., Inc., 157 Cal.App.3d 1154 (1984)

**FACT** Your duties under the Song-Beverly Act are simple: make parts available (you didn't), replace (you wont), refund (you refused), or repair (you refused)

There are no conditions to that. You have no leverage.

Dangling a song-beverly violation over my head like it's a carrot is the most confusing thing I've ever seen. That's not a carrot in your hand, bud. It's a viper and it's biting and poisoning you quickly.

What you are doing strengthens my legal position 10 fold.

**FACT** You are now, fully admitting to, and continuing to damage me for one of the very things you are being sued over – Tortious Interference with Economic Harm

You didn't make an offer, you made a threat.

Hardware. In my hands. May 12th. Period. This stops the clock on forward Tortious interference damages.

Everything else moves forward, but at least you can limit your liability a little.

You've had your chance.

**I only wish to speak to your lawyer from now on, do not contact me again personally.**

I look forward to receiving my hardware may 12th or amending my complaint to tell the Court you failed to perform (again).

Matt

WALSH v ROKOKO ELECTRONICS - EXHIBITS

"Demonstration of Rokoko Software's Unauthorized Data Exfiltration"

**Description:**

This video demonstrates Rokoko's software functioning fully offline without any need for online services.
Shows a complete lack of user consent, notification or requirements of terms and conditions, and
subsequently automatically begins exfiltrating data upon reconnection. It serves as evidence of unauthorized
data collection and misappropriation of intellectual property especially Plaintiff's.



https://youtu.be/kk4l9zUXzH8

Declaration of Authenticity

I, Matthew R. Walsh, declare under penalty of perjury that the video linked above is a true and accurate
representation of Rokoko's direct spoliation behavior as observed and recorded by me. The video has not been
altered or edited since its original recording. Background music is present, streaming from the internet to
reinforce the authenticity and uncut nature of the video.

Certificate of Authenticity:
The SHA-256 checksum of the original video file is:
BE7116827CD408335436D823F350E69B74412498E66011B5A65D07B9D56BB61C

WALSH v ROKOKO ELECTRONICS – EXHIBITS
"Demonstration of Defendant's spoliation"

**Description:**

This video, recorded by Plaintiff, demonstrates Defendant's software executing destructive actions after legal
notice had been given. Specifically, it captures the modifications of the terms and conditions this case hinges
on, it includes Plaintiff's own express admission as timestamped metadata records specifically show Defendant
changed the terms and conditions after litigation began, while in ODR and after Plaintiff requested proof of
office, staff and inventory.



https://youtu.be/Xzld5QAwkVY

Declaration of Authenticity

I, Matthew R. Walsh, declare under penalty of perjury that the video linked above is a true and accurate
representation of Rokoko's direct spoliation behavior as observed and recorded by me. The video has not been
altered or edited since its original recording. Background music is present, streaming from the internet to
reinforce the authenticity and uncut nature of the video.

Certificate of Authenticity:
The SHA-256 checksum of the original video file is:
2E2578F566DFE010735987EB586965095D3FD90A11CC38E07B71152841F6ADD4

WALSH v ROKOKO ELECTRONICS - EXHIBITS

"Proof that Rokoko misappropriates your intellectual property but TAKES it entirely"

**Description:**

This video, recorded by Plaintiff, shows that his animations created in Rokoko Studio are removed from his computer in their original format once Defendant takes them. This process is automatic, the user is never notified. There is no opt-in or opt-out for this feature, or terms anywhere in the software on signup or on login.



https://youtu.be/mAqg-Yp0YHc

Declaration of Authenticity

I, Matthew R. Walsh, declare under penalty of perjury that the video linked above is a true and accurate representation of Rokoko's direct IP misappropriation and metadata stripping behavior as observed and recorded by me. The video has not been altered or edited since its original recording.

Certificate of Authenticity:

The SHA-256 checksum of the original video file is:

6574E3E5BAAB083C3F832E1A94D0561F964B938E7DD47BAAE975A88BE91D2C81

174

WALSH v ROKOKO ELECTRONICS - EXHIBITS
"Rokoko's logs, proof of opt-out code, evidence reinforcement, records SSID, deletion of local content"

**Description:**

This video, recorded by Plaintiff, shows that his animations created in Rokoko Studio are removed from his computer in their original format once Defendant takes them. This process is automatic, the user is never notified. There is no opt-in or opt-out for this feature, or terms anywhere in the software on signup or on login.



https://www.youtube.com/watch?v=eNYmp1gmCAU

Declaration of Authenticity

I, Matthew R. Walsh, declare under penalty of perjury that the video linked above is a true and accurate representation of Rokoko's hidden opt-out features, log files, telemetry reporting, IP theft and deleting of local content behavior as observed and recorded by me. The video has not been altered or edited since its original recording.

Certificate of Authenticity:
The SHA-256 checksum of the original video file is:
A2670487FC42B98D58C7029C427375F8494C978895A341AF0D8030B1865FE32F

175

WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant claiming it was a cabling issue despite the software instantly messaging to them that it was sensors and the log files sent to them proving otherwise.

[Rokoko] Re: Sensors blinking green

Ilias Stentoumis (Rokoko) <support@rokoko.com>
To  Matthew R Walsh

↩ Reply    ↩ Reply All    → Forward    ...

Fri 4/7/2023 10:30 AM

(i) Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Your request (21325) has been updated. To add additional comments, reply to this email.

**Ilias Stentoumis** (Rokoko)

Hi Matthew,

Thank you for your time!

You should have received a quote in this email. Please click on the "Accept your quote" button in order to proceed with the purchase.

Please replace the following 2 cables (from Hub to left and right leg) and the sensor on the left shoulder (sensor 21)

To open the HUB watch this video. To close the HUB watch this video. This article will help you how to use the repair kit (also attached a useful pdf guide).

We will be in touch.

Kind Regards,

**Ilias** Stentoumis
Rokoko Tech Support Team
What would you like to see in the future? Submit a Feature Request here!

Attachment(s)

# WALSH v ROKOKO ELECTRONICS - EXHIBITS

Defendant, again, about a year later blaming it on cables saying "there are no sensor errors", the logs he received and his own software told him otherwise.



[Rokoko] Re: This is a follow-up to your previous request #40651 "FW: Repair" Answers to the below here: 1. M...

Dan Nikolaison (Rokoko) <support@rokoko.com>
To  Matthew R Walsh

Reply   Reply All   Forward   ...
Tue 4-15/2025 2:18 AM

(i) You replied to this message on 4/15/2025 11:59 AM.
If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

**Dan Nikolaison** (Rokoko)

Hello Matt,

Thank you for your patience while we've been reviewing the logs carefully. Thankfully, the logs show that this is merely a cabling issue. There are no sensor errors.

I have sent you a quote for the three cables that need replacing. They are:

1 x 950mm
1 x 180mm
1 x 550mm

Best regards,


Dan Nikolaison
Customer Success Manager

rokoko.com

Follow us on:
Instagram,
Twitter,
LinkedIn,
Facebook, and
TikTok.
Join our community of 3D artists, VFX experts, and game devs on Discord.