UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05340-ODW (RAOx) | Date | June 20, 2025 |
|---|---|---|---|
| Title | *Matthew R. Walsh v. Rokoko Electronics et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

On June 13, 2025, Plaintiff Matthew R. Walsh filed three motions: (1) Motion to Remand, (2) Motion to Shorten Time to Hear the Motion to Remand, and (3) Motion for Leave to File Documents Electronically. (ECF Nos. 12–14.)

Plaintiff's Motion to Remand and Motion to Shorten Time to Hear the Motion to Remand fail to comply with Local Rules 7-3, 7-4, and 11-6. Accordingly, the Court **STRIKES** Plaintiff's Motion to Remand and Motion to Shorten Time. (ECF Nos. 12–13.)

Pro se litigants may apply to the Court for permission to electronically file documents by filing a Form CV-005, which can be found at https://www.cacd.uscourts.gov/court-procedures/forms. The Court directs Plaintiff to file a Form CV-005 and **STRIKES** Plaintiff's Motion for Leave to File Document Electronically. (ECF No. 14.)

Plaintiff is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions. The Los Angeles Clinic operates by appointment only. Appointments are available either by calling the Clinic or by using an internet portal. The Clinic can be reached at (213) 385-2977, ext. 270 or through an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles. Clinic staff can respond to many questions *with a telephonic appointment or through an email account*. It may

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05340-ODW (RAOx) | Date | June 20, 2025 |
|---|---|---|---|
| Title | *Matthew R. Walsh v. Rokoko Electronics et al.* | | |

be more convenient to email questions or schedule a telephonic appointment. Plaintiff is encouraged to confer with the Clinic and retain legal representation.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE