1  MATTHEW R. WALSH
2  19197 GOLDEN VALLEY RD #333
   SANTA CLARITA, CA 91387
3  (661) 644-0012

4  Plaintiff In Pro Per,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. WALSH<br>19197 GOLDEN VALLEY RD #333<br>SANTA CLARITA, CA 91387,<br><br>       Plaintiff In Pro Per,<br><br>vs.<br><br>ROKOKO ELECTRONICS<br>(AND DOES 1 THROUGH 50, INCLUSIVE)<br>31416 AGOURA RD STE 118<br>WESTLAKE VILLAGE, CA 91361<br><br>       Defendant | Case No.: 2:25-CV-05340-ODW-RAO<br><br>Before: Hon. Otis D. Wright II<br>Courtroom 5D<br>Hearing date: August 8, 2025<br>Hearing time: 1:30PM<br>Place: Dept. 5D<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF OPPOSITION to NOTICE OF MOTION AND MOTION to Strike Notice of Removal** |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF OPPOSITION to NOTICE OF MOTION AND MOTION to Strike Notice of Removal**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Matthew R. Walsh respectfully submits this Notice of Withdrawal

PAGE 1

Plaintiff hereby withdraws his OPPOSITION to NOTICE OF MOTION AND MOTION to Strike Notice of Removal (Docket #63) filed on or about June, 17, 2025. The CM/ECF labelings were misleading and resulted in an incorrect filing.

1. **CONCLUSION**

    Plaintiff respectfully requests:

    a. That the Court acknowledge withdrawal of Docket #63

Executed this 28th day of July, 2025, in Santa Clarita, California.

_____

   Matthew R. Walsh
   Plaintiff In Pro Per