UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05340-ODW (RAOx) | Date | December 2, 2025 |
|---|---|---|---|
| Title | *Matthew R. Walsh v. Rokoko Electronics et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

The Court has received Plaintiff Matthew Walsh's motion to exceed page limitations for his forthcoming motion for summary judgment. (Mot., Dkt. No. 102.) For the following reasons, the Court **VACATES** the December 22, 2025 hearing and **DENIES** the Motion.[1]

Local Rule 11-6.1 provides that a memorandum of points and authorities shall not exceed 7,000 words. "These word and page limits are not mere formalities. They are important. These limits promote judicial economy and encourage litigants to hone their arguments and to eliminate excessive verbiage." *Gordon v. Newsom*, No. 2:24-cv-06476-MRA (ASx), 2024 WL 5411360, at *1 (C.D. Cal. 2024) (citation modified); *see also N/S Corp. v. Liberty Mut. Ins. Co.*, 127 F.3d 1145, 1146 (9th Cir. 1997) ("[R]esources are limited. In order to give fair consideration to those who call upon us for justice, we must insist that parties not clog the system by presenting us with a slubby mass of words rather than a true brief. Hence we have briefing rules.").

The Court finds that Walsh has not shown good cause for exceeding a word limit. Here, he asks the Court to exceed page limits for his forthcoming motion for summary judgment. (Mot. 4.) As an initial matter, the Court will soon rule on Defendant's Motion to Dismiss (and the bevy of other motions and requests in this matter), which may inform Walsh's motion for summary judgment. Thus, this request is early and untimely. More importantly, Walsh has not shown that the issues are so complex as to warrant exceeding the page limit. Countless other

---

[1] Having carefully considered the papers filed in connection with the Motion, the Court deemed the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-05340-ODW (RAOx) | Date | December 2, 2025 |
|---|---|---|---|
| Title | *Matthew R. Walsh v. Rokoko Electronics et al* | | |

parties in litigation more complex than this matter have tailored issues and arguments to conform with this district's word limits. The Court sees no reason why Walsh cannot do the same.

For these reasons, the Court **DENIES** Walsh's request to exceed page limitations. (Dkt. No. 102.)

**IT IS SO ORDERED**.

                                                                                                                :     00

Initials of Preparer     SE