MATTHEW R. WALSH
19197 GOLDEN VALLEY RD #333
SANTA CLARITA, CA 91387
(661) 644-0012

Plaintiff In Pro Per,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. WALSH<br><br>        Plaintiff In Pro Per,<br><br>vs.<br><br>ROKOKO ELECTRONICS<br>(AND DOES 1 THROUGH 50, INCLUSIVE)<br>DEFENDANT | Case No.: 2:25-CV-05340-ODW-RAO<br><br>*[Assigned to Hon. Otis D. Wright, II, Courtroom 5D; Hon. Rozella A. Oliver, Courtroom 590]*<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT**<br><br>**State Court Action Filed:** May 12, 2025<br>**Removal Date:** June 12, 2025<br>**Discovery Cutoff:** August 10, 2026<br>**Trial Date:** March 9, 2027 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Matthew R. Walsh respectfully submits this Notice of Withdrawal.

Plaintiff hereby withdraws his First NOTICE OF MOTION AND MOTION for

Summary Judgment (Dkt #163) and the notice of errata correcting it (Dkt #164)

Executed this 11th day of April, 2026, in Santa Clarita, California.

Matthew R. Walsh
Plaintiff In Pro Per

PAGE 1